# EXHIBIT 1



**Plaintiff's Bottle with Product**



**Example 1 -Counterfeit Bottle**



**Plaintiff's Bottle with Product**



**Example 2 of Infringing Product**



**Plaintiff's Bottle with Product**



**Example 3 of Infringing Product**



**Plaintiff's Bottle with Product**



**Example 4 of Infringing Product**