# EXHIBIT 2







*https://cleannutra.com/*



## BEST SELLERS




MULTIMINERAL™ SEA MOSS BLACK SEED
From $29.95 $39.95



Q-DEFEND™ IMMUNE DEFENSE
From $29.95 $39.95



SHROOMZOOM™ MUSHROOM SUPPLEMENT
From $29.95 $39.95



ALL IN 1 ONE AGE DEFEND™ SUPPLEMENT
From $29.95 $39.95

VIEW ALL

## SHOP BY BENEFIT



IMMUNE SUPPORT



HAIR SKIN & NAILS



DIGESTIVE HEALTH



STRESS RELIEF & MOOD



HORMONAL IMBALANCE