Case 2:25-cv-00027-BJC   Document 13-4   Filed 01/14/25   Page 1 of 32



           

‹ Back to results

Sponsored

**Sea Moss, Black Seed Oil, Ashwagandha, Turmeric, Bladderwrack, Burdock, Plus Vitamin C, D3, Elderberry, Manuka, Dandelion, Iodine, Chlorophyll, and ACV for Daily Wellness.**

Brand: Facnlud

4.5 ★★★★☆   721 ratings | Search this page

$19.90 ($0.33 / Count)

✓prime Two-Day

Get $150 off instantly: Pay $0.00 upon approval for Prime Visa.

| Item Form | Expiration Date Required |
|---|---|
| Manufacturer | Facnlud |
| Package Information | Bottle |
| Flavor | Natural |
| Number of Items | 1 |

**About this item**

- Irish Sea Moss Capsules For Women and Men - Our Seamoss Pills and Black Seed Oil for hair includes 15 ingredients such as Turmeric Curcumin capsules, Bladderwrack capsules, Burdock roots, Chlorophyll and more! Sea Moss capsules with black seed have been combined and the results are amazing. Has officially created the world's most inclusive 15 in 1 raw sea moss, black seed capsules, ashwagandha extract, bladderwrack root, Burdock roots, turmeric curcumin capsules.
- The Raw Sea Moss and Black Seed Oil Capsules You've Been Looking For - Clean Nutra's MultiMineral provides 6 full-dose products in one, containing a full Irish Sea Moss Powder, Black Seed Powder, Ashwagandha Extract, Bladderwrack Powder, and Burdock Root Powder in a convenient all in one supplement! Finally, irish sea moss wildcrafted, black seed, ashwagandha powder, bladderwrack herb and burdock root pills have been packed into one convenient solution that's quick and easy to take.
- Introducing the MultiMineral Blend - Sea Moss Pills, Black Seed Oil Pills, Ashwagandha Root, Bladderwrack Capsules and Burdock Root Capsules that contain 10+ powerhouse ingredients, turmeric curcumin capsules, Apple Cider Vinegar, Chlorophyll, Manuka Honey, and more! These sea moss bladderwrack burdock root capsules are alternatives to sea moss gummies, black seed oil gummies, and ashwagandha gummies for men. Not usual sea moss raw organic, wildcrafted sea moss gel or ashwagandha supplements.
- A Powerful All In One Supplement - is overflowing with potent Sea Moss Supplement, Black Seed Oil capsules, Aswagandhada capsules, Burdock Root, Bladderwrack and turmeric powder. Clear out those countless supplements in your supplement cabinet, and replace it with just one seamoss powder, black seeds oil, aswagandhada capsules, 15-in-1 formula from . We made Irish seamoss bladderwrack burdock capsules better by adding black seed.
- Vetted and Trusted Ingredients - We pride ourselves in offering quality seamoss raw, black seed oil health benefits, ashwagandha root, burdock root, and bladderwrack supplements for our customers. Our seamoss capsules, black seed cumin and ashwangha supplements formulas are proudly made to create trusted seamoss and bladderwrack capsules, black seed cumin oil, ashwagandha for men and bladderwrack supplement.

⚐ Report an issue with this product or seller

Sponsored

**Based on your recent views**
Sponsored

| INFINITE AGE: 2 Pack, 1250mg Sea Moss Advanced Superfood, High-Potency, Vegan,... | Organic Shilajit Gummies 1000mg, Sea Moss 400mg, Ashwagandha... | Clean Nutraceuticals Shilajit Supplement 10,000mg with Sea Moss 6000mg, Ashwagandha... | Zoyava Ultimate Wellness Trio - Sea Moss, Black Seed Oil, Ashwagandha, Ginger,... | Pure Himalayan Shilajit Supplement 10000mg Sea Moss 2,000mg | Clean Nutraceuticals Sea Moss Liquid Drops Supplement with Black Seed Ashwagandha... | Sea Moss Black Seed Oil Gummies with Ashwagandha, Elderberry, Burdock... | Zoyava Advanced Wellness Trio - Sea M Black Seed Oil, Ashwagandha,... |
|---|---|---|---|---|---|---|---|
| ★★★★★ 5,972 | ★★★★☆ 14 | ★★★★★ 988 | ★★★★★ 37 | ★★★★★ 101 | ★★★★★ 111 | ★★★★★ 25 | ★★★★★ 2 |
| $71.28 ($0.59/Count) | $29.95 ($0.50/Count) | $24.95 ($0.28/Count) | -20% $159.99 List: $74.99 $0.29/Count) | $29.95 ($0.25/Count) | $19.95 ($9.98/Fl Oz) | -28% $17.96 ($0.30/Count) List: $24.95 Save 10% with coupon | $69.00 ($0.39/Count) |

**Product Description**

**Product details**

| Package Dimensions | 3.82 x 1.89 x 1.85 inches; 0.07 ounces |
|---|---|
| Item model number | 6-seemoss-26 |
| Date First Available | September 10, 2024 |
| Manufacturer | Facnlud |
| ASIN | B0DGL62HMK |
| Country of Origin | USA |
| Best Sellers Rank | #1,594 in Health & Household (See Top 100 in Health & Household) #18 in Blended Vitamin & Mineral Supplements |
| Customer Reviews | 4.5 ★★★★☆ 721 ratings |

**Delivery | Pickup**

$19.90 ($0.33 / Count)

✓prime Two-Day

FREE delivery **Thursday, October 17**. Order within 14 hrs 19 mins

Only 18 left in stock - order soon.

Quantity: 1

Add to Cart

Buy Now

Ships from  Amazon
Sold by  Home goods
Returns  Non-returnable due to Food safety reasons
Payment  Secure transaction

˅ See more

☐ Add a gift receipt for easy returns

Add to List

**amazon business**
Fast delivery during business hours, flexible payment options.

Create a free account















amazon prime [redacted] All Search Amazon EN [redacted] Returns & Orders 0
All Rufus Medical Care Amazon Basics Buy Again Toys & Games Groceries Best Sellers Pharmacy Customer Service Shop By Interest

# Home goods

Visit the Home goods storefront

Just launched | No feedback yet

**Sea Moss, Black Seed Oil, Ashwa...**

$19.90 ($ 0.33 / Count)

Add to Cart

## About Seller

Home goods is committed to providing each customer with the highest standard of customer service.

**Have a question for Home goods?**

Ask a question

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Fan Zhimin
**Business Address:**
罗湖区南湖街道春风路
向富楼一层109号
深圳
广东
518001
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

Get to Know Us
Careers

Make Money with Us
Sell on Amazon
Sell apps on Amazon

Amazon Payment Products
Amazon Visa
Amazon Store Card

Let Us Help You
Your Account
Your Orders

amazon prime [redacted] Home goods Search Amazon EN [redacted] Returns & Orders 0

All Rufus Medical Care Amazon Basics Buy Again Toys & Games Groceries Best Sellers Pharmacy Customer Service Shop By Interest

7 results Sort by: Featured

## Results

Check each product page for other buying options.

Sea Moss, Black Seed Oil, Ashwagandha, Turmeric, Bladderwrack, Burdock, Plus Vitamin C, D3, Elderberry, Manuka, Dandelion, Iodine,...

Expiration Date Required | 60 Count (Pack of 1)

$19.90 ($0.33/Count)

prime Two-Day
FREE delivery **Thu, Oct 17**
Only 18 left in stock - order soon.

Add to cart

B3 Supplement B3 500 mg - 120

Vitamin B3 | 1 Count (Pack of 1)

13,120

$19.99 ($19.99/Count)

prime Two-Day
FREE delivery **Thu, Oct 17**

Add to cart

Sea Moss, Black Seed Oil, Ashwagandha, Turmeric, Bladderwrack, Burdock, Plus Vitamin C, D3, Elderberry, Manuka, Dandelion, Iodine,...

Expiration Date Required | 60 Count (Pack of 1)

$19.87 ($0.33/Count)

prime Two-Day
FREE delivery **Thu, Oct 17**
Only 19 left in stock - order soon.

Add to cart

Sea Moss, Black Seed Oil, Ashwagandha, Turmeric, Bladderwrack, Burdock, Plus Vitamin C, D3, Elderberry, Manuka, Dandelion, Iodine,...

Expiration Date Required | 60 Count (Pack of 1)

$19.86 ($0.33/Count)

prime Two-Day
FREE delivery **Thu, Oct 17**
Only 19 left in stock - order soon.

Add to cart

Sea Moss, Black Seed Oil, Ashwagandha, Turmeric, Bladderwrack, Burdock, Plus Vitamin C, D3, Elderberry, Manuka, Dandelion, Iodine,...

Expiration Date Required | 60 Count (Pack of 1)

$19.91 ($0.33/Count)

prime Two-Day
FREE delivery **Thu, Oct 17**

Add to cart

Sea Moss, Black Seed Oil, Ashwagandha, Turmeric, Bladderwrack, Burdock, Plus Vitamin C, D3, Elderberry, Manuka, Dandelion, Iodine,...

Expiration Date Required | 60 Count (Pack of 1)

$19.92 ($0.33/Count)

prime Two-Day

Shop now
Sponsored

amazon prime

Secure checkout

[redacted]

Change

Add delivery instructions

FREE pickup available nearby

[redacted]

Change

Use a gift card, voucher, or promo code

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $19.90 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $0.00 |
| **Order total:** | **$19.90** |

**Arriving Oct 17, 2024**

If you order in the next 11 hours and 40 minutes Details

Sea Moss, Black Seed Oil, Ashwagandha, Turmeric, Bladderwrack, Burdock, Plus Vitamin C, D3, Elderberry, Manuka, Dandelion, Iodine, Chlorophyll, and ACV for Daily Wellness.

**$19.90 ($0.33 / Count)**

prime

Ships from Amazon.com

Sold by Home goods

**Quantity:** 1 Change

Add gift options

**Thursday, Oct 17**
FREE Two Day Delivery

**Friday, Oct 18**
FREE Amazon Day Delivery
**Fewer boxes, fewer trips.**
Change delivery day

Place your order

**Order total: $19.90**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

Back to top

amazon English United States Help

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates

**Order placed, thanks!**

Confirmation will be sent to your email.

[redacted]

**Thursday, Oct. 17**
Estimated delivery

You saved **$9.99** in shipping fees on this order with Prime. Learn more

Review or edit your recent orders ›

**Follow the brand**

Get deals, new products updates, and more.

**Absowell: Absolute wellness**

Follow

$0 food delivery fees. It's on Prime. Use your Amazon account to pay.
**Order now**

**Top picks for you**

Page 1 of 3

Magnesium Glycinate Complex 1000mg with L-Theanine 200mg Apigenin 50mg Citrate…
940
Amazon's Choice in Magnesium Mineral Supplements
$24.95 ($0.42/Count)
prime FREE One-Day Get it **Tomorrow, Oct 16**

Sea Moss, Black Seed Oil, Ashwagandha, Burdock Root Supplement, 60 Capsules
$19.99 ($0.33/Count)
FREE Shipping

Duvira Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Bladderwrack 1000mg…
1
$19.99 ($0.33/Count)
prime FREE One-Day Get it **Tomorrow, Oct 16**

Multivitamins S Black Seed Oil, Ashwagandha & Root Suppleme Capsules.
$29.99 ($0.50/Co
FREE Shipping
Only 8 left in stoc

Add to cart

Sponsored

**Related to items you've viewed**

UMARYUSA Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Bladderwrack…
5
$29.95 ($0.50/Count)
prime FREE Delivery **Thursday, Oct 17**

K-UMARY Hyaluronic Acid Supplements, 1200mg, 30 Tablets (30 Day Supply), Contributes to Joint Lubrication, for Healthy Joints, High…
$39.00 ($1.30/Count)
FREE Shipping

amazon prime [redacted] All Search Amazon EN [redacted] Returns & Orders 0

All Rufus Medical Care Amazon Basics Buy Again Toys & Games Groceries Best Sellers Pharmacy Customer Service Shop By Interest

Your Account › Your Orders › Order Details

# Order Details

Ordered on October 15, 2024 | [redacted]

View or Print invoice

**Shipping Address**

[redacted]

**Payment method**

[redacted]

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $19.90 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $19.90 |
| Estimated tax to be collected: | $0.00 |
| **Grand Total:** | **$19.90** |

## Arriving Thursday

Sea Moss, Black Seed Oil, Ashwagandha, Turmeric, Bladderwrack, Burdock, Plus Vitamin C, D3, Elderberry, Manuka, Dandelion, Iodine, Chlorophyll, and ACV for Daily Wellness.

Sold by: Home goods

$19.90

Buy it again

Track package

Cancel items

Get help

Write a product review

**Buy it again** View All & Manage

Page 1 of 10

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg…
16,974
30K+ viewed in past week
Amazon's Choice in Blended Vitamin & Mineral Supplements
-25% $29.95
($0.50/Count)
List: ~~$39.99~~
prime FREE One-Day Get it **Tomorrow, Oct 16**

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Bladderwrack 1000mg…
3
$24.99 ($24.99/Fl Oz)
prime FREE Delivery **Thursday, Oct 17**

Dog Toothbrush Chew Toy (Patented) for Aggressive Chewers (for Medium and Large Size…
116
200+ viewed in past week
$10.09 ($10.09/Count)
prime FREE Delivery **Thursday, Oct 17**

Clean Nutraceuticals Lions Mane 3000mg 20in1 Mushroom Supplement with Turke…
5,661
8K+ viewed in past week
-25% $29.95
($0.50/Count)
List: ~~$39.99~~
prime FREE One-Day Get it **Tomorrow, Oct 16**

**Explore more items**

# Seller Display Name

# JhnPakistan

# Seller ID

# A6HHCTN8HIGVL







amazon prime [redacted] Health, Household & Baby Care Search Amazon EN [redacted] Returns & Orders 0

All Rufus Medical Care Amazon Basics Buy Again Toys & Games Groceries Best Sellers Pharmacy Customer Service Shop By Interest Amazon Home Amazon Business Thursday Night Football 07:06:29

Health & Personal Care Household Supplies Vitamins & Diet Supplements Baby & Child Care Health Care Sports Nutrition Sexual Wellness Health & Wellness Medical Supplies & Equipment FSA Eligible Items Sales & Special Offers Subscribe & Save

Shop now

Sponsored

Health & Household › Vitamins, Minerals & Supplements › Herbal Supplements › Turmeric

VIDEO

Roll over image to zoom in

# Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Bladderwrack 1000mg Turmeric 1000mg Burdock 1000mg Vitamin C & D3 Elderberry Manuka Dandelion Yellow Dock Chlorophyl for Men and Women,60 Count

Brand: Dsvi
4.1 26 ratings | Search this page

$16.99 ($16.99 / Count)

prime One-Day

Apply now and get a $10 Amazon Gift Card upon approval of the Prime Store Card, or see if you pre-qualify with no impact to your credit bureau score.

Style: **Sea Moss**

$16.99 ($16.99 / Count) prime
$16.14 ($16.14 / Count) prime
$16.99 ($16.99 / Count) prime
$16.99 ($16.99 / Count) prime
$16.14 ($16.14 / Count) prime

| | |
|---|---|
| **Brand** | Dsvi |
| **Item Form** | Caplet |
| **Manufacturer** | Dsvi |
| **Item Package Quantity** | 1 |
| **Package Information** | Bottle |

**About this item**

- Multiple Health Benefits: Explore the ideal solution you've been looking for with our perfect blend of Raw Sea Moss and Black Seed Oil Capsules. Our formula provides 7 beneficial ingredients in a single dose. Feel the strength of Irish Sea Moss Powder, Black Seed, Ashwagandha, Bladderwrack, and Burdock Root, all combined in a single convenient capsule. Experience the ease you've desired—with wildcrafted Irish sea moss, black seed, and ashwagandha powder—all in one simple-to-consume capsule.
- Reliable Third-Party Verification: Our All-in-1 Sea Moss Supplement is subject to stringent third-party laboratory testing in the USA, ensuring its high quality, purity from contaminants, and delivering the true essence of sea moss. Have confidence knowing that our seamoss capsules and ashwagandha supplements are carefully crafted in a facility that is both registered and certified in the USA. Our products are free from unnecessary additives or fillers.

Report an issue with this product or seller

Sponsored

Delivery | Pickup

**One-time purchase:**
$16.99 ($16.99 / Count)
prime One-Day

FREE delivery **Tomorrow, October 18**. Order within 5 hrs 6 mins

[redacted]

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | JhnPakistan |
| Returns | Non-returnable due to Food safety reasons |
| Gift options | Add at checkout |

See more

**Subscribe & Save:**
5% 10%
$16.14 ($16.14 / Count)
prime

FREE delivery **Tomorrow, October 18**
Ships from: Amazon
Sold by: JhnPakistan

Add to List

amazon business
Fast delivery during business hours, flexible payment options.
Create a free account

Sponsored

## Buy it with

+

+

**This item:** Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg… $16.99 ($16.99/Count) prime

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Bladderwrac… $29.95 ($0.50/Count) prime

Shilajit 9000 Panax Ginseng 1500MG Ashwagandha 2000MG Rhodiola Rosea 1000MG,… $25.99 ($0.43/Count) prime

Total price: $72.93
Add all 3 to Cart
These items are shipped from and sold by different sellers.
Show details

## Products related to this item

Sponsored

# JhnPakistan

Visit the JhnPakistan storefront

⭐⭐⭐⭐☆ | **83% positive** lifetime (6 total ratings)

**Sea Moss 3000mg Black Seed Oil ...**
$16⁹⁹ ($ 16.99 / Count)

[ Add to Cart ]

## About Seller

JhnPakistan is committed to providing each customer with the highest standard of customer service.

**Have a question for JhnPakistan?**

[ Ask a question ]

## Reviews

⭐⭐⭐⭐☆ 3.8 out of 5
6 ratings

[ Lifetime ▾ ]

5 star ▬▬▬▬ 33%
4 star ▬▬▬▬▬▬ 50%
3 star 0%
2 star 0%
1 star ▬▬ 17%

▾ Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ▾ ]

6 total ratings, 6 with feedback for Lifetime ⓘ

⭐⭐⭐⭐☆ " good product "
By John on October 3, 2024.

⭐☆☆☆☆ " ~~Like the competitive pricing, packaging, supposedly made in the USA,~~
~~however in researching the Dsvi brand there is absolutely no internet~~
~~information available...~~ "
Read more
By RUNENME on September 21, 2024.

**Message from Amazon:** This item was fulfilled by Amazon, and we take
responsibility for this fulfillment experience.

⭐⭐⭐⭐☆ " The shipping was very late. Probably sold out, it was frustrating to wait. It is
a small bottle,a months supply. I'm hoping to reduce my dependency of
diabetic... "
Read more
By Ramonia Aites on September 10, 2024.

⭐⭐⭐⭐⭐ " Great "
By A.l.m.s. Cook on September 2, 2024.

⭐⭐⭐⭐⭐ " Perfect "
By Erin Spangler on August 20, 2024.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Noor Ul Ain Pasha
**Business Address:**
  15730 Salt Lake Ave
  City of Industry
  CA
  91745
  US

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄



| All | Rufus | Medical Care ⌄ | Amazon Basics | Buy Again | Toys & Games | Groceries ⌄ | Best Sellers | Pharmacy | Customer Service | Shop By Interest |

6 results

Sort by: Featured ⌄

## Results

Check each product page for other buying options.



Shop now

Sponsored ⓘ



60 Count GABA 750mg 5 HTP 200mg L Tryptophan 500mg L Theanine 200mg Ashwagandha 3000mg SAM-e L-Glycine Mood...

Powder

★★★★★ 12

200+ bought in past month

$16.99 ($0.28/Ounce)

Save more with Subscribe & Save

✓prime One-Day

FREE delivery Tomorrow, Oct 18

Add to cart

Collagen Pills 1000mg Biotin 10000mcg Keratin Saw Palmetto 2500mg Hyaluronic Acid - Hair Skin and Nails Vitamins and DHT...

Capsule   60 Count (Pack of 1)

★★★★☆ 11

50+ bought in past month

$16.99 ($0.28/Count)

Save more with Subscribe & Save

✓prime One-Day

FREE delivery Tomorrow, Oct 18

Add to cart

NAC Supplement N-Acetyl Cysteine 1000mg Vitamin D3 K2 Zinc Quercetin 1000mg Sarracenia Purpurea 1000mg with Elderberry...

Bar   60 Count (Pack of 1)

★★★★★ 14

50+ bought in past month

$16.99 ($0.28/Count)

Save more with Subscribe & Save

✓prime One-Day

FREE delivery Tomorrow, Oct 18

Add to cart

60 Count Magnesium Complex 2285mg with Magnesium Glycinate Citrate Malate Oxide Taurate Aspartate Gluconate Orotate & Mag...

★★★★☆ 6

$16.99 ($0.28/Count)

✓prime One-Day

FREE delivery Tomorrow, Oct 18

Add to cart

Milk Thistle 3000mg NAC Chanca Piedra 2000mg Beet Root 2000mg Artichoke 2000mg Dandelion Root 1000mg Liver Cleanse Detox &...

Caplet   1 Count (Pack of 1)

★★★★☆ 26

$16.99 ($16.99/Count)

$16.14 with Subscribe & Save discount

✓prime One-Day

FREE delivery Tomorrow, Oct 18









amazon prime

# Secure checkout

[redacted]

Change

Add delivery instructions

FREE pickup available nearby

[redacted]

Change

Use a gift card, voucher, or promo code

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $16.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $0.00 |
| **Order total:** | **$16.99** |

## Arriving Oct 18, 2024

If you order in the next 5 hours and 3 minutes Details

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Bladderwrack 1000mg Turmeric 1000mg Burdock 1000mg Vitamin C & D3 Elderberry Manuka Dandelion Yellow Dock Chlorophyl for Men and Women,60 Count

**$16.99 ($16.99 / Count)**

prime

Ships from Amazon.com

Sold by JhnPakistan

**Quantity:** 1 Change

Add gift options

- **Tomorrow, Oct 18**
  FREE One Day Delivery
- **Monday, Oct 21**
  FREE Amazon Day Delivery
  **Fewer boxes, fewer trips.**
  Change delivery day

Place your order

**Order total: $16.99**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

Back to top

amazon English United States Help

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates

amazon prime | All | Search Amazon | EN | [redacted] | Returns & Orders | 0

All | Rufus | Medical Care | Amazon Basics | Buy Again | Toys & Games | Groceries | Best Sellers | Pharmacy | prime THURSDAY NIGHT FOOTBALL | 07 : 02 : 51

**Order placed, thanks!**

Confirmation will be sent to your email.

[redacted]

**Tomorrow, Oct. 18**
Estimated delivery

You saved **$9.99** in shipping fees on this order with Prime. Learn more

Review or edit your recent orders ›

**Follow the brand**

Get deals, new products updates, and more.

**Absowell: Absolute wellness**

Follow

$150 Amazon Gift Card

**Get a $150 Amazon Gift Card instantly** upon approval for Prime Visa. No annual fee. Learn more

**You might also be interested in Skin Care**

Ballindun Toner for Face, Rice Toner Rice Water, 155ML Face Toner for Women, Refreshing & Nourishing Skincare…
85
-17% $9.99 ($1.92/Fl Oz)
List: ~~$11.99~~
Get it as soon as **Monday, Oct 21**
FREE Shipping by Amazon

Ashania Neck Firming Cream : Skin Tightening Cream Moisturizer Face and Neck Lift Tightening with Hyaluronic Acid &…
16
-33% $19.99
($11.76/Fl Oz)
List: ~~$29.99~~
prime FREE Delivery **Monday, Oct 21**

Vaseline Illuminate Me Body Butter & Body Oil - Shimmering Body Bronzer, Hydrating…
423
Amazon's Choice in Body Butters
$22.99 ($1.61/Fl Oz)
prime FREE One-Day Get it **Tomorrow, Oct 18**

See more in Skin Care

Add to cart

Sponsored

**Top picks for you**

Sponsored

amazon prime [redacted] All Search Amazon EN [redacted] Returns & Orders 0

All Rufus Medical Care Amazon Basics Buy Again Toys & Games Groceries Best Sellers Pharmacy prime THURSDAY NIGHT FOOTBALL 07:02:29

Your Account › Your Orders › Order Details

# Order Details

Ordered on October 17, 2024 | [redacted]

View or Print invoice

**Shipping Address**

[redacted]

**Payment method**

[redacted]

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $16.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $16.99 |
| Estimated tax to be collected: | $0.00 |
| **Grand Total:** | **$16.99** |

**Arriving tomorrow by 10 PM**

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Bladderwrack 1000mg Turmeric 1000mg Burdock 1000mg Vitamin C & D3 Elderberry Manuka Dandelion Yellow Dock Chlorophyl for Men and Women,60 Count

Sold by: JhnPakistan

$16.99

Buy it again

Track package

Cancel items

Get help

Write a product review

**Top picks for you**

Page 1 of 9

Double Couple Halloween Alien Costume Halloween Blow up Costumes
2,101
7K+ viewed in past week
$42.99
prime FREE Delivery **Monday, Oct 21**

3PCS Egg Shell Opener, Egg Cracker Egg Peeler Egg Separator for Raw Eggs, Hard Boiled Egg…
6
5K+ viewed in past week
-11% $15.69
Typical: ~~$17.69~~
Get it **Oct 30 - Nov 12**
$5.99 shipping

Morph Inflatable Costumes for Kids, Blow Up Costumes for Kids, Inflatable Jetpack…
930
5K+ viewed in past week
$44.95
prime FREE One-Day Get it **Tomorrow, Oct 18**

DASH Rapid Egg Cooker: 6 Egg Capacity Electric Egg Cooker for Hard…
125,035
20K+ viewed in past week
#1 Best Seller in Egg Cookers
$18.99
prime FREE One-Day Get it **Tomorrow, Oct 18**

**Items you may enjoy**

# Seller Display Name

# JNJEA

# Seller ID

# A1AXC292ITC6HT

amazon prime [redacted] All Sea Moss, Black Seed Oil, Ashwagandha, Burdock Root Supplement, 60 Capsules EN [redacted] Returns & Orders 0

All Rufus Medical Care Amazon Basics Buy Again Toys & Games Groceries Best Sellers Pharmacy Customer Service Shop By Interest Amazon Home Amazon Business Household, Health & Baby Care Subscribe & Save Livestreams

Health & Personal Care Household Supplies Vitamins & Diet Supplements Baby & Child Care Health Care Sports Nutrition Sexual Wellness Health & Wellness Medical Supplies & Equipment FSA Eligible Items Sales & Special Offers Subscribe & Save

Sponsored

‹ Back to results

Roll over image to zoom in

# Sea Moss Black Seed Oil Ashwagandha Ginger 15-in-1 Blend with Seamoss Black Seed Oil Ashwagandha Burdock Root Supplements for Women and Men Vitamins Infinite Age Sea Moss Capsules Advanced Superfood

Visit the WXW Store

4.0 ★★★★☆ 1 rating | Search this page

$19.99 ($0.17 / Count)

prime Two-Day

Get $150 off instantly: Pay $0.00 upon approval for Prime Visa.

| | |
|---|---|
| **Brand** | WXW |
| **Item Form** | Capsule |
| **Manufacturer** | WXW |
| **Item Package Quantity** | 1 |
| **Package Information** | Bottle |

## About this item

- A Powerhouse of 15 Healthy Ingredients: Our Seamoss Pills and Black Seed Oil for hair includes 15 ingredients such as Turmeric Curcumin Capsules, Bladderwrack capsules, Burdock roots, Chlorophyll and more! WXW presents the world's most comprehensive 15-in-1 formula, featuring raw sea moss, black seed, ashwagandha extract, bladderwrack root, burdock roots, ginger and turmeric capsules.
- Immune, Digestive and Hair Health Support: Our irish sea moss capsules support immune, digestive, skin and hair health. Formulated with sea moss and black seed oil, these capsules promote hair growth and nourishment. Sea moss, black seed oil, ashwagandha, manuka honey, and turmeric may aid in supporting and strengthening the body's immune function. Sea moss, black seed oil, ashwagandha, burdock root, dandelion, apple cider vinegar, and turmeric are commonly utilized to foster digestive wellness, encouraging proper digestion and maintaining a healthy balance of gut flora.Our advanced Irish Sea Moss Capsules are crafted for both women and men.
- Multivitamin Boost: Our product blends provide essential vitamins and minerals such as iodine, zinc, iron, calcium, potassium, and silica. Our capsules provide full doses of supplements in a convenient, easy-to-take dose. Each capsule contains Irish nori powder, black seed powder, Ashwa Ganda extract, leaf powder, turmeric extract powder, burdock root powder, vitamin C and vitamin D3.Just two capsules a day provide powerful Irish moss, sword grass, Ashwaganda and burdock root, among others.Sea moss capsules made for you to create love and health.
- Convenient Capsules: Easy-to-swallow capsules offer a simple way to incorporate sea moss and its benefits into your daily routine.Sea Moss Black Seed Oil Ginger capsules offer a convenient and efficient solution. Using all-in-one sea moss capsule to replace your countless single supplements. The sea moss capsule is easy to swallow, and even more effective with drink or food. Sea moss supplement brings the convenience for your well-being. As a streamlined, high-quality option, they're the efficient choice for individuals valuing natural herbal remedies.
- All-Natural Ingredients:Our Sea Moss Black Seed Oil Gummies are made from natural ingredients seamoss black seed oil ashwagandha burdock root, that are sugar-free, vegan, and non-GMO, with no artificial flavors, colors, or sweeteners, and are vegan, vegetarian-friendly, and free of starch, soy, yeast, wheat, eggs, artificial colors, flavors, and preservatives. our formula contains only pure, high-quality plant-based ingredients without any artificial additives. If you have any questions, please contact us directly via email.

Report an issue with this product or seller

Delivery | Pickup

$19.99 ($0.17 / Count)

prime Two-Day

FREE delivery **Thursday, October 17**. Order within 12 hrs

[redacted]

Only 8 left in stock - order soon.

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | JNJEA |
| Returns | Non-returnable due to Food safety reasons |
| Gift options | Add at checkout |

See more

Add to List

amazon business

Fast delivery during business hours, flexible payment options.

Create a free account

Sponsored

## Similar item with fast delivery

Amazon's Choice

Silica Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Bladderwrack 1000mg Burdock 1000mg- with Manuka, Honey Dandelion, ACV Black Pepper Gluten Free

**60 Count (Pack of 2)**

★★★★½ (1413)

$29.95 ($0.25/Count) prime

Sponsored

## Buy it with

**This item:** Sea Moss Black Seed Oil Ashwagandha Ginger 15-in-1 Blend with Seamoss Black Seed…

$19.99 ($0.17/Count) prime

+

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Bladderwrac…

$29.95 ($0.50/Count) prime

+

Sea Moss 7000mg Black Seed Oil 4000mg Ashwagandha 2000mg Turmeric 2000mg Bladderwrac…

$31.99 ($0.53/Count) prime

Total price: $81.93

Add all 3 to Cart

Some of these items ship sooner than the others.
Show details

## Products related to this item

Sponsored



















amazon prime [redacted] All Search Amazon EN [redacted] Returns & Orders 0

All Rufus Medical Care Amazon Basics Buy Again Toys & Games Groceries Best Sellers Pharmacy Customer Service Shop By Interest

# JNJEA

Visit the JNJEA storefront

Just launched | No feedback yet

**Sea Moss Black Seed Oil Ashwaga...**

$19.99 ($ 0.17 / Count)

Add to Cart

## About Seller

JNJEA is committed to providing each customer with the highest standard of customer service.

**Have a question for JNJEA?**

Ask a question

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** putianshichengxiangqujiederuimaoyiyouxiangongsi
**Business Address:**
城厢区
东海镇东朱村55号
莆田市
福建
351100
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**
Careers

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon

**Amazon Payment Products**
Amazon Visa
Amazon Store Card

**Let Us Help You**
Your Account
Your Orders

amazon prime [redacted] JNJEA Search Amazon EN [redacted] Returns & Orders 0

All Rufus Medical Care Amazon Basics Buy Again Toys & Games Groceries Best Sellers Pharmacy Customer Service Shop By Interest

2 results

Sort by: Featured

## Results

Check each product page for other buying options.

Gym Duffel Bag for Men and Women, Workout Travel Duffel Bag with Shoe Compartment and Dry Wet Separated Pocket, Sports Gy...

3

$19.99

FREE delivery **Oct 25 - Nov 5**

Add to cart

Sea Moss Black Seed Oil Ashwagandha Ginger 15-in-1 Blend with Seamoss Black Seed Oil Ashwagandha Burdock Root Supplements...

Capsule | 120 Count (Pack of 1)

1

$19.99 ($0.17/Count)

prime Two-Day

FREE delivery **Thu, Oct 17**

Only 8 left in stock - order soon.

Add to cart

Shop now

Sponsored

## Need help?

Visit the help section or contact us

Sponsored

### Consider these items

Page 1 of 2

Skechers Men's Hands Free Slip-ins Bobs Squad Chaos-Daily Hype Sneaker

856

50+ viewed in past month

-14% $60.00

List: ~~$69.99~~

prime FREE Delivery **Thursday, Oct 17**

Hike Footwear Lorax Summer - Wide Toe Box & Non-Slip,Lorax...

63

1K+ viewed in past month

#1 Best Seller in Women's Hiking Shoes

$69.95

Get it **Nov 4 - 20**

FREE Shipping

Skechers Men's Summits High Range Hands Free Slip-in

7,208

700+ viewed in past month

Amazon's Choice in Men's Fashion Sneakers

-7% $69.69

List: ~~$75.00~~

prime FREE One-Day Get it **Tomorrow, Oct 16**

Skechers Mens Garza Gervin Slip in

1,186

1K+ viewed in past month

Amazon's Choice in Men's Loafers & Slip-Ons

$90.00

prime FREE One-Day Get it **Tomorrow, Oct 16**

Skechers Men's Ultra Flex 3.0 Right Away Hands Free Slip-in Sneaker

3,073

1K+ viewed in past month

-6% $84.99

List: ~~$90.00~~

Skechers Fit Mojav

1K+ viewe

Amazon'

Women's /

Booties

$85.00

prime FF **Thursday,**

### Customers who viewed items in your browsing history also viewed

amazon prime

Secure checkout

[redacted]

Change

FREE pickup available nearby

[redacted]

Change

Use a gift card, voucher, or promo code

**Arriving Oct 17, 2024**

If you order in the next 11 hours and 55 minutes Details

Sea Moss Black Seed Oil Ashwagandha Ginger 15-in-1 Blend with Seamoss Black Seed Oil Ashwagandha Burdock Root Supplements for Women and Men Vitamins Infinite Age Sea Moss Capsules Advanced Superfood

**$19.99 ($0.17 / Count)**

prime

Ships from Amazon.com

Sold by JNJEA

**Quantity:** 1 Change

Add gift options

(selected) **Thursday, Oct 17**
FREE Two Day Delivery

**Friday, Oct 18**
FREE Amazon Day Delivery
**Fewer boxes, fewer trips.**
Change delivery day

Place your order

**Order total: $19.99**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $19.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $0.00 |
| **Order total:** | **$19.99** |

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

Back to top

amazon English United States Help

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates

## Order placed, thanks!

Confirmation will be sent to your email.

[redacted]

**Thursday, Oct. 17**
Estimated delivery

You saved **$9.99** in shipping fees on this order with Prime. Learn more

Review or edit your recent orders ›

audible an amazon company

Best-selling audiobooks, exclusive Audible Originals, popular podcasts, and more

Get 30 days free

Cancel anytime. Terms apply.

$150 Amazon Gift Card

**Get a $150 Amazon Gift Card instantly** upon approval for Prime Visa. No annual fee. Learn more

## Top picks for you

Page 1 of 3

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg…
725
Amazon's Choice in Turmeric Herbal Supplements
$49.95 ($0.42/Count)
prime FREE One-Day Get it **Tomorrow, Oct 16**

Sea Moss, Black Seed Oil, Ginger Ashwagandha & Burdock Root, Multivitamins Supplements for Immune Support. 120Capsules…
$32.99 ($0.27/Count)
FREE Shipping
Only 12 left in stock - order…

Milk Thistle 3000mg NAC Chanca Piedra 2000mg Beet Root 2000mg Artichoke 2000mg Dandelion Root 1000m…
2,591
-25% $29.95
($0.50/Count)
List: ~~$39.99~~
prime FREE One-Day Get it **Tomorrow, Oct 16**

Magnesium Co
2285mg with M
Glycinate Citra
Oxide Taurate
1,
Amazon's Choice
Magnesium Miner
Supplements
$29.95 ($0.33/Co
prime FREE One
**Tomorrow, Oct 1**

## Buy it again

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg…
16,974
Amazon's Choice in Blended Vitamin & Mineral Supplements
-25% $29.95
($0.50/Count)
List: ~~$39.99~~
prime FREE One-Day Get it **Tomorrow, Oct 16**
Purchased Sep 2024

Morph Alien Costume for Kids, Inflated Alien Costume, Kids Inflatable Costume Alien, Child Inflatable Alien Costum…
622
$54.95
Purchased Sep 2024

Clean Nutraceuticals Lions Mane 3000mg 20in1 Mushroom Supplement with Turke…
5,662
-25% $29.95
($0.50/Count)
List: ~~$39.99~~
prime FREE One-Day Get it **Tomorrow, Oct 16**
Purchased Jun 2024

PureWine Pink Wand Filters Histamines and Sulfites - May Reduce ar Alleviate Wine Allergies Sensitivities - Purifier…
2,209
$24.99 ($3.12/Count)
FREE Shipping by Amazon
Purchased May 2024

Sponsored

Sponsored

Your Account › Your Orders › Order Details

# Order Details

Ordered on October 15, 2024 | ▓▓▓▓▓▓▓▓▓▓

View or Print invoice

**Shipping Address**

**Payment method**

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $19.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $19.99 |
| Estimated tax to be collected: | $0.00 |
| **Grand Total:** | **$19.99** |

### Arriving Thursday

Sea Moss Black Seed Oil Ashwagandha Ginger 15-in-1 Blend with Seamoss Black Seed Oil Ashwagandha Burdock Root Supplements for Women and Men Vitamins Infinite Age Sea Moss Capsules Advanced Superfood
Sold by: JNJEA
$19.99

Buy it again

Track package
Cancel items
Get help
Write a product review

---

**Related to items you've viewed**   See more

Page 1 of 12



Christmas Decorations Snowman Porch Light Cover, 9.5''*11.5''*4.8'' Waterproof Christmas, Hanging Lamp gift Outdoor Indoor Decor F...
★★★★★ 1
1 offer from $35.99

Trenton Gifts Holiday Christmas Porch Light Cover | Perfect for The Holidays | Set of 2
★★★★☆ 157
50+ viewed in past week
$29.99
prime FREE One-Day Get it Tomorrow, Oct 16

Holiday Snowman Head Porch Light Cover Snowman
★★★★☆ 291
$24.99
prime FREE One-Day Get it Tomorrow, Oct 16

2 Pack Snowman Christmas Porch Light Covers Good Light Transmission Lamp...
★★★★★ 61
100+ viewed in past week
$15.99
prime FREE Delivery Thursday, Oct 17

---

**Explore more items**







Skechers Mens Slip ins: Delson 3.0 Roth
★★★★☆ 788
200+ viewed in past month
-6% $75.00
List: $79.99
prime FREE One-Day Get it Tomorrow, Oct 16

Skechers Men's Max Cushioning Elite Advantageous Slip-On...
★★★★☆ 1,818
400+ viewed in past month
Amazon's Choice in Men's Walking Shoes
-27% $76.99
List: $104.95
prime FREE One-Day Get it Tomorrow, Oct 16

Skechers Men's Summits High Range Hands Free Slip-in
★★★★☆ 7,208
700+ viewed in past month
Amazon's Choice in Men's Fashion Sneakers
-7% $69.69
List: $75.00
prime FREE One-Day Get it Tomorrow, Oct 16

Hike Footwear Lorax Summer - Wide Toe Box & Non-Slip,Lorax...
★★★★☆ 63
1k+ viewed in past month
#1 Best Seller in Women's Hiking Shoes
$69.95
Get it Nov 4 - 20
FREE Shipping

Skechers Women's Go Walk Flex Hands Free Slip-ins - Grand Entry
★★★★☆ 1,770
100+ viewed in past month
-18% $61.24
List: $75.00
prime FREE One-Day Get it Tomorrow, Oct 16

Skechers Mens After M fit Ridgeburn Han Free Slip in
★★★★☆ 2,309
600+ viewed in past mo
Amazon's Choice in Loafers & Slip-Ons
-26% $70.51
List: $95.00
prime FREE Delivery Thursday, Oct 17

# Seller Display Name

# LifexStore

# Seller ID

# A3RS5H5KLHZPS3





Sponsored

‹ Back to results

Roll over image to zoom in

# Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Bladderwrack 1000mg Burdock 1000mg & Vitamin C & D3 with Elderberry Manuka Dandelion Yellow Dock Iodine Chlorophyll ACV

Visit the CHADANI Store

Search this page

$30.99 ($0.52 / Count)

Did you know? There's no annual fee for Prime Visa. **Get a $150 Amazon Gift Card instantly upon approval.** Learn more

| | |
|---|---|
| **Brand** | CHADANI |
| **Manufacturer** | Chadani |
| **Item Package Quantity** | 1 |
| **Material Feature** | Natural |
| **Number of Items** | 2 |

Report an issue with this product or seller

Sponsored

$30.99 ($0.52 / Count)

FREE delivery **Friday, October 18.** Details

[redacted]

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | LifexStore |
| Sold by | LifexStore |
| Returns | Non-returnable due to Food safety reasons |
| Customer service | Amazon |

See more

Add to List

amazon business

Fast delivery during business hours, flexible payment options.

Create a free account

Sponsored

## Buy it with

**This item:** Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeri… $30.99 ($0.52/Count)

Shilajit 9000 Panax Ginseng 1500MG Ashwagandha 2000MG Rhodiola Rosea 1000MG,… $13.00 ($0.22/Count) prime

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Bladderwrac… $29.95 ($0.50/Count) prime

Total price: $73.94

Add all 3 to Cart

These items are shipped from and sold by different sellers.
Show details

## Based on your recent views

Sponsored

- Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg… 725 — $49.95 ($0.42/Count) prime
- Sea Moss 12000mg Black Seed Oil 6000mg Ashwagandha 3000mg Turmeric 1000mg… 82 — $29.99 ($0.25/Count) prime — Save $5.00 with coupon
- Silica Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Bla… 1,413 — Amazon's Choice in Herbal Supplements — $29.95 ($0.25/Count) prime
- Sea Moss Black Seed Oil Ashwagandha Shilajit Ginger-Sea Moss Capsules withBurdock… 1 — $16.99 ($16.99/Count) prime — Save 10% with coupon
- Blend: Sea Moss 9000mg, Black Seed Oil 6000mg, Ashwagandha 3000mg, Burdock… 64 — Amazon's Choice in Ashwagandha — $29.95 ($0.50/Count) prime
- Sea Moss 3000mg Black Seed Oil| 2000mg Ashwagandha |1000mg Turmeric 1000mg… 24 — $20.87 ($0.12/Count) prime
- Sea Moss Seed Oil 4 Ashwagan Turmeric 2 — $25.99 ($ prime

## Product Description

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Bladderwrack 1000mg Burdock 1000mg & Vitamin C & D3 with Elderberry Manuka Dandelion Yellow Dock Iodine Chlorophyll ACV

## Product details

- **Package Dimensions :** 3.78 x 2.09 x 2.01 inches; 2.08 ounces
- **Date First Available :** May 19, 2024
- **Manufacturer :** Chadani
- **ASIN :** B0D4JN9ZFL
- **Best Sellers Rank:** #787,649 in Health & Household (See Top 100 in Health & Household)
  #2,039 in Turmeric Herbal Supplements

## Compare with similar items

This Item | Recommendations

Amazon.com Seller Profile: LifexStore

## LifexStore

Visit the LifexStore storefront

★☆☆☆☆  |  **0% positive** lifetime (1 total ratings)

Sea Moss 3000mg Black Seed Oil ...

**$30**⁹⁹   ($ 0.52 / Count)

[ Add to Cart ]

---

## About Seller

LifexStore is committed to providing each customer with the highest standard of customer service.

**Have a question for LifexStore?**

[ Ask a question ]

---

## Reviews

★☆☆☆☆  1 out of  5

1 ratings                         [ Lifetime ⌄ ]

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 100% |

⌄ Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ⌄ ]

1 total ratings, 1 with feedback for Lifetime ⓘ

★☆☆☆☆    "Package was delivered, but there was no ice maker in it. It was only a small bubble wrap bag that only had a thank you note in it."

By JC on July 16, 2024.

---

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

---

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either is unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

---

## Detailed Seller Information

**Business Name:** Roudly Felix
**Business Address:**
  1213 McKinley avenue
  PLEASANTVILLE
  NJ
  08232
  US

---

**Shipping Policies**    ⌄

**Other Policies**    ⌄

**Help**    ⌄



amazon prime | Search Amazon 🔍 | EN | Returns & Orders | 🛒 0

≡ All | Rufus | Medical Care ⌄ | Amazon Basics | Buy Again | Toys & Games | Groceries ⌄ | Best Sellers | Pharmacy | Customer Service | Shop By Interest

12 results | Sort by: Featured ⌄

**Results**
Check each product page for other buying options. Price and other details may vary based on product size and color.



Shop now

Sponsored ⓘ



Snail Mucin Serum Luxury Korean 96% Snail Facial Serum Filtrate for skincare, Hydrating Serum For Dry Dull Face Skin and Wrinkles Pow...
3.36 Fl Oz (Pack of 1)
★★★★½ ⌄ 3
**$15**.88 ($4.73/Fl Oz)
FREE delivery **Fri, Oct 18**
Only 10 left in stock - order soon.
Add to cart



Ice Makers Countertop - Ice Maker Machine 6 Mins 9 Bullet Ice, 26 Lbs/24 Hrs, Portable Countertop Ice Maker with Self Cleaning...
★★★★½ ⌄ 62
**$150**.99
FREE delivery **Fri, Oct 18**
Only 4 left in stock - order soon.
Add to cart



STANLEY Quencher H2.0 FlowState Stainless Steel Vacuum Insulated Tumbler with Lid and Straw for Water, Iced Tea or Coffee, Lilac
**$49**.99 ($1.25/Ounce)
FREE delivery **Fri, Oct 18**
Add to cart



Snail Mucin 96% Power Repairing Essence 3.38 fl.oz 100ml, Hydrating Serum for Face with Snail Secretion Filtrate for Dull Skin ...
advance snail mucin 96% | 0.04 Ounce (Pack of 1)
**$16**.99 ($481.30/Ounce)
FREE delivery **Fri, Oct 18**
Only 5 left in stock - order soon.
Add to cart



Snail Mucin Filtrate Skin Moisturizing, Hydrating, 96.3% Snail Filtrate 3.38 fl.oz, Skincare and Facial Therapy, Soothing for Healthy Lookin...
3.38 Fl Oz (Pack of 1)
★★★½ ⌄ 8
**$14**.00 ($4.14/Fl Oz)
FREE delivery **Fri, Oct 18**
Only 5 left in stock - order soon.
Small Business ⌄
Add to cart



Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Bladderwrack 1000mg Burdock 1000mg &...
30 Count (Pack of 2)
**$30**.99 ($0.52/Count)









amazon prime

Secure checkout

[redacted]

Change

Add delivery instructions

[redacted]

Change

Use a gift card, voucher, or promo code

**Arriving Oct 18, 2024**

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Bladderwrack 1000mg Burdock 1000mg & Vitamin C & D3 with Elderberry Manuka Dandelion Yellow Dock Iodine Chlorophyll ACV

**$30.99 ($0.52 / Count)**

Ships from LifexStore

Sold by LifexStore

**Quantity:** 1 Change

Gift options not available

○ **Thursday, Oct 17 - Friday, Oct 18**
$9.12 - Delivery

◉ **Friday, Oct 18**
FREE Delivery

Place your order

**Order total: $30.99**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $30.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $0.00 |
| **Order total:** | **$30.99** |

Back to top

amazon English United States Help

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates

amazon prime | All | Search Amazon | EN | [redacted] | Returns & Orders | 0

All | Rufus | Medical Care | Amazon Basics | Buy Again | Toys & Games | Groceries | Best Sellers | Pharmacy | Customer Service | Shop By Interest

**Order placed, thanks!**

Confirmation will be sent to your email.

[redacted]

**Friday, Oct. 18**
Estimated delivery

Review or edit your recent orders ›

**Follow the brand**

Get deals, new products updates, and more.

**Absowell: Absolute wellness**

Follow

$150 Amazon Gift Card

**Get a $150 Amazon Gift Card instantly** upon approval for Prime Visa. No annual fee. Learn more

## Top picks for you

Page 1 of 2

VEV Multi Collagen Peptides Powder 32oz & Sea Moss 3000mg Capsules 60ct Set, Skin, Hair, Joint Support & Daily Wellness (Packagi…
-37% $49.99
List: ~~$79.98~~
prime FREE Delivery

VEV Vitamin D3 K2 10000 IU 300ct & Sea Moss 3000mg 60ct Bundle, Black Seed Oil, Turmeric & Multi Minerals (Packaging May Vary)
-34% $38.99
List: ~~$59.94~~
prime FREE Delivery

VEV Sea Moss 3000mg Capsules 60ct, 2-Pack | with Black Seed Oil, Turmeric, Burdock Root & Multi Minerals for Daily Wellness Support…
-43% $33.99
List: ~~$59.98~~
prime FREE Delivery

Magnesium Gly
Complex 1000
Theanine 200m
Apigenin 50mg
94
Amazon's Choice
Magnesium Miner
Supplements
$24.95 ($0.42/Co
prime FREE One
Tomorrow, Oct 1

Sponsored

## Inspired by your browsing history

Sponsored

amazon prime [redacted] All Search Amazon EN [redacted] Returns & Orders 0

All Rufus Medical Care Amazon Basics Buy Again Toys & Games Groceries Best Sellers Pharmacy Customer Service Shop By Interest

Your Account › Your Orders › Order Details

# Order Details

Ordered on October 15, 2024 | [redacted]

View or Print invoice

**Shipping Address**

[redacted]

**Payment method**

[redacted]

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $30.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $30.99 |
| Estimated tax to be collected: | $0.00 |
| **Grand Total:** | **$30.99** |

See tax and seller information

## Arriving Friday

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Bladderwrack 1000mg Burdock 1000mg & Vitamin C & D3 with Elderberry Manuka Dandelion Yellow Dock Iodine Chlorophyll ACV

Sold by: LifexStore

$30.99

Buy it again

Track package

Cancel items

Write a product review

**Buy it again** View All & Manage

Page 1 of 10

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg…
16,974
30K+ viewed in past week
Amazon's Choice in Blended Vitamin & Mineral Supplements
-25% $29.95
($0.50/Count)
List: ~~$39.99~~
prime FREE One-Day Get it **Tomorrow, Oct 16**

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Bladderwrack 1000mg…
3
$24.99 ($24.99/Fl Oz)
prime FREE Delivery **Thursday, Oct 17**

Dog Toothbrush Chew Toy (Patented) for Aggressive Chewers (for Medium and Large Size…
116
200+ viewed in past week
$10.09 ($10.09/Count)
prime FREE Delivery **Thursday, Oct 17**

Clean Nutraceuticals Lions Mane 3000mg 20in1 Mushroom Supplement with Turke…
5,662
8K+ viewed in past week
-25% $29.95
($0.50/Count)
List: ~~$39.99~~
prime FREE One-Day Get it **Tomorrow, Oct 16**

## Recommended based on your shopping trends

Sponsored

# Seller Display Name

# LLC Divine Healing Sea Moss

# Seller ID

# A3ERFXGBI7MLQ6