amazon prime [redacted] All Sea Moss, Black Seed Oil, Ashwagandha, Burdock Root Supplement, 60 Capsules EN [redacted] Returns & Orders 0

All Rufus Medical Care Amazon Basics Buy Again Toys & Games Groceries Best Sellers Pharmacy Customer Service Shop By Interest Amazon Home Amazon Business Household, Health & Baby Care Subscribe & Save Livestreams

Health & Personal Care Household Supplies Vitamins & Diet Supplements Baby & Child Care Health Care Sports Nutrition Sexual Wellness Health & Wellness Medical Supplies & Equipment FSA Eligible Items Sales & Special Offers Subscribe & Save

Shop the Store

Sponsored

## Consider these alternative items

Sea Moss, Black Seed Oil, Ashwagandha, Burdock Root Supplement, 60 Capsules
$19.99 ($0.33/Count)

Purfect Fuel Organic Sea Moss Ashwagandha Black Seed Oil Burdock Root, 16 in 1 Sea Moss Capsules with Black Seed Oil, Sea Moss 7000mg Black See…
4.1 7
$22.99 ($0.38/Count)
prime

‹ Back to results

Roll over image to zoom in

# SEA Moss Black Seed Oil ASHWAGANDHA & Burdock Root, 1 Ounce (Pack of 1)

Brand: LLC DIVINE HEALING SEA MOSS
Search this page

| | |
|---|---|
| **Brand** | LLC DIVINE HEALING SEA MOSS |
| **Item Form** | Capsule |
| **Manufacturer** | LLC Divine Healing Sea Moss |
| **Item Package Quantity** | 1 |
| **Package Information** | Bottle |

### About this item

- Irish Sea Moss
- Ashwagandha
- Burdock Root
- Black Seed Oil
- MultiMineral Blend
- Supplement

Report an issue with this product or seller

Sponsored

No featured offers available
Learn more

[redacted]

See All Buying Options

Add to List

Sponsored

## Based on your recent views

Sponsored

Silica Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Bla...
1,413
Amazon's Choice in Herbal Supplements
$29.95 ($0.25/Count)
prime

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg...
722
$49.95 ($0.42/Count)
prime

Sea Moss 3000mg Black Seed Oil| 2000mg Ashwagandha |1000mg Turmeric 1000mg...
24
$20.87 ($0.12/Count)
prime

Sea Moss 12000mg Black Seed Oil 6000mg Ashwagandha 3000mg Turmeric 1000mg...
82
$29.99 ($0.25/Count)
prime
Save $5.00 with coupon

NEW AGE Shilajit Supplement 10,000mg with Sea Moss 6000mg, Ashwagandha...
40
Amazon's Choice in Shilajit
Limited time deal
-31% $23.96
($0.27/Count)
List: $34.95
prime

Sea Moss Gummies | Non-GMO | 100% Organic | Sea Moss Spirulina Aloe Vera...
$24.95 ($0.42/Count)
prime
Save 15% with coupon

Sea Moss Black Seed Oil Ashwagandha Ginger Capsules. Sea Moss Capsules with Black S...
257
$23.83 ($0.26/Count)
prime

Sea Moss 7000mg Bl Seed Oil 4000mg Ashwagandha 2000n Turmeric 2000mg...
1,470
Amazon's Choice in Turmeric Herbal Supplements
$31.99 ($0.53/Count)
prime

### Product Description

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Bladderwrack 1000mg Burdock Root

## Product details

- **Item Weight :** 2.5 ounces
- **Date First Available :** July 30, 2024
- **Manufacturer :** LLC Divine Healing Sea Moss
- **ASIN :** B0DBK6H88H

## Compare with similar items

| This Item | Recommendations | | |
|---|---|---|---|
|  |  |  |  |
| SEA Moss Black Seed Oil ASHWAGANDHA & Burdock Root, 1 Ounce (Pack of 1) | Purfect Fuel Organic Sea Moss Ashwagandha Black Seed Oil Burdock Root, 16 in 1 Sea Moss Capsules with Black Seed Oil, Sea Moss 7000m... | Irish Sea Moss Capsules: Sea Moss 3000mg Black Seed 2000mg Ashwagandha 1000mg Bladderwrack 1000mg Burdock Root 1000mg... | Liberty Lifestyle Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha1000mg Burdock 1000mg Root Mineral Support (60) |
| Buying options | Add to Cart | Add to Cart | Add to Cart |











## LLC Divine Healing Sea Moss

Visit the LLC Divine Healing Sea Moss storefront

★★★★½ | **83% positive** lifetime (6 total ratings)

**SEA Moss Black Seed Oil ASHWA...**
$25.00 ($ 25.00 / Ounce)

[ Add to Cart ]

---

### About Seller

LLC Divine Healing Sea Moss is committed to providing each customer with the highest standard of customer service.

**Have a question for LLC Divine Healing Sea Moss?**

[ Ask a question ]

---

### Reviews

★★★★½ 4.7 out of 5

6 ratings

[ Lifetime ⌄ ]

| | | |
|---|---|---|
| 5 star | ████████ | 83% |
| 4 star | | 0% |
| 3 star | ██ | 17% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ⌄ ]

6 total ratings, 6 with feedback for Lifetime ⓘ

★★★★★ "Great"
By ron on August 9, 2024.

★★★★★ "I got a full refund so im good"
By Samuel on April 27, 2022.

★★★★★ "love the soap i see a difference already just been using it for 4 days"
By Deneise Dunham on October 10, 2021.

★★★★★ "Arrived in good condition. Thanks!"
By Constance Graham on September 28, 2021.

★★★☆☆ "It was much smaller than I expected but smells good."
By Tiffany Bruce on August 7, 2021.

Previous Next

---

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

---

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either is unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

---

### Detailed Seller Information

**Business Name:** Shaquila Germany
**Business Address:**
1503 Mobile Rd
Montgomery
Alabama
36108
US

---

### Shipping Policies ⌄

Other Policies















amazon prime [redacted] LLC Divine Healing Sea Moss Search Amazon EN [redacted] Returns & Orders 0

All Rufus Medical Care Amazon Basics Buy Again Toys & Games Groceries Best Sellers Pharmacy Customer Service Shop By Interest

8 results Sort by: Featured

Shop now
Sponsored

## Results

Check each product page for other buying options.

Sea Moss Hair Serum

1

$20.00

$2 delivery **Oct 24 - 25**
Or fastest delivery **Thu, Oct 17**
Small Business

Add to cart

Sea Moss Natural Shampoo care Dr Sebi inspired!

6

$21.50

$2 delivery **Oct 21 - 22**
Or fastest delivery **Thu, Oct 17**
Small Business

Add to cart

Body Butter

4 Ounce (Pack of 1)

$40.00 ($10.00/Ounce)

$2 delivery **Oct 21 - 22**
Or fastest delivery **Thu, Oct 17**

Add to cart

Vitamin D3 + Vitamin B12, Raspberry

60 Count (Pack of 1)

$18.00 ($0.30/Count)

$4.46 delivery **Fri, Oct 18**
Or fastest delivery **Oct 16 - 17**

Add to cart

Homemade Sea Moss Conditioner

$20.00

$2 delivery **Oct 22 - 23**
Or fastest delivery **Thu, Oct 17**
Small Business

Add to cart

SEA Moss Black Seed Oil ASHWAGANDHA & Burdock Root, 1 Ounce (Pack of 1)

Capsule 1 Ounce (Pack of 1)

$25.00 ($25.00/Ounce)

$2.96 delivery **Fri, Oct 18**
Or fastest delivery **Oct 16 - 17**

Add to cart

amazon prime

Secure checkout

[redacted]

Change

Add delivery instructions

[redacted]

Change

Use a g ft card, voucher, or promo code

## Arriving Oct 18, 2024

SEA Moss Black Seed Oil ASHWAGANDHA & Burdock Root, 1 Ounce (Pack of 1)
**$25.00 ($25.00 / Ounce)**
Ships from LLC Divine Healing Sea Moss
Sold by LLC Divine Healing Sea Moss

**Quantity:** 1 Change

Gift options not available

○ **Tomorrow, Oct 16 - Thursday, Oct 17**
$31.44 - Delivery

◉ **Friday, Oct 18**
$2.96 - Delivery

Place your order

**Order total: $27.96**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $25.00 |
| Shipping & handling: | $2.96 |
| Estimated tax to be collected:* | $0.00 |
| **Order total:** | **$27.96** |

Back to top

amazon English United States Help

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates

amazon prime | All | Search Amazon | EN | [redacted] | Returns & Orders | 0

All | Rufus | Medical Care | Amazon Basics | Buy Again | Toys & Games | Groceries | Best Sellers | Pharmacy | Customer Service | Shop By Interest

## Order placed, thanks!

Confirmation will be sent to your email.

[redacted]

**Friday, Oct. 18**
Estimated delivery

Review or edit your recent orders ›

**Follow the brand**

Get deals, new products updates, and more.

**Absowell: Absolute wellness**

Follow

Get **$5** when you add a **debit card or credit card** to your account
Terms Apply

Add your card

## Top picks for you

Magnesium Complex 2285mg with Magnesium Glycinate Citrate Malate Oxide Taurate Aspartat…
1,198
Amazon's Choice in Magnesium Mineral Supplements
$29.95 ($0.33/Count)
prime FREE One-Day Get it **Tomorrow, Oct 16**

Collagen Pills 1000mg Biotin 10000mcg Keratin Saw Palmetto 2500mg Hyaluronic Acid - Hair Skin and Nails Vitamins…
6,011
$29.95 ($0.33/Count)
prime FREE One-Day Get it **Tomorrow, Oct 16**

Health Heals Sea Moss 3000 Black Seed Oil 2000 Ashwagandha 1000 Bladderwrack 1000 Burdock 1000-120 Count
162
$34.95 ($0.29/Count)
prime FREE One-Day Get it **Tomorrow, Oct 16**

Clean Nutraceu Glucosamine Cl MSM Turmeric Acid Boswellia
56
Amazon's Choice
Chondroitin & Glu Combination Nutı Supplements
$34.95 ($0.29/Co
prime FREE One
**Tomorrow, Oct 1**

Sponsored

## Related to items you've viewed

Sponsored

# Order Details

Ordered on October 15, 2024 | [redacted]

View or Print invoice

**Shipping Address**

[redacted]

**Payment method**

[redacted]

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $25.00 |
| Shipping & Handling: | $2.96 |
| Total before tax: | $27.96 |
| Estimated tax to be collected: | $0.00 |
| **Grand Total:** | **$27.96** |

See tax and seller information

## Arriving Friday

SEA Moss Black Seed Oil ASHWAGANDHA & Burdock Root, 1 Ounce (Pack of 1)

Sold by: LLC Divine Healing Sea Moss

$25.00

Buy it again

Track package

Cancel items

Write a product review

**Related to items you've viewed** See more

Page 1 of 12

Christmas Decorations Snowman Porch Light Cover, 9.5"*11.5"*4.8" Waterproof Christmas, Hanging Lamp gift Outdoor Indoor Decor F…
1
1 offer from $35.99

Trenton Gifts Holiday Christmas Porch Light Cover | Perfect for The Holidays | Set of 2
157
50+ viewed in past week
$29.99
prime FREE Delivery Thursday, Oct 17

Holiday Snowman Head Porch Light Cover Snowman
291
$24.99
prime FREE One-Day Get it Tomorrow, Oct 16

2 Pack Snowman Christmas Porch Light Covers Good Light Transmission Lamp…
61
100+ viewed in past week
$15.99
prime FREE Delivery Thursday, Oct 17

**Explore more items**

Skechers Men's Hands Free Slip-ins Bobs Squad Chaos-Daily Hype Sneaker
856
50+ viewed in past month
-14% $60.00
List: $69.99
prime FREE Delivery Thursday, Oct 17

Hike Footwear Lorax Summer - Wide Toe Box & Non-Slip,Lorax…
63
1K+ viewed in past month
#1 Best Seller in Women's Hiking Shoes
$69.95
Get it Nov 4 - 20
FREE Shipping

Skechers Women's Go Walk Flex Hands Free Slip-ins - Grand Entry
1,770
100+ viewed in past month
Amazon's Choice in Women's Walking Shoes
-18% $61.24
List: $75.00
prime FREE One-Day Get it Tomorrow, Oct 16

Skechers Mens Oak Canyon Consistent Winne Hands Free Slip in
260
300+ viewed in past month
$85.00
prime FREE One-Day Get it Tomorrow, Oct 16

Skechers Men's Summits High Range Hands Free Slip-in
7,208
700+ viewed in past month
Amazon's Choice in Men's Fashion Sneakers
-7% $69.69
List: $75.00
prime FREE One-Day Get it Tomorrow, Oct 16

FitVille Wide Toe Bo: Shoes Women Breat Wide Running Shoes Women Lightweight
290
300+ viewed in past mo
$69.99
prime FREE Delivery Thursday, Oct 17

# Seller Display Name

# Mazamart

# Seller ID

# AKBRKBMDLIFZN

amazon prime [redacted] All sea moss, black seed oil, ashwagandha, burdock root supplement EN [redacted] Returns & Orders 0

All | Rufus | Medical Care | Amazon Basics | Buy Again | Toys & Games | Groceries | Best Sellers | Pharmacy | Customer Service | Shop By Interest | Amazon Home | Amazon Business | Thursday Night Football 06:58:43

Health & Personal Care | Household Supplies | Vitamins & Diet Supplements | Baby & Child Care | Health Care | Sports Nutrition | Sexual Wellness | Health & Wellness | Medical Supplies & Equipment | FSA Eligible Items | Sales & Special Offers | Subscribe & Save

Shop now

Sponsored

‹ Back to results

Roll over image to zoom in

# Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Bladderwrack 1000mg Burdock 1000mg & Vitamin C & D3 with Elderberry Manuka Dandelion Yellow Dock Iodine Chlorophyll

Brand: Kun Shafi
Search this page

$12.99 ($0.22 / Count)

**Get a $150 Gift Card:** Pay $0.00 ~~$12.99~~ upon approval for Prime Visa. No annual fee.

| | |
|---|---|
| **Brand** | Kun Shafi |
| **Item Form** | Capsule |
| **Manufacturer** | Kun Shafi |
| **Item Package Quantity** | 10 |
| **Package Information** | Bottle |

## About this item

- Kun Shafi Irish Sea Moss Capsules for Women and Men – Experience the power of nature with our Sea Moss and Black Seed Oil blend, enhanced with 15 potent ingredients including Turmeric Curcumin, Bladderwrack, Burdock Root, and Chlorophyll. This 15-in-1 supplement is designed to support overall wellness, combining the benefits of Sea Moss, Black Seed Oil, Ashwagandha, and more. Unlock the full potential of these superfoods with our carefully crafted formula. Perfect for hair health, immune support, and vitality. Discover the difference with Kun Shafi, the world's most inclusive raw Sea Moss supplement.
- Kun Shafi Raw Sea Moss and Black Seed Oil Capsules – Your ultimate all-in-one supplement is here! Kun Shafi MultiMineral offers 6 powerful products in one, featuring full doses of Irish Sea Moss Powder, Black Seed Powder, Ashwagandha Extract, Bladderwrack Powder, and Burdock Root Powder. This convenient formula brings together wildcrafted Irish Sea Moss, Black Seed, Ashwagandha, Bladderwrack, and Burdock Root into a single, easy-to-take capsule. Perfect for those seeking a comprehensive solution for health and wellness. Simplify your routine with this potent blend!
- Kun Shafi MultiMineral Blend – Elevate your wellness with our powerful Sea Moss Pills, Black Seed Oil Pills, Ashwagandha Root, Bladderwrack Capsules, and Burdock Root Capsules. This all-in-one supplement features 10+ powerhouse ingredients, including Turmeric Curcumin, Apple Cider Vinegar, Chlorophyll, Manuka Honey, and more. Our Sea Moss Bladderwrack Burdock Root Capsules are the perfect alternative to sea moss gummies, black seed oil gummies, and ashwagandha gummies for men. Not your typical sea moss raw organic gel or ashwagandha supplement, this blend offers a potent and convenient option for total health support.
- Kun Shafi Clean MultiMineral Supplement – Your ultimate all-in-one solution! This powerful formula combines Sea Moss Supplement, Black Seed Oil Capsules, Ashwagandha, Burdock Root, Bladderwrack, and Turmeric Powder into one potent blend. Simplify your supplement routine by replacing multiple products with our 15-in-1 Sea Moss, Black Seed Oil, Ashwagandha, and Burdock Root capsules. We've enhanced the traditional Irish Sea Moss, Bladderwrack, and Burdock blend by adding the benefits of Black Seed. Optimize your health with this comprehensive and convenient supplement!
- Kun Shafi Vetted and Trusted Ingredients – We take pride in delivering high-quality supplements featuring raw Sea Moss, Black Seed Oil, Ashwagandha Root, Burdock Root, and Bladderwrack. Our carefully crafted formulas ensure you receive the full health benefits of these powerful ingredients. Each Sea Moss capsule, Black Seed Cumin supplement, and Ashwagandha blend is made with care, providing trusted solutions for Sea Moss and Bladderwrack capsules, Black Seed Cumin Oil, and Ashwagandha for men. Choose Kun Shafi for supplements you can rely on.

Report an issue with this product or seller

## Similar item with fast delivery

Maca Root Liquid Drops for Organic Energy Support for Women & Men | 2 Fluid Ounces | Support Hormone Balance, Mood, Energy & Fitness | Organic Maca Root for Women & Men | 4-Month Supply, 120 Servings
2 Fl Oz (Pack of 1)
(813)
$9.99 ($5.00/Fl Oz) prime
Climate Pledge Friendly

Sponsored

$12.99 ($0.22 / Count)

FREE delivery **October 23 - 25**. Details

Or fastest delivery **October 22 - 24**. Details

[redacted]

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Mazamart |
| Sold by | Mazamart |
| Returns | Non-returnable due to Food safety reasons |
| Customer service | Amazon |

See more

Add to List

amazon business

Fast delivery during business hours, flexible payment options.

Create a free account

Sponsored

## Buy it with

 +  + 

Total price: $68.93

Add all 3 to Cart

These items are shipped from and sold by different sellers.
Show details























amazon prime [redacted] All Search Amazon EN [redacted] Returns & Orders 0

All Rufus Medical Care Amazon Basics Buy Again Toys & Games Groceries Best Sellers Pharmacy prime THURSDAY NIGHT FOOTBALL 06:56:36

# Mazamart

Visit the Mazamart storefront

Just launched | No feedback yet

**Kun Shafi Sea Moss 3000mg Blac...**

$12.99 ($ 0.22 / Count)

Add to Cart

## About Seller

Mazamart is committed to providing each customer with the highest standard of customer service.

**Have a question for Mazamart?**

Ask a question

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** Abdul Samee Baloch
**Business Address:**
1600 Gracie Girl Way
WAKE FOREST
NC
27587
US

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

amazon prime [redacted] Mazamart Search Amazon EN [redacted] Returns & Orders 0

All Rufus Medical Care Amazon Basics Buy Again Toys & Games Groceries Best Sellers Pharmacy Customer Service Shop By Interest

4 results Sort by: Featured

## Results

Check each product page for other buying options.

Saw Palmetto 10000mg Pumpkin Seed Oil 3000mg Pygeum 3000mg Sunflower Lecithin 3000mg Stinging Nettle Cranberry -...

Capsule | 90 Count (Pack of 1)

$16.99 ($0.19/Count) Typical: ~~$19.99~~

FREE delivery **Oct 23 - 28**
Or fastest delivery **Oct 22 - 25**

Add to cart

Lions Mane 3000mg 20in1 Mushroom Supplement with Turkey Tail 2000mg Reishi 1000mg Cordyceps Chaga 1000mg Maitake Meshim...

Capsule | 60 Count (Pack of 1)

$12.99 ($0.22/Count) Typical: ~~$19.99~~

FREE delivery **Oct 23 - 25**
Or fastest delivery **Oct 22 - 24**

Add to cart

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Bladderwrack 1000mg Burdock 1000mg &...

Capsule | 60 Count (Pack of 1)

$12.99 ($0.22/Count)

FREE delivery **Oct 23 - 25**
Or fastest delivery **Oct 22 - 24**

Add to cart

Tart Cherry Extract Capsules 20,000mg with Turmeric 8000mg Moringa 4000mg Cranberry 2000mg Chanca Piedra Celery Quercet...

Capsule | 120 Count (Pack of 1)

$12.99 ($0.11/Count)

FREE delivery **Oct 23 - 25**
Or fastest delivery **Oct 22 - 24**

Add to cart

Shop now
Sponsored

## Need help?

Visit the help section or contact us

Sponsored

Back to top

**Get to Know Us**
Careers
Amazon Newsletter

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon

**Amazon Payment Products**
Amazon Visa
Amazon Store Card

**Let Us Help You**
Your Account
Your Orders

amazon prime

Secure checkout

[redacted]

Change

Add delivery instructions

[redacted]

Change

Use a gift card, voucher, or promo code

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $12.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $0.00 |
| **Order total:** | **$12.99** |

## Arriving Oct 23, 2024 - Oct 25, 2024

Kun Shafi Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Bladderwrack 1000mg Burdock 1000mg & Vitamin C & D3 with Elderberry Manuka Dandelion Yellow Dock Iodine Chlorophyll

**$12.99 ($0.22 / Count)**

Ships from Mazamart

Sold by Mazamart

**Quantity:** 1 Change

Gift options not available

○ **Tuesday, Oct 22 - Thursday, Oct 24**
$9.21 - Delivery

◉ **Wednesday, Oct 23 - Friday, Oct 25**
FREE Delivery

Place your order

**Order total: $12.99**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

Back to top

amazon English United States Help

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates

amazon prime | All | Search Amazon | EN | [redacted] | Returns & Orders | 0

All | Rufus | Medical Care | Amazon Basics | Buy Again | Toys & Games | Groceries | Best Sellers | Pharmacy | prime THURSDAY NIGHT FOOTBALL | 06 : 55 : 13

**Order placed, thanks!**

Confirmation will be sent to your email.

[redacted]

**Oct. 23 - Oct. 25**
Estimated delivery

Review or edit your recent orders ›

**Follow the brand**

Get deals, new products updates, and more.

**Absowell: Absolute wellness**

Follow

Add a backup card to **your secure account**

Add a card

## You might also be interested in Skin Care

Ballindun Toner for Face, Rice Toner Rice Water, 155ML Face Toner for Women, Refreshing & Nourishing Skincare…
85
-17% $9.99 ($1.92/Fl Oz)
List: ~~$11.99~~
prime FREE Delivery
**Monday, Oct 21**

Ashania Neck Firming Cream : Skin Tightening Cream Moisturizer Face and Neck Lift Tightening with Hyaluronic Acid &…
16
-33% $19.99
($11.76/Fl Oz)
List: ~~$29.99~~
prime FREE Delivery
**Monday, Oct 21**

Vaseline Illuminate Me Body Butter & Body Oil - Shimmering Body Bronzer, Hydrating…
423
Amazon's Choice in Body Butters
$22.99 ($1.61/Fl Oz)
prime FREE One-Day Get it
**Tomorrow, Oct 18**

See more in Skin Care

## Buy it again in Health and Personal Care

Shop now

Sponsored

Your Account › Your Orders › Order Details

# Order Details

Ordered on October 17, 2024 | [redacted]

View or Print invoice

**Shipping Address**

[redacted]

**Payment method**

[redacted]

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $12.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $12.99 |
| Estimated tax to be collected: | $0.00 |
| **Grand Total:** | **$12.99** |

See tax and seller information

## Arriving October 23 - October 25

Kun Shafi Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Bladderwrack 1000mg Burdock 1000mg & Vitamin C & D3 with Elderberry Manuka Dandelion Yellow Dock Iodine Chlorophyll

Sold by: Mazamart

$12.99

Buy it again

Track package

Cancel items

Write a product review

---

## Buy it again View All & Manage

Page 1 of 9

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg…
17,049
30K+ viewed in past week
-25% $29.95
($0.50/Count)
List: ~~$39.99~~
prime FREE One-Day Get it **Tomorrow, Oct 18**

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Bladderwrack 1000mg…
3
$24.99 ($24.99/Fl Oz)
prime FREE One-Day Get it **Tomorrow, Oct 18**

Dog Toothbrush Chew Toy (Patented) for Aggressive Chewers (for Medium and Large Size…
116
200+ viewed in past week
$10.09 ($10.09/Count)
prime FREE Delivery **Monday, Oct 21**

The Negg Boiled Egg Peeler White
9,347
1K+ viewed in past week
$16.69
prime FREE Delivery **Monday, Oct 21**

## Explore more items

# Seller Display Name

# MDA LOGISTICS INC

# Seller ID

# A2GXQJPS1APX1E













amazon prime [redacted] All Sea Moss, Black Seed Oil, Ashwagandha, Burdock Root Supplement, 60 Capsules EN [redacted] Returns & Orders 0

All Rufus Medical Care Amazon Basics Buy Again Toys & Games Groceries Best Sellers Pharmacy Customer Service Shop By Interest Amazon Home Amazon Business Household, Health & Baby Care Subscribe & Save Livestreams

Health & Personal Care Household Supplies Vitamins & Diet Supplements Baby & Child Care Health Care Sports Nutrition Sexual Wellness Health & Wellness Medical Supplies & Equipment FSA Eligible Items Sales & Special Offers Subscribe & Save

Shop now

Sponsored

‹ Back to results

Roll over image to zoom in

# MDA Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha Burdock & Root 1000mg Turmeric 1000mg 1000mg & Vitamin C & D3 with Elderberry Manuka Dandelion Yellow Dock Iodine Chlorophyll ACV

Brand: MDA
5.0 ★★★★★ 1 rating | Search this page

$29.99 ($29.99 / Count)

Save 3% at checkout Terms
Save up to 6% with business pricing. Sign up for a free Amazon Business account

| | |
|---|---|
| **Brand** | MDA |
| **Flavor** | Fruit Punch |
| **Primary Supplement Type** | Calcium |
| **Unit Count** | 1 Count |
| **Item Form** | Capsule |
| **Item Weight** | 0.07 Ounces |

See more

## About this item

- Clean Nutra Irish Sea Moss Capsules For Women and Men - Our Seamoss Pills and Black Seed Oil for hair includes 15 ingredients such as Turmeric Curcumin Capsules, Bladderwrack capsules, Burdock roots, Chlorophyll and more! Sea Moss capsules with black seed have been combined and the results are amazing. Clean Nutraceuticals has officially created the world's most inclusive 15 in 1 raw sea moss, black seed capsules, ashwagandha extract, bladderwrack root, Burdock roots, turmeric curcumin capsules.
- The Raw Sea Moss and Black Seed Oil Capsules You've Been Looking For - Clean provides 6 full-dose products in one, containing a full Irish Sea Moss Powder, Black Seed Powder, Ashwagandha Extract, Bladderwrack Powder, and Burdock Root Powder in a convenient all in one supplement! Finally, Irish sea moss wildcrafted, black seed, ashwagandha powder, bladderwrack herb and burdock root pills have been packed into one convenient solution that's quick and easy to take.
- Introducing the MDA Blend - Sea Moss Pills, Black Seed Oil Pills, Ashwagandha Root, Bladderwrack Capsules and Burdock Root Capsules that contain 10+ powerhouse ingredients, turmeric curcumin capsules, Apple Cider Vinegar, Chlorophyll, Manuka Honey, and more! These sea moss bladderwrack burdock root capsules are alternatives to sea moss gummies, black seed oil gummies, and ashwagandha gummies for men. Not usual sea moss raw organic, wildcrafted sea moss gel or ashwagandha supplements.
- A Powerful All In One Supplement - MDA is overflowing with potent Sea Moss Supplement, Black Seed Oil capsules, Aswagandhada capsules, Burdock Root, Bladderwrack and turmeric powder. Clear out those countless supplements in your supplement cabinet, and replace it with just one seamoss powder, black seeds oil, aswagandhada capsules, and burdock supplement 15-in-1 formula from Clean Nutraceuticals. We made Irish seamoss bladderwrack burdock capsules better by adding black seed.
- Vetted and Trusted Ingredients - We pride ourselves in offering quality seamoss raw, black seed oil health benefits, ashwagandha root, burdock root, and bladderwrack supplements for our customers. Our seamoss capsules, black seed cumin and ashwangha supplements formulas are proudly made to create trusted seamoss and bladderwrack capsules, black seed cumin oil, ashwagandha for men and bladderwrack supplement.

Report an issue with this product or seller

## Similar item with fast delivery

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Bladderwrack 1000mg Burdock & Vitamin C Vitamin D3 with Elderberry Manuka Dandelion Yellow Dock Iodine Chlorophyll ACV - 2Pack
60 Count (Pack of 2)
★★★★☆ (725)
$49.95 ($0.42/Count) prime

Sponsored

$29.99 ($29.99 / Count)

FREE delivery **Wednesday, October 23**. Details

Or fastest delivery **October 18 - 21**. Details

[redacted]

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | MDA LOGISTICS INC |
| Sold by | MDA LOGISTICS INC |
| Returns | Non-returnable due to Food safety reasons |
| Payment | Secure transaction |

See more

Add to List

amazon business

**Save up to 6%** on this product with business-only pricing.

Create a free account

Sponsored

## Buy it with

**This item:** MDA Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha Burdock & Root…
$29.99 ($29.99/Count)

+

Shilajit 9000 Panax Ginseng 1500MG Ashwagandha 2000MG Rhodiola Rosea 1000MG,…
$13.00 ($0.22/Count) prime

+

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Bladderwrac…
$29.95 ($0.50/Count) prime

Total price: $72.94

Add all 3 to Cart

These items are shipped from and sold by different sellers.
Show details

## Products related to this item

Sponsored

# MDA LOGISTICS INC

Visit the MDA LOGISTICS INC storefront

★★★★☆ | **72% positive** in the last 12 months (32 ratings)

**MDA Sea Moss 3000mg Black See...**

$29.99 ($ 29.99 / Count)

Add to Cart

## About Seller

Who Are We

MDA is a company specializing in the research and production of automotive accessories, grilles, headlights, fog lights, brake lights, tail light accessories, mudguards, bumpers, and other automotive related accessories. We have a professional design team and a complete production line to meet the replacement requirements of various car models.

Customer Service

We provide free and efficient return services for quality issues caused by delivery or missing parts within 30 days without...

See more

**Have a question for MDA LOGISTICS INC?**

Ask a question

## Reviews

★★★★☆ 4 out of 5

32 ratings

12 months

| | |
|---|---|
| 5 star | 72% |
| 4 star | 0% |
| 3 star | 3% |
| 2 star | 6% |
| 1 star | 19% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

32 total ratings, 32 with feedback for 12 months

★★★★★ "When are you going to have this product?? I order another brand no good !! So I wait for your product!!!! "

By Chris on October 8, 2024.

★★★★★ "Highly recomendlable for health "

By kumail hussain on October 7, 2024.

★★★☆☆ "Supposed to receive by October 4, still not here. Paid for the expedited shipping, still not here. Hopefully it comes soon "

By John M. on October 6, 2024.

★★★★★ "Buen producto "

By Amazon Customer on October 5, 2024.

★★★★★ "Arrived in a reasonable and timely manner "

By Joseph on October 5, 2024.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** AMIR LOGISTICS INC

**Business Address:**

12431 SANTIAGO DR
VICTORVILLE
CA
92392
US

| Shipping Policies | ⌄ |
| Other Policies | ⌄ |
| Help | ⌄ |

### Products

See all products currently offered by the seller.                    Page 1 of 4

30 Gram Shilajit Pure Himalayan Organic Shilajit Resin | Nat...
$43.99

Winco DP-14R Lobby Dust Pan 13-5/8 x 14 x 8-7/8"
$32.00

PERFIT LINER Front Bumper Lower Grille Grill 2011 2012 2013...
$25.00

OE Replacement Chevrolet/GMC Front Bumper Air Dam (Partslink...
$30.00

2007-2013 Chevy S 1500 Front Lower B Lower Cove...
$98.00

Leave seller feedback



Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon

🌐 English     🇺🇸 United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |











amazon prime [redacted] MDA LOGISTICS INC Search Amazon EN [redacted] Returns & Orders 0

All Rufus Medical Care Amazon Basics Buy Again Toys & Games Groceries Best Sellers Pharmacy Customer Service Shop By Interest

1-16 of 30 results Sort by: Featured

**Department**
Automotive

**Customer Reviews**
& Up

**Condition**
New

**Deals & Discounts**
All Discounts

**Availability**
Include Out of Stock

Shop now
Sponsored

## Results

Check each product page for other buying options. Price and other details may vary based on product size and color.

Amazon's Choice

PERFIT LINER Front Bumper Lower Grille Grill 2011 2012 2013 Compatible With TOYOTA Corolla Direct Replacement Parts Primed...
235
100+ bought in past month
Save 6%
$25.00 Typical: ~~$26.46~~
Save 3% at checkout
FREE delivery **Wed, Oct 23**
Or fastest delivery **Oct 18 - 21**
Only 8 left in stock - order soon.
Small Business
Seller rating: 4.0/5 (32)
Add to cart

30 Gram Shilajit Pure Himalayan Organic Shilajit Resin | Natural Shilajit Resin | Gold Grade 100% Shilajit Supplement with 85+ Trac...
1.05 Ounce (Pack of 1)
394
100+ bought in past month
$43.99 ($41.90/Ounce) Typical: ~~$59.99~~
Save 3% at checkout
FREE delivery **Oct 22 - 24**
Or fastest delivery **Oct 18 - 21**
Only 9 left in stock - order soon.
Seller rating: 4.0/5 (32)
Add to cart

Winco DP-14R Lobby Dust Pan 13-5/8 x 14 x 8-7/8"
6
100+ bought in past month
$32.00 Typical: ~~$39.72~~
FREE delivery **Oct 24 - 25**
Or fastest delivery **Oct 21 - 23**
Seller rating: 4.0/5 (32)
Add to cart

OE Replacement Chevrolet/GMC Front Bumper Air Dam (Partslink Number GM1090105)
374
50+ bought in past month
$30.00 Typical: ~~$32.98~~
Save 3% at checkout
FREE delivery **Wed, Oct 23**
Or fastest delivery **Oct 18 - 21**
Only 10 left in stock - order soon.
Seller rating: 4.0/5 (32)
Add to cart

BUMPERS THAT DELIVER - Textured, Black Front Upper Bumper Cover Trim Cap Compatible with 2003-2006 Chevy Silverado 1500...
4
$63.00

amazon prime

# Secure checkout

[redacted]

Change

Add delivery instructions

[redacted]

Change

Use a gift card, voucher, or promo code

## Arriving Oct 23, 2024

MDA Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha Burdock & Root 1000mg Turmeric 1000mg 1000mg & Vitamin C & D3 with Elderberry Manuka Dandelion Yellow Dock Iodine Chlorophyll ACV

**$29.09**

~~Was price: $29.99~~

$0.90 discount applied

Ships from MDA LOGISTICS INC

Sold by MDA LOGISTICS INC

**Quantity:** 1 Change

Gift options not available

- ( ) **Friday, Oct 18 - Monday, Oct 21**
  $9.37 - Delivery
- (•) **Wednesday, Oct 23**
  FREE Delivery
- ( ) **Tuesday, Oct 22 - Thursday, Oct 24**
  FREE Delivery

Place your order

**Order total: $29.09**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $29.99 |
| Shipping & handling: | $0.00 |
| Promotion Applied: | -$0.90 |
| Estimated tax to be collected:* | $0.00 |
| **Order total:** | **$29.09** |

Back to top

amazon English United States Help

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates

**Magnesium Glycinate Complex 1000mg with L-Theanine 200mg Apigenin 50mg Citrate...**
★★★★☆ 940
**Amazon's Choice** in Magnesium Mineral Supplements
$24.95 ($0.42/Count)
✓prime FREE One-Day Get it **Tomorrow, Oct 16**



**Collagen Pills 1000mg Biotin 10000mcg Keratin Saw Palmetto 2500mg Hyaluronic Acid - Hair Skin and Nails Vitamins...**
★★★★☆ 6,011
$29.95 ($0.33/Count)
✓prime FREE One-Day Get it **Tomorrow, Oct 16**

**Health Heals Sea Moss 3000 Black Seed Oil 2000 Ashwagandha 1000 Bladderwrack 1000 Burdock 1000-120 Count**
★★★★☆ 162
$34.95 ($0.29/Count)
✓prime FREE One-Day Get it **Tomorrow, Oct 16**

**Clean Nutraceu... Glucosamine Ch... MSM Turmeric Acid Boswellia...**
★★★★☆ 56
**Amazon's Choice**
Chondroitin & Glu... Combination Nutr... Supplements
$34.95 ($0.29/Co...
✓prime FREE On... **Tomorrow, Oct 1...**



Sponsored ⓘ

Sponsored ⓘ

### Related to items you've viewed



**Cleava Snap-To-Bra Mock Camisole [259] Black & Gray - SOLID (Two in a Pack) - Original Classic.**
★★★★☆ 220
$39.99
Get it Oct 24 - 30
FREE Shipping



**Bencailor 3 Pieces Lace Camisole Lace Crop Top Lace Half Cami Breathable Basic Cami Spaghetti Tank Top for Women**
★★★★☆ 564
$11.99 - $12.99



**Snappy Cami Snap-To-Bra Mock Camisole**
★★★★☆ 219
$19.99
Get it Oct 24 - 31
FREE Shipping



**Cleava SNAP ON Mock Camisole snap to Bra cami – Original NO LACE Classic**
★★★★☆ 107
$29.99
Get it Oct 24 - 31
FREE Shipping



amazon prime [redacted] All Search Amazon EN [redacted] Returns & Orders 0

All Rufus Medical Care Amazon Basics Buy Again Toys & Games Groceries Best Sellers Pharmacy Customer Service Shop By Interest

Your Account › Your Orders › Order Details

# Order Details

Ordered on October 15, 2024 | [redacted]

View or Print invoice

**Shipping Address**

[redacted]

**Payment method**

[redacted]

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $29.99 |
| Shipping & Handling: | $0.00 |
| Promotion Applied: | -$0.90 |
| Total before tax: | $29.09 |
| Estimated tax to be collected: | $0.00 |
| **Grand Total:** | **$29.09** |

See tax and seller information

## Arriving October 23

MDA Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha Burdock & Root 1000mg Turmeric 1000mg 1000mg & Vitamin C & D3 with Elderberry Manuka Dandelion Yellow Dock Iodine Chlorophyll ACV

Sold by: MDA LOGISTICS INC

$29.99

Buy it again

Track package

Problem with order

Cancel items

Write a product review

**Buy it again** View All & Manage

Page 1 of 10

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg…

16,974

30K+ viewed in past week

Amazon's Choice in Blended Vitamin & Mineral Supplements

-25% $29.95

($0.50/Count)

List: ~~$39.99~~

prime FREE One-Day Get it **Tomorrow, Oct 16**

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Bladderwrack 1000mg…

3

$24.99 ($24.99/Fl Oz)

prime FREE Delivery **Thursday, Oct 17**

Dog Toothbrush Chew Toy (Patented) for Aggressive Chewers (for Medium and Large Size…

116

200+ viewed in past week

$10.09 ($10.09/Count)

prime FREE Delivery **Thursday, Oct 17**

Clean Nutraceuticals Lions Mane 3000mg 20in1 Mushroom Supplement with Turke…

5,662

8K+ viewed in past week

-25% $29.95

($0.50/Count)

List: ~~$39.99~~

prime FREE One-Day Get it **Tomorrow, Oct 16**

**Items you may enjoy**

# Seller Display Name

# Naqi Prime inc

# Seller ID

# A12JXOLKGY5J30













amazon prime [redacted] All | sea moss, black seed oil, ashwagandha, burdock root supplement | EN | [redacted] | Returns & Orders | 0

All | Rufus | Medical Care | Buy Again | Amazon Basics | Toys & Games | Groceries | Best Sellers | Pharmacy | Customer Service | Household, Health & Baby Care | Shop By Interest | Amazon Home | Subscribe & Save | Amazon Business | Livestreams

Health & Personal Care | Household Supplies | Vitamins & Diet Supplements | Baby & Child Care | Health Care | Sports Nutrition | Sexual Wellness | Health & Wellness | Medical Supplies & Equipment | FSA Eligible Items | Sales & Special Offers | Subscribe & Save

Shop now

Sponsored

‹ Back to results

Last purchased Oct 15, 2024
View order

Set reminder

Roll over image to zoom in

# MDA Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha Burdock & Root 1000mg Turmeric 1000mg 1000mg & Vitamin C & D3 with Elderberry Manuka Dandelion Yellow Dock Iodine Chlorophyll ACV

Brand: MDA
Search this page

-56% $7.99 ($7.99 / Count)

Typical price: ~~$18.00~~

Save 5% at checkout Shop items ›

Thank you for being a Prime member. Get $150 off: Pay $0.00 ~~$7.99~~ upon approval for Prime Visa.

Save 3% at checkout Terms

| | |
|---|---|
| **Brand** | MDA |
| **Flavor** | Fruit Punch |
| **Primary Supplement Type** | Calcium |
| **Unit Count** | 1 Count |
| **Item Form** | Capsule |
| **Item Weight** | 0.07 Ounces |

See more

## About this item

- Clean Nutra Irish Sea Moss Capsules For Women and Men - Our Seamoss Pills and Black Seed Oil for hair includes 15 ingredients such as Turmeric Curcumin Capsules, Bladderwrack capsules, Burdock roots, Chlorophyll and more! Sea Moss capsules with black seed have been combined and the results are amazing. Clean Nutraceuticals has officially created the world's most inclusive 15 in 1 raw sea moss, black seed capsules, ashwagandha extract, bladderwrack root, Burdock roots, turmeric curcumin capsules.
- The Raw Sea Moss and Black Seed Oil Capsules You've Been Looking For - Clean provides 6 full-dose products in one, containing a full Irish Sea Moss Powder, Black Seed Powder, Ashwagandha Extract, Bladderwrack Powder, and Burdock Root Powder in a convenient all in one supplement! Finally, Irish sea moss wildcrafted, black seed, ashwagandha powder, bladderwrack herb and burdock root pills have been packed into one convenient solution that's quick and easy to take.
- Introducing the MDA Blend - Sea Moss Pills, Black Seed Oil Pills, Ashwagandha Root, Bladderwrack Capsules and Burdock Root Capsules that contain 10+ powerhouse ingredients, turmeric curcumin capsules, Apple Cider Vinegar, Chlorophyll, Manuka Honey, and more! These sea moss bladderwrack burdock root capsules are alternatives to sea moss gummies, black seed oil gummies, and ashwagandha gummies for men. Not usual sea moss raw organic, wildcrafted sea moss gel or ashwagandha supplements.
- A Powerful All In One Supplement - MDA is overflowing with potent Sea Moss Supplement, Black Seed Oil capsules, Aswagandhada capsules, Burdock Root, Bladderwrack and turmeric powder. Clear out those countless supplements in your supplement cabinet, and replace it with just one seamoss powder, black seeds oil, aswagandhada capsules, and burdock supplement 15-in-1 formula from Clean Nutraceuticals. We made Irish seamoss bladderwrack burdock capsules better by adding black seed.
- Vetted and Trusted Ingredients - We pride ourselves in offering quality seamoss raw, black seed oil health benefits, ashwagandha root, burdock root, and bladderwrack supplements for our customers. Our seamoss capsules, black seed cumin and ashwangha supplements formulas are proudly made to create trusted seamoss and bladderwrack capsules, black seed cumin oil, ashwagandha for men and bladderwrack supplement.

Report an issue with this product or seller

## Similar item with fast delivery

Amazon's Choice

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Bladderwrack 1000mg Burdock & Vitamin C Vitamin D3 with Elderberry Manuka Dandelion Yellow Dock Iodine Chlorophyll ACV - 2Pack
60 Count (Pack of 2)
(736)
$49.95 ($0.42/Count) prime

Sponsored

$7.99 ($7.99 / Count)

FREE delivery November 4 - 6. Details

Or fastest delivery October 31 - November 1. Details

[redacted]

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Naqi Prime inc |
| Sold by | Naqi Prime inc |
| Returns | Non-returnable due to Food safety reasons |
| Customer service | Naqi Prime inc |

See more

Add to List

amazon business

Fast delivery during business hours, flexible payment options.

Create a free account

## Buy it with

+

+

**This item:** MDA Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha Burdock & Root…
$7.99 ($7.99/Count)

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Bladderwrac…
$29.95 ($0.50/Count) prime

Shilajit 9000 Panax Ginseng 1500MG Ashwagandha 2000MG Rhodiola Rosea 1000MG,…
$22.79 ($0.38/Count)

Total price: $60.73

Add all 3 to Cart

Some of these items ship sooner than the others.
Show details

## Based on your purchase trends

# Naqi Prime inc

Visit the Naqi Prime inc storefront

★★★★☆  **75% positive** lifetime (4 total ratings)

**MDA Sea Moss 3000mg Black See...**
$7⁹⁹  ($ 7.99 / Count)

Add to Cart

## About Seller

Naqi Prime inc is committed to providing each customer with the highest standard of customer service.

Have a question for Naqi Prime inc?

Ask a question

## Reviews

★★★★☆  4 out of  5

4 ratings

Lifetime ▾

| | |
|---|---|
| 5 star | 75% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 25% |

▾ Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars ▾

4 total ratings, 4 with feedback for Lifetime ⓘ

★☆☆☆☆  "Item received with defective label, no mention of manufacturer or manufacturer's info. This is a bogus product, not to be trusted. I ask for a refund!! I will c... "
Read more
By Trudy Oberg on October 28, 2024.

★★★★★  "Extremely recommended good for health "
By Very good product and fast shipping on October 24, 2024.

★★★★★  "I love this product and seller are very fast ship my order "
By Very good product and fast shipping on October 24, 2024.

★★★★★  "Great price with a timely delivery .. product quality is perfect . Thanks for your services "
By Naqi hussain on March 18, 2024.

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either is unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** NAQI PRIME INC
**Business Address:**
  15237 LILAC ST
  HESPERIA
  CA
  92345
  US

## Shipping Policies  ⌄

## Other Policies  ⌄





amazon prime [redacted] Naqi Prime inc Search Amazon EN [redacted] Returns & Orders 0

All Rufus Medical Care Buy Again Amazon Basics Toys & Games Groceries Best Sellers Pharmacy Customer Service Household, Health & Baby Care

5 results Sort by: Featured

## Results

Check each product page for other buying options.

Amazon's Choice

Sea Moss 7000mg Black Seed Oil 4000mg Ashwagandha 2000mg Turmeric 2000mg Bladderwrack 2000mg Burdock 2000mg & Ginge...

Capsule | 60 Count (Pack of 1)

4.4 1,522

8K+ bought in past month

$30.99 ($0.52/Count) List: ~~$34.99~~

Save 5% at checkout

FREE delivery **Nov 4 - 6**

Or fastest delivery **Oct 31 - Nov 1**

Only 3 left in stock - order soon.

Small Business

Add to cart

Best Seller

Shilajit 9000 Panax Ginseng 1500MG Ashwagandha 2000MG Rhodiola Rosea 1000MG, Turmeric 500MG, Gingko Biloba 500MG,...

Capsule | 60 Count (Pack of 1)

4.2 2,154

8K+ bought in past month

This item cannot be shipped to your selected delivery location. Please choose a different delivery location.

Small Business

See options

Live Conscious Beyond Collagen Multi Collagen Capsules - Types I, II, III, V & X - Hydrolyzed Blend with Biotin & Vitamin C for Hair, Skin,...

Capsule | 90 Count (Pack of 1)

4.5 71,599

5K+ bought in past month

$23.99 ($0.27/Count) List: ~~$29.99~~

Save 5% at checkout

FREE delivery **Nov 4 - 6**

Or fastest delivery **Oct 31 - Nov 1**

Add to cart

Collagen Peptides Pills by Ancient Nutrition, Hydrolyzed Multi Collagen Supplement, Types I, II, II, V & X, Supports Healthy Skin an...

Capsule | 90 Count

4.5 7,356

4K+ bought in past month

$31.39 ($0.35/Count) List: ~~$52.95~~

Save 5% at checkout

FREE delivery **Nov 4 - 6**

Or fastest delivery **Oct 31 - Nov 1**

1 sustainability feature

Add to cart

Previously viewed

MDA Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha Burdock & Root 1000mg Turmeric 1000mg 1000mg & Vitamin C &...

Capsule | 1 Count (Pack of 1)

$7.99 ($7.99/Count) Typical: ~~$18.00~~

Shop now

Sponsored

**amazon** prime

Secure checkout ∨

Change

Add delivery instructions

Change

Use a gift card, voucher, or promo code

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $7.99 |
| Shipping & handling: | $0.00 |
| Promotion Applied: | -$0.40 |
| Estimated tax to be collected:* | $0.00 |
| **Order total:** | **$7.59** |

**Arriving Nov 4, 2024 - Nov 6, 2024**

MDA Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha Burdock & Root 1000mg Turmeric 1000mg 1000mg & Vitamin C & D3 with Elderberry Manuka Dandelion Yellow Dock Iodine Chlorophyll ACV
**$7.59**
Was price: $7.99
$0.40 discount applied ∨
Ships from Naqi Prime inc
Sold by Naqi Prime inc

Quantity: 1 Change

Gift options not available

○ Thursday, Oct 31 - Friday, Nov 1
$9.99 - Delivery

● Monday, Nov 4 - Wednesday, Nov 6
FREE Delivery

**Place your order**    Order total: $7.59

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart



Back to top

**amazon**

[ 🌐 English ] [ 🇺🇸 United States ]    Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates









amazon prime | All | Search Amazon | EN | [redacted] | Returns & Orders | 0

All | Rufus | Medical Care | Buy Again | Amazon Basics | Toys & Games | Groceries | Best Sellers | Pharmacy | Customer Service | Household, Health & Baby Care

## Order placed, thanks!

Confirmation will be sent to your email.

[redacted]

**Nov. 4 - Nov. 6**
Estimated delivery

Review or edit your recent orders ›

### Follow the brand

Get deals, new products updates, and more.

**Absowell: Absolute wellness**

Follow

**$150 Amazon Gift Card** — **Get a $150 Amazon Gift Card instantly** upon approval for Prime Visa. No annual fee. Learn more

### You might also be interested in Skin Care

Ballindun Toner for Face, Rice Toner Rice Water, 155ML Face Toner for Women, Refreshing & Nourishing Skincare…
★★★★★ 86
-17% $9.99 ($1.92/Fl Oz)
List: ~~$11.99~~
prime FREE Delivery
**Thursday, Oct 31**

Ashania Neck Firming Cream : Skin Tightening Cream Moisturizer Face and Neck Lift Tightening with Hyaluronic Acid &…
★★★★★ 23
-33% $19.99
($11.76/Fl Oz)
List: ~~$29.99~~
prime FREE One-Day Get it
**Tomorrow, Oct 30**

Vaseline Illuminate Me Body Butter & Body Oil - Shimmering Body Bronzer, Hydrating…
★★★★★ 431
Amazon's Choice in Body Butters
$22.99 ($1.61/Ounce)
prime FREE One-Day Get it
**Tomorrow, Oct 30**

See more in Skin Care

Sponsored

Sponsored

### Based on your browsing history

Order Details



amazon prime

All | Search Amazon | EN | Returns & Orders | 🛒 0

≡ All | 🔴 Rufus | Medical Care ▾ | Buy Again | Amazon Basics | Toys & Games | Groceries ▾ | Best Sellers | Pharmacy | Customer Service | Household, Health & Baby Care

Your Account › Your Orders › Order Details

## Order Details

Ordered on October 29, 2024   ▇▇▇▇▇▇▇

View or Print invoice

**Shipping Address**    **Payment method**    **Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $7.99 |
| Shipping & Handling: | $0.00 |
| Promotion Applied: | -$0.40 |
| Total before tax: | $7.59 |
| Estimated tax to be collected: | $0.00 |
| **Grand Total:** | **$7.59** |

See tax and seller information

**Arriving November 4 – November 6**

MDA Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha Burdock & Root 1000mg Turmeric 1000mg 1000mg & Vitamin C & D3 with Elderberry Manuka Dandelion Yellow Dock Iodine Chlorophyll ACV
Sold by: Naqi Prime inc
$7.99

🔄 Buy it again

Track package
Problem with order
Cancel items
Write a product review

## Buy it again   View All & Manage     Page 1 of 15 ⋮



‹

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg...
⭐ 17,237
20K+ viewed in past week
-25% $29⁹⁵
($0.50/Count)
List: $39.99
✓prime FREE One-Day Get it **Tomorrow, Oct 30**

UMARYUSA Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Bladderwrack...
⭐ 13
$29⁹⁵ ($0.50/Count)
✓prime FREE Delivery **Thursday, Oct 31**

Multivitamins Sea Moss, Black Seed Oil, Ashwagandha & Burdock Root Supplement, 60 Capsules
⭐ 13
$29⁹⁹ ($0.50/Count)
FREE Shipping
Only 9 left in stock - order...

Sea Moss, Black Seed Oil, Ashwagandha, Turmeric, Bladderwrack, Burdock, Plus Vitamin C, D3, Elderberry, Manuka, Dandelion, Iodine,...
⭐ 4,075
1 offer from $19⁹⁰

›

---



## Recommended based on your shopping trends

Sponsored ⓘ

     

Chemisettes by Anne Modesty Panel Cleavage Cover Soft Lace on Silky Poly 5 Sizes
⭐ 615
$21.99

LouKeith Womens Tops Sleeveless Halter Racerback Summer Basic Tee Shirts Cami Tank Tops Beach Blouses
⭐ 24,459
$14.99 ✓prime

AEPEBO Sexy Crop Tops for Women Deep V Neck Back Cutout Sleeveless Plunge Racerback Tank Cropped Top
⭐ 13
$17.99 ✓prime

Kosher Casual Modest High Neck Crop Tank, Women's Sleeveless Full Shoulder Top
⭐ 924
$25.90 ✓prime

KINLONSAIR Women's Sleeveless Henley Tank Tops Ribbed V Neck Button Down T Shirts Summer Slim Fit Tee
⭐ 4,075
$14.97 ✓prime

Cleava Snap-To-Bra Mock Camisole [259] Black & Gray - SOLID (Two in a Pack) - Origina Classic.
⭐ 220
$39.99 ✓prime

# Seller Display Name

# Naturerem

# Seller ID

# A3OZ1D35LH4AOW

amazon prime [redacted] All Sea Moss, Black Seed Oil, Ashwagandha, Burdock Root Supplement, 60 Capsules EN [redacted] Returns & Orders 0

All Rufus Medical Care Amazon Basics Buy Again Toys & Games Groceries Best Sellers Pharmacy Customer Service Shop By Interest Amazon Home Amazon Business Household, Health & Baby Care Subscribe & Save Livestreams

Health & Personal Care Household Supplies Vitamins & Diet Supplements Baby & Child Care Health Care Sports Nutrition Sexual Wellness Health & Wellness Medical Supplies & Equipment FSA Eligible Items Sales & Special Offers Subscribe & Save

Shop now

Sponsored

‹ Back to results

Roll over image to zoom in

# Sea Moss Black Seed Oil 80g with Ashwagandha and Burdock Root Capsules 60 Capsules - Herbal Supplement for Men&Women

Brand: Generic
Search this page

$20.00 ($0.33 / Count)

Save 15% on 2 select item(s) Shop items ›

Get $150 off instantly: Pay $0.00 upon approval for Prime Visa.

Item Package Quantity: 1

| | | |
|---|---|---|
| 1 $20.00 ($0.33 / Count) | 2 $30.99 ($0.52 / Count) | 3 $36.99 ($0.62 / Count) |
| 4 $47.99 ($0.80 / Count) | 5 $53.99 ($0.90 / Count) | |

| | |
|---|---|
| **Brand** | Generic |
| **Item Form** | Capsule |
| **Manufacturer** | Naturerems |
| **Item Package Quantity** | 1 |
| **Package Information** | Bottle |

**About this item**

- Special Ingredients: Contains Chlorophyll, Black Seed Oil, Bladderwrack, Sea Moss, Burdock Root
- Benefits: Supports Hair, Skin, Nails; Improves Immunity, Detoxifies, Promotes Wellness
- Comprehensive Nutritional Support: It offers a 15-in-1 blend of Clean Nutraceuticals, including Irish Sea Moss, Black Seed Oil, Ashwagandha, and Burdock Root. This all-in-one formula replaces multiple supplements, providing convenient and effective nutrition support in one bottle.
- Convenient All-in-One Formula: Sea Moss, Black Seed Oil, Ashwagandha, Bladderwrack, Burdock Root in Capsules
- Powerful Ingredients: Sea Moss, Black Seed Oil, Ashwagandha, Bladderwrack, Burdock Root to Support Health

Report an issue with this product or seller

Sponsored

$20.00 ($0.33 / Count)

$4.53 delivery **October 18 - 23**.
Details

[redacted]

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Naturerem |
| Sold by | Naturerem |
| Returns | Non-returnable due to Food safety reasons |
| Customer service | Amazon |

See more

Add to List

amazon business

Fast delivery during business hours, flexible payment options.

Create a free account

Sponsored

## Buy it with

This item: Generic Sea Moss Black Seed Oil 80g with Ashwagandha and Burdock Roo… $20.00 ($0.33/Count)

+

Irish Sea Moss Capsules, 3,000mg Per Serving, 240 Veggie Pills | Made with Organic Raw Powder… $15.99 ($0.07/Count) prime

+

Carlyle Burdock Root | 1000 mg | 200 Capsules | Non-GMO and Gluten Free Formula | Tradition… $9.99 ($0.05/Count) prime

Total price: $45.98

Add all 3 to Cart

These items are shipped from and sold by different sellers.
Show details

## Products related to this item

Sponsored







# Naturerem

Visit the Naturerem storefront

★★★★★ | **100% positive** lifetime (1 total ratings)

Generic Sea Moss Black Seed Oil ...
$20⁰⁰ ($ 0.33 / Count)

[Add to Cart]

## About Seller

Naturerem is committed to providing each customer with the highest standard of customer service.

**Have a question for Naturerem?**

[Ask a question]

## Reviews

★★★★★ **5 out of 5**
1 ratings

[Lifetime ▼]

| | |
|---|---|
| 5 star | 100% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

▾ Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

[Leave seller feedback]

**FILTER BY**

[All stars ▼]

1 total ratings, 1 with feedback for Lifetime ⓘ

★★★★★
"The delivery was excellent"
By Joseph Francis on September 28, 2024.

"Thanks! There's a lots promotions coming 😍"
By Naturerem on October 4, 2024.

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either is unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** zhijingweilai zhuhaihengqin kejiyouxiangongsi
**Business Address:**
　横琴石山村104号
　第二层
　珠海市
　广东
　519000
　CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄