











amazon prime [redacted] Naturerem Search Amazon EN [redacted] Returns & Orders 0

All Rufus Medical Care Amazon Basics Buy Again Toys & Games Groceries Best Sellers Pharmacy Customer Service Shop By Interest

10 results

Sort by: Featured

**Department**

Health & Household

**Availability**

☐ Include Out of Stock

Shop now

Sponsored

## Results

Check each product page for other buying options.

Intestinal Cleansing Detox Capsule, Cleans The Intestines and Colon to Support Women and Men, Helps Digestion in 30 Capsules (2)

★☆☆☆☆ 1

$23.99 ($23.99/Count) Typical: ~~$27.98~~

Save $5.00 with coupon

$3.99 delivery **Oct 18 - 23**

Add to cart

Resin Ointment, 30G, Original Himalayan, Dietary Supplement for Body Enhancement (1)

$18.99 ($18.99/Count)

Save 15% on 2 select item(s)

$3.99 delivery **Oct 18 - 23**

Add to cart

Sea Moss Black Seed Oil 80g with Ashwagandha and Burdock Root Capsules 60 Capsules - Herbal Supplement for Men&Women

Capsule | 60 Count (Pack of 1)

$20.00 ($0.33/Count)

Save 15% on 2 select item(s)

$4.53 delivery **Oct 18 - 23**

Add to cart

Natural Shilajit Pure Himalayan 60 Capsules for Energy Booster Supplement (1)

Capsule | 60 Count (Pack of 1)

$17.99 ($0.30/Count)

Save 15% on 2 select item(s)

$5.51 delivery **Oct 23 - 24**

Add to cart

Ghost Campfire Flickering Night Light, Halloween Nightlight Flicker Flame, Indoor Decoration Lamp

$22.50

$6.91 delivery **Oct 23 - 24**

Add to cart

Halloween Cozy Soft Lightweight Flannel Throw Blanket with Witch, Pumpkin, and Bat Designs, Orange (40 * 50inches)

$26.99

$4.89 delivery **Oct 18 - 23**

Add to cart

amazon prime

Secure checkout

[redacted]

Change

Add delivery instructions

[redacted]

Change

Use a gift card, voucher, or promo code

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $20.00 |
| Shipping & handling: | $4.53 |
| Estimated tax to be collected:* | $0.00 |
| **Order total:** | **$24.53** |

## Arriving Oct 18, 2024 - Oct 23, 2024

Generic Sea Moss Black Seed Oil 80g with Ashwagandha and Burdock Root Capsules 60 Capsules - Herbal Supplement for Men&Women

**$20.00 ($0.33 / Count)**

Ships from Naturerem

Sold by Naturerem

**Quantity:** 1 Change

Gift options not available

**Friday, Oct 18 - Wednesday, Oct 23**

$4.53 - Delivery

Place your order

**Order total: $24.53**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

Back to top

amazon English United States Help

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates

**Order placed, thanks!**

Confirmation will be sent to your email.

[redacted]

**Oct. 18 - Oct. 23**
Estimated delivery

Review or edit your recent orders ›

Do you purchase for work? Access business-only pricing, quantity discounts and flexible shipping with a **FREE** Amazon Business account.

Create a free Amazon Business account ›

$150 Amazon Gift Card

**Get a $150 Amazon Gift Card instantly** upon approval for Prime Visa. No annual fee. Learn more

**Top picks for you**

Page 1 of 3

Sea Moss, Black Seed Oil, Ginger Ashwagandha & Burdock Root, Multivitamins Supplements for Immune Support. 120Capsules…
$32.99 ($0.27/Count)
FREE Shipping
Only 12 left in stock - order…

Milk Thistle 3000mg NAC Chanca Piedra 2000mg Beet Root 2000mg Artichoke 2000mg Dandelion Root 1000m…
2,591
-25% $29.95
($0.50/Count)
List: ~~$39.99~~
prime FREE One-Day Get it **Tomorrow, Oct 16**

DATH Store Sea Moss, Black Seed Oil, Ashwagandha & Burdock Root Supplement, 3000mg, 2000mg, 1000mg, Multi-Ingredient
$19.99 ($0.33/Count)
FREE Shipping
Only 8 left in stock - order…

Clean Nutraceu
Fruits and Vegg
Supplement Re
Green Superfoo
34
Amazon's Choice
Spirulina Herbal S
$29.95 ($0.25/Co
prime FREE One
**Tomorrow, Oct 1**

**Related to items you've viewed**

UMARYUSA Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Bladderwrack…
5
$29.95 ($0.50/Count)
prime FREE Delivery **Thursday, Oct 17**

K-UMARY Hyaluronic Acid Supplements, 1200mg, 30 Tablets (30 Day Supply), Contributes to Joint Lubrication, for Healthy Joints, High…
$39.00 ($1.30/Count)
FREE Shipping

Sponsored

Sponsored

**Related to items you've viewed** See more

amazon prime [redacted] All Search Amazon EN [redacted] Returns & Orders 0

All Rufus Medical Care Amazon Basics Buy Again Toys & Games Groceries Best Sellers Pharmacy Customer Service Shop By Interest

Your Account › Your Orders › Order Details

# Order Details

Ordered on October 15, 2024 | [redacted]

View or Print invoice

**Shipping Address**

[redacted]

**Payment method**

[redacted]

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $20.00 |
| Shipping & Handling: | $4.53 |
| Total before tax: | $24.53 |
| Estimated tax to be collected: | $0.00 |
| **Grand Total:** | **$24.53** |

See tax and seller information

## Arriving October 18 - October 23

Generic Sea Moss Black Seed Oil 80g with Ashwagandha and Burdock Root Capsules 60 Capsules - Herbal Supplement for Men&Women

Sold by: Naturerem

$20.00

Buy it again

Track package

Cancel items

Write a product review

## Related to items you've viewed See more

Page 1 of 12

Christmas Decorations Snowman Porch Light Cover, 9.5"*11.5"*4.8" Waterproof Christmas, Hanging Lamp gift Outdoor Indoor Decor F…
1
1 offer from $35.99

Trenton Gifts Holiday Christmas Porch Light Cover | Perfect for The Holidays | Set of 2
157
50+ viewed in past week
$29.99
prime FREE One-Day Get it Tomorrow, Oct 16

Holiday Snowman Head Porch Light Cover Snowman
291
$24.99
prime FREE One-Day Get it Tomorrow, Oct 16

2 Pack Snowman Christmas Porch Light Covers Good Light Transmission Lamp…
61
100+ viewed in past week
$15.99
prime FREE Delivery Thursday, Oct 17

## Consider these items

Skechers Mens Parson Oswin Slip in
1,467
300+ viewed in past month
Amazon's Choice in Men's Loafers & Slip-Ons
-16% $80.00
List: ~~$95.00~~
prime FREE One-Day Get it Tomorrow, Oct 16

Skechers Mens Respected Holmgren Slip in
1,815
300+ viewed in past month
-10% $76.56
List: ~~$85.00~~
prime FREE One-Day Get it Tomorrow, Oct 16

Skechers Men's Summits High Range Hands Free Slip-in
7,208
700+ viewed in past month
Amazon's Choice in Men's Fashion Sneakers
-7% $69.69
List: ~~$75.00~~
prime FREE One-Day Get it Tomorrow, Oct 16

Hike Footwear Lorax Summer - Wide Toe Box & Non-Slip,Lorax…
63
1K+ viewed in past month
#1 Best Seller in Women's Hiking Shoes
$69.95
Get it Nov 4 - 20
FREE Shipping

Skechers Men's, Gowalk Arch Fit Idyllic Sneaker
8,227
300+ viewed in past month
Amazon's Choice in Men's Walking Shoes
-20% $71.42
List: ~~$89.00~~
prime FREE One-Day Get it Tomorrow, Oct 16

Skechers Men's Max Cushioning Elite Advantageous Slip-(
1,818
400+ viewed in past mo
-27% $76.99
List: ~~$104.95~~
prime FREE One-Day
Tomorrow, Oct 16

# Seller Display Name

# Nodomo

# Seller ID

# A1ZL3BLMPPT6M2

amazon prime [redacted] All sea moss, black seed oil, ashwagandha, burdock root supplement EN [redacted] Returns & Orders 0

All Rufus Medical Care Amazon Basics Buy Again Toys & Games Groceries Best Sellers Pharmacy Customer Service Shop By Interest Amazon Home Amazon Business prime THURSDAY NIGHT FOOTBALL 07:01:18

Health & Personal Care Household Supplies Vitamins & Diet Supplements Baby & Child Care Health Care Sports Nutrition Sexual Wellness Health & Wellness Medical Supplies & Equipment FSA Eligible Items Sales & Special Offers Subscribe & Save

Shop now

Sponsored

‹ Back to results

2 VIDEOS

Roll over image to zoom in

# Sea Moss Black Seed Oil Ashwagandha Turmeric Bladderwrack & Burdock with Vitamin C & D3, Sambucus Elderberry, Apple Cider Vinegar and Dandelion Extract, 8 in 1 Supplement, 1400 mg

Visit the HARMONIFY Store

4.7 ★★★★☆ 11 ratings | Search this page

$17.99 ($0.30 / Count)

prime One-Day

Save up to 2% with business pricing. Sign up for a free Amazon Business account

**Get a $150 Gift Card:** Pay $0.00 ~~$17.99~~ upon approval for Prime Visa. No annual fee.

| | |
|---|---|
| **Brand** | HARMONIFY |
| **Flavor** | Unflavored |
| **Primary Supplement Type** | Vitamin D3 |
| **Unit Count** | 60 Count |
| **Item Form** | Capsule |
| **Item Weight** | 0.1 Pounds |

See more

## About this item

- ALL in 1 MAGIC INGREDIENTS: Sea Moss, Black Seed Oil, Ashwagandha, Turmeric, Bladderwrack, Burdock, Vitamin C, Vitamin D3 with Elderberry, Dandelion, Yellow Dock, Iodine, Manuka Honey, Chlorophyll and Apple Cider Vinegar (ACV) all have various health benefits.
- HOLISTIC DETOXIFICATION: HARMONIFY combines mineral-rich sea moss with bladderwrack and burdock for detoxification, while also featuring immune-supporting ingredients like vitamin C, vitamin D3, elderberry, and ACV.
- IRISH SEA MOSS CAPSULES FOR WOMEN AND MEN: Sea Moss capsules with black seed have been combined and the results are amazing. Combining these ingredients into one supplement could offer a convenient way to access their potential benefits.
- HEALTH BENEFITS: Our Sea Moss capsules, Black Seed Cumin and Ashwangha Supplements formulas are proudly made to create trusted seamoss and bladderwrack capsules, black seed cumin oil, ashwagandha for men and bladderwrack supplement.
- HARMONIFY SUPPLEMENTS: HARMONIFY Supplements are formulated with carefully selected ingredients. All products are manufactured in GMP-certified facilities and come with third-party test reports.

Report an issue with this product or seller

## Consider a similar item

3000mg Sea Moss Liquid Drops - Organic Black Seed Oil & Irish Sea Moss Gel with Burdock Root Bladderwrack, Elderberry, Vitamin C & D3, 6X Stronger Seamoss Raw for Immunity Booster, Digestive Health
**2 Fl Oz (Pack of 1)**
★★★★☆ (1102)
$19.96 ($9.98/Fl Oz) prime
Climate Pledge Friendly

Sponsored

Delivery | Pickup

**One-time purchase:**
$17.99 ($0.30 / Count)
prime One-Day
**FREE delivery Tomorrow, October 18.** Order within 5 hrs 10 mins
[redacted]

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Nodomo |
| Returns | Non-returnable due to Food safety reasons |
| Gift options | Add at checkout |

See more

**Subscribe & Save:**
10% 15%
$16.19 ($0.27 / Count)
prime
**FREE delivery Tomorrow, October 18**
Ships from: Amazon
Sold by: Nodomo

Add to List

amazon business
**Save up to 2%** on this product with business-only pricing.
Create a free account

Sponsored

## Buy it with

**This item:** HARMONIFY Sea Moss Black Seed Oil Ashwagandha Turmeric Bladderwrack &…
$17.99 ($0.30/Count) prime

+

3000mg Sea Moss Liquid Drops - Organic Black Seed Oil & Irish Sea Moss Gel with Burdock Root…
$19.96 ($9.98/Fl Oz) prime

+

Clean Nutraceuticals Sea Moss Liquid Drops Supplement with Black Seed Oil Ashwagandha…
$19.95 ($9.98/Fl Oz) prime

Total price: $57.90
Add all 3 to Cart
These items are shipped from and sold by different sellers.
Show details

## Products related to this item

Sponsored







# Nodomo

Visit the Nodomo storefront

★★★★★ | **100% positive** in the last 12 months (27 ratings)

**HARMONIFY Sea Moss Black See...**
$17.99 ($ 0.30 / Count)

**Add to Cart**

## About Seller

NODOMO LLC

Handmade & Personal Care and Home & K'tchen Products Private Label Seller. Our aim is to provide customers with high-quality and natural products under our own brand on the Amazon platform. We strive to contribute to an organic lifestyle and offer a unique and distinctive experience with ourproducts while ensuring customer satisfaction.

**Products:**

Organic Handmade Soaps: Our handmade soaps are crafted with natural ingredients and enriched with skin-friendly formulas. They are availab...

∨ See more

**Have a question for Nodomo?**

Ask a question

## Reviews

★★★★★ **4.9 out of 5**

27 ratings    [ 12 months ∨ ]

| | |
|---|---|
| 5 star | 89% |
| 4 star | 11% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

∨ Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

[ All stars ∨ ]

27 total ratings, 27 with feedback for 12 months ⓘ

★★★★★ " Easy to give cuz it's liquid. Too early to tell if it's helping. "
By Colleen Mcqueen on October 15, 2024.

★★★★☆ " as pictured "
By cactuscritter on October 15, 2024.

★★★★★ " love it "
By TBrock on October 11, 2024.

★★★★★ " Good for breakfast replacement "
By Coco Dilley on September 26, 2024.

★☆☆☆☆ " ~~Just purchased item a few days ago and the item was already expired! The seller has a no refund policy or exchange policy! Thankfully Amazon made it right! I wi...~~ "
Read more
By KLM on September 19, 2024.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

Previous **Next**

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** NODOMO LLC
**Business Address:**
8020 S RAINBOW BLVD STE 100-680
LAS VEGAS
NEVADA
89139-6483
US











amazon prime [redacted] Nodomo Search Amazon EN [redacted] Returns & Orders 0

All Rufus Medical Care Amazon Basics Buy Again Toys & Games Groceries Best Sellers Pharmacy Customer Service Shop By Interest

1-16 of 47 results Sort by: Featured

**Delivery**
All Prime

**Delivery Day**
Get It by Tomorrow

**Department**
Beauty & Personal Care
Health & Household
Home & Kitchen

**Customer Reviews**
& Up

**Condition**
New

**Subscription Options**
Subscribe & Save Eligible

**FSA or HSA Eligible**
FSA or HSA Eligible

**International Shipping**
International Shipping Eligible

**Availability**
Include Out of Stock

Shop now
Sponsored

## Results

Check each product page for other buying options.

Australian Gold Sunscreen Lotion with Instant Bronzer, Broad Spectrum, Water Resistant, Non-Greasy, Oxybenzone Free, Cruelty...
8 Fl Oz (Pack of 1)
2,765
200+ bought in past month
$13.84 ($1.73/Fl Oz) List: ~~$18.00~~
FSA or HSA eligible
prime
FREE delivery **Mon, Oct 21**
Seller rating: 4.9/5 (27)
Add to cart

BLUE LIZARD Sport Mineral-Based Sunscreen Lotion - SPF 50+ - 3 oz
3 Fl Oz (Pack of 1)
3,077
200+ bought in past month
$14.45 ($4.82/Fl Oz)
FSA or HSA eligible
FREE delivery **Mon, Oct 21** for Prime members
Seller rating: 4.9/5 (27)
Add to cart

Dodo 3W Clinic Intensive UV Sunblock Cream SPF50+/PA+++ 70ml
2.37 Fl Oz (Pack of 1)
148
100+ bought in past month
$8.30 ($3.50/Fl Oz)
FREE delivery **Mon, Oct 21** for Prime members
Seller rating: 4.9/5 (27)
Add to cart

Surya Brasil Henna Cream Hair Color Treatment, Copper, 2.37 oz / 70 ml
Cream 1 Count (Pack of 1)
2,040
100+ bought in past month
$18.28 ($18.28/Count)
prime
FREE delivery **Mon, Oct 21**
Seller rating: 4.9/5 (27)
Add to cart
+1 colors/patterns

Collagen Biotin Keratin Saw Palmetto Hyaluronic Acid Complex Supplement with Vitamin E, Folic Acid, Pumpkin Seed and MSM, Ha...
Capsule 60 Count (Pack of 1)
17
50+ bought in past month
$18.60 ($0.31/Count)

amazon prime

# Secure checkout

[redacted]

Change

Add delivery instructions

FREE pickup available nearby

[redacted]

Change

Use a gift card, voucher, or promo code

## Arriving Oct 18, 2024

If you order in the next 4 hours and 54 minutes Details

HARMONIFY Sea Moss Black Seed Oil Ashwagandha Turmeric Bladderwrack & Burdock with Vitamin C & D3, Sambucus Elderberry, Apple Cider Vinegar and Dandelion Extract, 8 in 1 Supplement, 1400 mg

**$17.99 ($0.30 / Count)**

prime

Ships from Amazon.com

Sold by Nodomo

**Quantity:** 1 Change

Add gift options

- (selected) **Tomorrow, Oct 18**
  FREE One Day Delivery
- **Monday, Oct 21**
  FREE Amazon Day Delivery
  **Fewer boxes, fewer trips.**
  Change delivery day

Place your order

**Order total: $17.99**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $17.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $0.00 |
| **Order total:** | **$17.99** |

Back to top

amazon English United States Help

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates

amazon prime | All | Search Amazon | EN | [redacted] | Returns & Orders | 0

All | Rufus | Medical Care | Amazon Basics | Buy Again | Toys & Games | Groceries | Best Sellers | Pharmacy | prime THURSDAY NIGHT FOOTBALL | 06 : 53 : 48

**Order placed, thanks!**

Confirmation will be sent to your email.

[redacted]

**Tomorrow, Oct. 18**
Estimated delivery

You saved **$9.99** in shipping fees on this order with Prime. Learn more

Review or edit your recent orders ›

## Livestreams for you | Amazon Live

LIVE

Watch now

Petivity Powered by Purina Earns commissions

$150 Amazon Gift Card

**Get a $150 Amazon Gift Card instantly** upon approval for Prime Visa. No annual fee. Learn more

## Buy it again in Health and Personal Care

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg…
17,049
-25% $29.95
($0.50/Count)
List: ~~$39.99~~
prime FREE One-Day Get it **Tomorrow, Oct 18**
Purchased Sep 2024

Lions Mane 3000mg 20in1 Mushroom Supplement with Turkey Tail 2000mg Reishi…
5,678
-25% $29.95
($0.50/Count)
List: ~~$39.99~~
prime FREE One-Day Get it **Tomorrow, Oct 18**
Purchased Jun 2024

Dog Toothbrush Chew Toy (Patented) for Aggressive Chewers (for Medium and Large Size…
116
$10.09 ($10.09/Count)
prime FREE Delivery **Monday, Oct 21**
Purchased Jun 2024

Sea Moss 3000 Seed Oil 2000 Ashwagandha Turmeric 1000
3
$24.99 ($24.99/F
prime FREE One **Tomorrow, Oct 1**
Purchased Oct 20

## Buy it again

PureWine Pink Wand Filters Histamines and Sulfites - May Reduce and Alleviate Wine Allergies & Sensitivities - Purifier…
2,211
$24.99 ($3.12/Count)
FREE Shipping by Amazon
Purchased May 2024

Creative QT MakerBase, Blue & Green, 4 Pack, 10"x10" Peel-and-Stick Toy Building Blocks Stackable Baseplates,…
3,293
$32.99
prime FREE One-Day Get it **Tomorrow, Oct 18**

V7T7V7 Wine Sulfite Filter To Remove Sulfite And Histamine, Eliminate Headaches, Reduce Wine Allergies(12 Pack)
779
$10.99
Purchased May 2024

Cleavage Cover Original Snappy Cami (828) - Classic NO LACE (Solid) Set of 3 [Black, Gray an.
428
$29.99
Get it **Oct 28 - Nov 1**
FREE Shipping
Purchased Oct 2024

Sponsored

Sponsored

amazon prime [redacted] All Search Amazon EN [redacted] Returns & Orders 0

All Rufus Medical Care Amazon Basics Buy Again Toys & Games Groceries Best Sellers Pharmacy prime THURSDAY NIGHT FOOTBALL 06:53:25

Your Account › Your Orders › Order Details

# Order Details

Ordered on October 17, 2024 | [redacted] View or Print invoice

**Shipping Address**

[redacted]

**Payment method**

[redacted]

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $17.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $17.99 |
| Estimated tax to be collected: | $0.00 |
| **Grand Total:** | **$17.99** |

**Arriving tomorrow by 10 PM**

HARMONIFY Sea Moss Black Seed Oil Ashwagandha Turmeric Bladderwrack & Burdock with Vitamin C & D3, Sambucus Elderberry, Apple Cider Vinegar and Dandelion Extract, 8 in 1 Supplement, 1400 mg

Sold by: Nodomo

$17.99

Buy it again

Track package

Cancel items

Get help

Write a product review

**Buy it again** View All & Manage

Page 1 of 9

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg…

17,049

30K+ viewed in past week

-25% $29.95

($0.50/Count)

List: ~~$39.99~~

prime FREE One-Day Get it **Tomorrow, Oct 18**

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Bladderwrack 1000mg…

3

$24.99 ($24.99/Fl Oz)

prime FREE One-Day Get it **Tomorrow, Oct 18**

Dog Toothbrush Chew Toy (Patented) for Aggressive Chewers (for Medium and Large Size…

116

200+ viewed in past week

$10.09 ($10.09/Count)

prime FREE Delivery **Monday, Oct 21**

The Negg Boiled Egg Peeler White

9,347

1K+ viewed in past week

$16.69

prime FREE Delivery **Monday, Oct 21**

**Items you may enjoy**

# Seller Display Name

# Nutri plus

# Seller ID

# A320X821B4WN2P









amazon prime [redacted] All Sea Moss, Black Seed Oil, Ashwagandha, Burdock Root Supplement, 60 Capsules EN [redacted] Returns & Orders 0

All Rufus Medical Care Amazon Basics Buy Again Toys & Games Groceries Best Sellers Pharmacy Customer Service Shop By Interest Amazon Home Amazon Business Household, Health & Baby Care Subscribe & Save Livestreams

Health & Personal Care Household Supplies Vitamins & Diet Supplements Baby & Child Care Health Care Sports Nutrition Sexual Wellness Health & Wellness Medical Supplies & Equipment FSA Eligible Items Sales & Special Offers Subscribe & Save

Shop now

Sponsored

‹ Back to results

Click image to open expanded view

# Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Bladderwrack 1000mg Burdock 1000mg & Vitamin C & D3 with Elderberry Manuka Dandelion Yellow Dock Iodine Chlorophyll ACV

Brand: NUTRI PLUS
Search this page

$22.59 ($0.38 / Count)

prime Two-Day

Did you know? There's no annual fee for Prime Visa. **Get a $150 Amazon Gift Card instantly upon approval.** Learn more

| | |
|---|---|
| **Brand** | NUTRI PLUS |
| **Item Form** | Capsule |
| **Manufacturer** | NUTRI PLUS |
| **Item Package Quantity** | 1 |
| **Package Information** | Bottle |

## About this item

- This product is a dietary supplement that combines several natural ingredients to support overall health and wellness. NUTRI PLUS Sea Moss (3000mg): Rich in vitamins, minerals, and antioxidants, sea moss may help support digestive health and immune function. Irish Sea Moss Capsules For Men and Women - Our Seamoss capsules and Black Seed Oil for hair includes 15 ingredients such as Turmeric Curcumin Capsules, Bladderwrack capsules, Burdock roots, Chlorophyll and more! Sea Moss capsules with black seed have been combined and the results are amazing. NUTRI PLUS has officially created the world's most inclusive 15 in 1 raw sea moss,
- Black Seed Oil (2000mg): Derived from the Nigella sativa plant, black seed oil has anti-inflammatory properties and may help support immune function and overall well-being. Ashwagandha (1000mg): An adaptogenic herb, ashwagandha may help reduce stress and anxiety, improve sleep, and boost cognitive function. Turmeric (1000mg): Curcumin, a compound in turmeric, has potent anti-inflammatory and antioxidant properties, which may help support and immune function.
- The Raw Sea Moss and Black Seed Oil Capsules You've Been Looking For - NUTRI PLUS MultiMineral provides full-dose products in one, containing a full Irish Sea Moss Powder, Black Seed Powder, Ashwagandha Extract, Bladderwrack Powder, and Burdock Root Powder in a convenient all in one supplement! Finally, irish sea moss wildcrafted, black seed, ashwagandha powder, bladderwrack herb and burdock root capsules have been packed into one convenient solution that's quick and easy to take.
- Bladderwrack (1000mg): A seaweed rich in iodine, bladderwrack may help support and immune system health. Burdock (1000mg): A plant with anti-inflammatory properties, digestion, and immune function. Vitamin C & D3: Essential vitamins that support immune function, collagen production. Elderberry: May help support immune function and reduce inflammation. Manuka: manuka may help support immune function.
- Dandelion: A plant with antioxidant properties, dandelion may help support liver health and digestion. Yellow Dock: A plant with anti-inflammatory properties, yellow dock may help support digestion and immune function. Iodine Essential for immune system health. Introducing the - Sea Moss capsule, Black Seed Oil capsules , Ashwagandha Root, Bladderwrack Capsules and Burdock Root Capsules that contain 10+ powerhouse ingredients, turmeric curcumin capsules, Apple Cider Vinegar, Chlorophyll, Manuka Honey, and more!
- These sea moss bladderwrack burdock root capsules are alternatives to sea moss gummies, black seed oil gummies, and ashwagandha gummies for men. Not usual sea moss raw organic, wildcrafted sea moss gel or ashwagandha supplements. We bring all 15-in-1 capsules
- Chlorophyll: A green pigment with antioxidant properties, chlorophyll may help support overall health. ACV (Apple Cider Vinegar): May help support digestion, and immune function. This supplement combines these ingredients to support various aspects of health, including immune function, digestive health, stress and overall wellness. However, it's essential to consult with a healthcare professional before adding any supplement to your regimen.

Show more

Report an issue with this product or seller

Sponsored

Delivery | Pickup

$22.59 ($0.38 / Count)

prime Two-Day

FREE delivery **Thursday, October 17**. Order within 9 hrs 43 mins

[redacted]

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Nutri plus |
| Returns | Non-returnable due to Food safety reasons |
| Gift options | Add at checkout |

See more

Add to List

amazon business

Fast delivery during business hours, flexible payment options.

Create a free account

Sponsored

## Buy it with

+

+

Total price: $65.54

Add all 3 to Cart

These items are shipped from and sold by different sellers.
Show details

**This item:** Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeri… $22.59 ($0.38/Count) prime

Shilajit 9000 Panax Ginseng 1500MG Ashwagandha 2000MG Rhodiola Rosea 1000MG,… $13.00 ($0.22/Count) prime

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Bladderwrac… $29.95 ($0.50/Count) prime

## Products related to this item

Sponsored

amazon prime [redacted] All Search Amazon EN [redacted] Returns & Orders 0

All Rufus Medical Care Amazon Basics Buy Again Toys & Games Groceries Best Sellers Pharmacy Customer Service Shop By Interest

# Nutri plus

Just launched | No feedback yet

**Sea Moss 3000mg Black Seed Oil ...**

$22.59 ($ 0.38 / Count)

Add to Cart

## About Seller

Nutri plus is committed to providing each customer with the highest standard of customer service.

**Have a question for Nutri plus?**

Ask a question

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Abdul Wahab Chaudhary
**Business Address:**
15419 bollardpoint lane
HOUSTON
TX
77053
US

## Shipping Policies

## Other Policies

## Help

Leave seller feedback

## Consider these items

Skechers Men's, Gowalk Arch Fit Idyllic Sneaker
8,227
300+ viewed in past month
-20% $71.42
List: ~~$89.00~~
prime FREE One-Day Get it **Tomorrow, Oct 16**

Skechers Women's Go Walk Flex Hands Free Slip-ins - Grand Entry
1,770
100+ viewed in past month
-18% $61.24
List: ~~$75.00~~
prime FREE One-Day Get it **Tomorrow, Oct 16**

Skechers Mens Oak Canyon Consistent Winne Hands Free Slip in
260
300+ viewed in past month
$85.00
prime FREE One-Day Get it **Tomorrow, Oct 16**

Skechers Mens Parson Oswin Slip in
1,467
300+ viewed in past month
-16% $80.00
List: ~~$95.00~~
prime FREE One-Day Get it **Tomorrow, Oct 16**

Skechers Mens Afterburn M fit Ridgeburn Hands Free Slip in
2,310
600+ viewed in past month
-26% $70.51
List: ~~$95.00~~
prime FREE Delivery **Thursday, Oct 17**

Skechers Men's High Range Ha Slip-in
7,
700+ viewed in p
-7% $69.69
List: ~~$75.00~~
prime FREE On **Tomorrow, Oct 1**

**Buy it again** View All & Manage







Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:                                    $22.59
Shipping & handling:                      $0.00
Estimated tax to be collected:            $0.00
**Order total:**                      **$22.59**

**Arriving Oct 17, 2024**
If you order in the next 9 hours and 30 minutes Details

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Bladderwrack 1000mg Burdock 1000mg & Vitamin C & D3 with Elderberry Manuka Dandelion Yellow Dock Iodine Chlorophyll ACV
**$22.59** ($0.38 / Count)
✓prime
Ships from Amazon.com
Sold by Nutri plus

○ **Thursday, Oct 17**
FREE Two Day Delivery

○ Monday, Oct 21
FREE Amazon Day Delivery
♻ Fewer boxes, fewer trips. ⌄
Change delivery day

**Quantity:** 1 Change
Add gift options

Place your order     **Order total: $22.59**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Back to cart







amazon prime | All | Search Amazon | EN | [redacted] | Returns & Orders | 0

All | Rufus | Medical Care | Amazon Basics | Buy Again | Toys & Games | Groceries | Best Sellers | Pharmacy | Customer Service | Shop By Interest

## Order placed, thanks!

Confirmation will be sent to your email.

[redacted]

**Thursday, Oct. 17**
Estimated delivery

You saved **$9.99** in shipping fees on this order with Prime. Learn more

Review or edit your recent orders ›

## Livestreams for you | Amazon Live

LIVE

Watch now

Anthony Urbano Earns commissions

$150 Amazon Gift Card

**Get a $150 Amazon Gift Card instantly** upon approval for Prime Visa. No annual fee. Learn more

## Top picks for you

Sea Moss, Black Seed Oil, Ashwagandha, Turmeric, Bladderwrack, Burdock, Plus Vitamin C, D3, Elderberry, Manuka, Dandelion, Iodine,…
$19.92 ($0.33/Count)
prime FREE Delivery **Thursday, Oct 17**

Magnesium Complex 2285mg with Magnesium Glycinate Citrate Malate Oxide Taurate Aspartat…
1,198
Amazon's Choice in Magnesium Mineral Supplements
$29.95 ($0.33/Count)
prime FREE One-Day Get it **Tomorrow, Oct 16**

Collagen Pills 1000mg Biotin 10000mcg Keratin Saw Palmetto 2500mg Hyaluronic Acid - Hair Skin and Nails Vitamins…
6,011
$29.95 ($0.33/Count)
prime FREE One-Day Get it **Tomorrow, Oct 16**

Clean Nutraceu Glucosamine Cl MSM Turmeric Acid Boswellia
56
Amazon's Choice Chondroitin & Glu Combination Nutr Supplements
$34.95 ($0.29/Co
prime FREE One **Tomorrow, Oct 1**

## Buy it again in Health and Personal Care

Sponsored

Sponsored

amazon prime [redacted] All Search Amazon EN [redacted] Returns & Orders 0

All Rufus Medical Care Amazon Basics Buy Again Toys & Games Groceries Best Sellers Pharmacy Customer Service Shop By Interest

Your Account › Your Orders › Order Details

# Order Details

Ordered on October 15, 2024 | [redacted]

View or Print invoice

**Shipping Address**

[redacted]

**Payment method**

[redacted]

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $22.59 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $22.59 |
| Estimated tax to be collected: | $0.00 |
| **Grand Total:** | **$22.59** |

## Arriving Thursday

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Bladderwrack 1000mg Burdock 1000mg & Vitamin C & D3 with Elderberry Manuka Dandelion Yellow Dock Iodine Chlorophyll ACV

Sold by: Nutri plus

$22.59

Buy it again

Track package

Cancel items

Get help

Write a product review

## Buy it again View All & Manage

Page 1 of 10

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg…
16,974
30K+ viewed in past week
Amazon's Choice in Blended Vitamin & Mineral Supplements
-25% $29.95
($0.50/Count)
List: ~~$39.99~~
prime FREE One-Day Get it **Tomorrow, Oct 16**

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Bladderwrack 1000mg…
3
$24.99 ($24.99/Fl Oz)
prime FREE Delivery **Thursday, Oct 17**

Dog Toothbrush Chew Toy (Patented) for Aggressive Chewers (for Medium and Large Size…
116
200+ viewed in past week
$10.09 ($10.09/Count)
prime FREE Delivery **Thursday, Oct 17**

Clean Nutraceuticals Lions Mane 3000mg 20in1 Mushroom Supplement with Turke…
5,662
8K+ viewed in past week
-25% $29.95
($0.50/Count)
List: ~~$39.99~~
prime FREE One-Day Get it **Tomorrow, Oct 16**

## Explore more items

# Seller Display Name

# Orber Shop

# Seller ID

# AV79D96JQRI9T

amazon prime [redacted] All Sea Moss, Black Seed Oil, Ashwagandha, Burdock Root Supplement, 60 Capsules EN [redacted] Returns & Orders 0

All Rufus Medical Care Amazon Basics Buy Again Toys & Games Groceries Best Sellers Pharmacy Customer Service Shop By Interest Amazon Home Amazon Business Household, Health & Baby Care Subscribe & Save Livestreams

Health & Personal Care Household Supplies Vitamins & Diet Supplements Baby & Child Care Health Care Sports Nutrition Sexual Wellness Health & Wellness Medical Supplies & Equipment FSA Eligible Items Sales & Special Offers Subscribe & Save

6,520

Sponsored

‹ Back to results

4 VIDEOS

Roll over image to zoom in

# Advanced and Black Seed Oil Supplements, Rich in Ashwagandha, Turmeric, and More - 2 Pack

Brand: Aiorber
4.7 ★★★★½ 36 ratings | Search this page
50+ bought in past month

$29.99 ($0.25 / Count)

prime Two-Day

Get $150 off instantly: Pay $0.00 upon approval for Prime Visa.

| | |
|---|---|
| **Brand** | Aiorber |
| **Item Form** | Capsule |
| **Manufacturer** | Aiorber |
| **Flavor** | neutral |
| **Item Weight** | 2.8 Ounces |

**About this item**

- Ultimate Wellness Blend: Experience the blend of nature's finest ingredients with our formula SeaMoss capsules combining Sea Moss, Black Seed Oil, Ashwagandha, Ginger, Bladderwrack, Burdock, and more! Each serving delivers a comprehensive 3000mg of Sea Moss, 2000mg of Black Seed Oil, and a carefully crafted blend of essential vitamins and minerals.
- Immune Support: Sea Moss Burdock Root Bladderwrack capsules maintaining natural defenses with a synergistic blend of Vitamin C, D3 with Elderberry, Manuka, Dandelion, Yellow Dock, Iodine, and Chlorophyll. Our formula is designed to support a healthy immune system, helping you stay resilient year-round.
- Support natural body cleansing: Harness the cleansing power of nature with our blend of herbs including Bladderwrack （Bladderwrack is a source of minerals, used traditionally to support overall wellness） and Burdock （Burdock is traditionally used to support skin health and natural body cleansing),our formula helps overall well-being.
- Supports joint health and rich in naturally sourced antioxidants: Our high-potency Turmeric (Packed with 1000mg of Turmeric per serving) supplement is designed to support joint health,Our formula is rich in antioxidants that help support overall wellness.
- Quality You Can Trust: Proudly made in the USA, our premium blend is rigorously tested for purity and potency. With no artificial ingredients or fillers, you can trust our product to support your health goals naturally and effectively.

Report an issue with this product or seller

**Similar item with fast delivery**

Sea Moss Black Seed Oil Ashwagandha Ginger Capsules. Sea Moss Capsules with Black Seed Oil, Ashwagandha, Turmeric, Moringa, Bladderwrack, Burdock Root, Manuka Honey, Cinnamon. 18-in-1 20'445 mg/Serv
90 Count (Pack of 1)
★★★★½ (257)
$23.83 ($0.26/Count) prime

Sponsored

Delivery | Pickup

**One-time purchase:**
$29.99 ($0.25 / Count)
prime Two-Day

FREE delivery **Thursday, October 17**. Order within 6 hrs 46 mins

[redacted]

Only 13 left in stock - order soon.

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Orber Shop |
| Returns | Non-returnable due to Food safety reasons |
| Customer service | Amazon |

See more

Add a gift receipt for easy returns

**Subscribe & Save:**
$29.99 ($0.25 / Count)
prime

FREE delivery **Thursday, October 17**
Ships from: Amazon
Sold by: Orber Shop

Add to List

amazon business
Fast delivery during business hours, flexible payment options.

Create a free account

## Buy it with

+

+

**This item:** Advanced and Black Seed Oil Supplements, Rich in Ashwagandha, Turmeric, and… $29.99 ($0.25/Count) prime

Be Bodywise Pure Himalayan Shilajit Gummies Gold I Lab Tested I No Added Sugar I… $35.00 ($0.58/Count)

Shilajit Gummies (60 Count) Shilajit for Men & Women - Himalayan Shilajit - Pure Shilaj… $15.95 ($0.27/Count) prime

Total price: $80.94

Add all 3 to Cart

Some of these items ship sooner than the others.
Show details

## Products related to this item

Sponsored

Clean Nutraceuticals Shilajit Supplement 10,000mg with Sea Moss 6000mg, Ashwagandha… ★★★★☆ 988 $24.95 ($0.28/Count) prime

Sea Moss 7000mg Black Seed Oil 4000mg Ashwagandha 2000mg Turmeric 2000mg… ★★★★½ 1,464 Amazon's Choice in Turmeric Herbal Supplements $31.99 ($0.53/Count) prime

INFINITE AGE: 2 Pack, 1250mg Sea Moss Advanced Superfood, High-Potency, Vegan,… ★★★★½ 5,972 $71.28 ($0.59/Count) prime

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg… ★★★★½ 722 $49.95 ($0.42/Count) prime

Sea Moss 7000mg, Black Seed Oil 4000mg, Ashwagandha 2000mg, Turmeric 2000mg,… ★★★★½ 35 $25.99 ($0.43/Count) prime

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg… ★★★★½ 16,949 Amazon's Choice in Blended Vitamin & Mineral Supplements $29.95 ($0.50/Count) prime

Power By Naturals 1400mg Sea Moss Plus - High-Potency, USDA Certified Organic Irish… ★★★★½ 15,513 Limited time deal -29% $16.14 ($0.27/Count) List: ~~$22.75~~ prime Climate Pledge Friendly

Sea Moss 3000mg Bl Seed Oil 2000mg Ashwagandha 1000n Turmeric 1000mg… ★★★★½ 151 $26.95 ($0.22/Count) prime

## Product Description





# Orber Shop

Visit the Orber Shop storefront

★★★★★ | **94% positive** in the last 12 months (16 ratings)

**Advanced and Black Seed Oil Sup...**
$29⁹⁹  ($ 0.25 / Count)

[ Add to Cart ]

---

## About Seller

Orber Shop is committed to providing each customer with the highest standard of customer service.

**Have a question for Orber Shop?**

[ Ask a question ]

---

## Reviews

★★★★★ 4.8 out of 5
16 ratings

[ 12 months ⌄ ]

5 star ██████████ 94%
4 star 0%
3 star 0%
2 star 0%
1 star █ 6%

⌄ Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ⌄ ]

16 total ratings, 16 with feedback for 12 months ⓘ

★★★★★ "Arrived on time and in the condition described."
By Rich P on October 13, 2024.

★★★★★ "I have to good experience Thank you."
By Steve M. on October 11, 2024.

★★★★★ "DELIVERED SUPER FAST, PACKAGED PERFECTLY AND EASY TRANSACTION"
By safaripolice on September 28, 2024.

★★★★★ "This product was accurately described by the seller."
By Jose A. Machado on September 28, 2024.

★★★★★ "Item as Described, Great Packaging & Communication, Fast Shipping, Seller-AAA+++"
By Marklin1984 on September 22, 2024.

Previous Next

---

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

---

## Detailed Seller Information

**Business Name:** Orber Germany GmbH
**Business Address:**
  Max-Planck-Straße
  6a
  Rödermark
  63322
  DE

---

**Shipping Policies** ⌄

**Other Policies** ⌄

**Help** ⌄

---

## Products

See all products currently offered by the seller.











amazon prime [redacted] Orber Shop Search Amazon EN [redacted] Returns & Orders 0

All Rufus Medical Care Amazon Basics Buy Again Toys & Games Groceries Best Sellers Pharmacy Customer Service Shop By Interest

16 results Sort by: Featured

**Delivery**
All Prime

**Department**
Health & Household

**Customer Reviews**
& Up

**Condition**
New

**Deals & Discounts**
All Discounts

**Subscription Options**
Subscribe & Save Eligible

**International Shipping**
International Shipping Eligible

**Availability**
Include Out of Stock

Shop now
Sponsored

## Results

Check each product page for other buying options.

Sea Moss Advanced Formula Capsules - Organic Blend with Aşhwagandha, Black Seed & Multimineral Support, 90 Capsules

Capsule | 1 Count (Pack of 1)

Options: 4 sizes

10

$19.99 ($19.99/Count) List: ~~$25.99~~

Save more with Subscribe & Save

prime Two-Day

FREE delivery **Thu, Oct 17**

Seller rating: 4.8/5 (16)

Add to cart

Advanced and Black Seed Oil Supplements, Rich in Ashwagandha, Turmeric, and More - 2 Pack

Capsule | 60 Count (Pack of 2)

36

50+ bought in past month

$29.99 ($0.25/Count)

Save more with Subscribe & Save

prime

FREE delivery **Fri, Oct 18**

Only 13 left in stock - order soon.

Seller rating: 4.8/5 (16)

Add to cart

Advanced Sea Moss Blend - Sea Moss with Multimineral Formula - 150 Herbal Capsules

Capsule

10

$34.99 ($34.99/Count)

Save more with Subscribe & Save

Save 45% with coupon

prime

FREE delivery **Fri, Oct 18**

Seller rating: 4.8/5 (16)

Add to cart

Creatine Monohydrate Gummies for Men & Women, 5000mg Chewable Creatine Monohydrate Mixed Berry 120 Gummies

Gummy | 120 Count

Options: 2 sizes

27

$29.99 ($0.25/Count) List: ~~$39.99~~

Save 40% with coupon

prime Two-Day

FREE delivery **Thu, Oct 17**

Seller rating: 4.8/5 (16)

Add to cart

ðrganic Sea Moss, Aşhwagandha & Black Seed Oil Capsules 150 Capsules Multivitamin Supplement

amazon prime

# Secure checkout

[redacted]

Change

Add delivery instructions

FREE pickup available nearby

[redacted]

Change

Use a gift card, voucher, or promo code

## Arriving Oct 18, 2024

If you order in the next 10 hours and 41 minutes Details

Advanced and Black Seed Oil Supplements, Rich in Ashwagandha, Turmeric, and More - 2 Pack

**$29.99 ($0.25 / Count)**

prime

Ships from Amazon.com

Sold by Orber Shop

**Quantity:** 1 Change

Add gift options

- (selected) **Friday, Oct 18** FREE Delivery
- **Monday, Oct 21** FREE Amazon Day Delivery **Fewer boxes, fewer trips.** Change delivery day

Place your order

**Order total: $29.99**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $29.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $0.00 |
| **Order total:** | **$29.99** |

Back to top

amazon English United States Help

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates

## Recommendations Based on Your Order



**Razuhu Creatine Monohydrate Gummies for Men & Women,5g of Creatine Monohydrate...**
★★★★☆ 186
**-32%** $27¹⁸
($0.23/Count)
List: $39.99
🏷️ Limited time deal
✓prime FREE One-Day Get it **Tomorrow, Oct 16**



**2024 Reusable Ice Packs for Cooler, Aookelb 5 Pack Long Lasting Gel Freezer Packs for Coolers, Cold Packs for Cooler B...**
★★★★☆ 70
$9⁹⁹
✓prime FREE One-Day Get it **Tomorrow, Oct 16**



**JIMZOO Remote Control for TikTok, Page Turner for Kindle App, Bluetooth Camera Video Recording Remote, Scrolling Rem...**
★★★★★ 128
**-75%** $19⁹⁹
$79.99
✓prime FREE One-Day Get it **Tomorrow, Oct 16**

## Top picks for you



**Collagen Pills 1000mg Biotin 10000mcg Keratin Saw Palmetto 2500mg Hyaluronic Acid - Hair Skin and Nails Vitamins...**
★★★★☆ 6,011
$29⁹⁵ ($0.33/Count)
✓prime FREE One-Day Get it **Tomorrow, Oct 16**



**Magnesium Glycinate Complex 1000mg with L-Theanine 200mg Apigenin 50mg Citrate Taurate Supplement - 5...**
★★★★☆ 940
$24⁹⁵ ($0.42/Count)
✓prime FREE One-Day Get it **Tomorrow, Oct 16**



**Magnesium Complex 2285mg with Magnesium Glycinate Citrate Malate Oxide Taurate Aspartat...**
★★★★☆ 1,198
Amazon's Choice in Magnesium Mineral Supplements
$29⁹⁵ ($0.33/Count)
✓prime FREE One-Day Get it **Tomorrow, Oct 16**



**Health Heals Sea Moss 3000 Black Seed Oil Ashwagandha 1000 Bladderwrack 1000...**
★★★★☆ 162
Amazon's Choice in Blac
Seed Oil Nutritional Supplements
$34⁹⁵ ($0.29/Count)
✓prime FREE One-Day Get i **Tomorrow, Oct 16**





amazon prime [redacted] All Search Amazon EN [redacted] Returns & Orders 0

All Rufus Medical Care Amazon Basics Buy Again Toys & Games Groceries Best Sellers Pharmacy Customer Service Shop By Interest

Your Account › Your Orders › Order Details

# Order Details

Ordered on October 15, 2024 | [redacted]

View or Print invoice

**Shipping Address**

[redacted]

**Payment method**

[redacted]

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $29.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $29.99 |
| Estimated tax to be collected: | $0.00 |
| **Grand Total:** | **$29.99** |

**Arriving Friday**

Advanced and Black Seed Oil Supplements, Rich in Ashwagandha, Turmeric, and More - 2 Pack

Sold by: Orber Shop

$29.99

Buy it again

Track package

Cancel items

Get help

Write a product review

**Related to items you've viewed** See more

Page 1 of 12

Christmas Decorations Snowman Porch Light Cover, 9.5"*11.5"*4.8" Waterproof Christmas, Hanging Lamp gift Outdoor Indoor Decor F…

1

1 offer from $35.99

Trenton Gifts Holiday Christmas Porch Light Cover | Perfect for The Holidays | Set of 2

157

50+ viewed in past week

$29.99

prime FREE Delivery **Thursday, Oct 17**

Holiday Snowman Head Porch Light Cover Snowman

291

$24.99

prime FREE One-Day Get it **Tomorrow, Oct 16**

2 Pack Snowman Christmas Porch Light Covers Good Light Transmission Lamp…

61

100+ viewed in past week

$15.99

prime FREE Delivery **Thursday, Oct 17**

## Recommended based on your purchase history

Sponsored

Power By Naturals 1400mg Sea Moss Plus - High-Potency, USDA Certified Organic Irish Sea Moss Capsules Wild

15,515

$16.14 prime

List: ~~$22.75~~

Milk Thistle 3000mg NAC Chanca Piedra 2000mg Beet Root 2000mg Artichoke 2000mg Dandelion Root

2,591

$29.95 prime

Sea Moss - Irish Sea Moss Capsules - Sea Moss, Black Seed Oil, Ashwagandha, Burdock Root & Bladderwrack

54

$15.47 prime

Herb Therapy Sea Moss Capsules 100 Pack - Irish Sea Moss with Bladderwrack Powder & Burdock Root Powder -

3,325

$19.99 prime

All-in-1 Irish Sea Moss Pills with Ashwagandha, Ginkgo Biloba, Turmeric & Vitamin C for Energy, Focus & Immune

31

$12.99 prime

Mr.Ma Rich Sea Moss and shilajit Bundle - 90 * 2 Count (Sea Moss and Shilaji)

43

$54.99 prime

**Discover more**

# Seller Display Name

# PuffcoPal

# Seller ID

# A3S9T3B43E4242













amazon prime [redacted] Health, Household & Baby Care Search Amazon EN [redacted] Returns & Orders 0

All Rufus Medical Care Amazon Basics Buy Again Groceries Toys & Games Best Sellers Pharmacy Customer Service Shop By Interest Amazon Home Amazon Business Household, Health & Baby Care Subscribe & Save Livestreams

Health & Personal Care Household Supplies Vitamins & Diet Supplements Baby & Child Care Health Care Sports Nutrition Sexual Wellness Health & Wellness Medical Supplies & Equipment FSA Eligible Items Sales & Special Offers Subscribe & Save

Shop now

Sponsored

Health & Household › Vitamins, Minerals & Supplements › Blended Vitamin & Mineral Supplements

Roll over image to zoom in

# Sea Moss, Black Seed Oil, Ashwagandha, Turmeric, Bladderwrack, Burdock, Plus Vitamin C, D3, Elderberry, Manuka, Dandelion, Iodine, Chlorophyll, and ACV for Daily Wellness.

Visit the Fanclud Store

Search this page

-40% $11.98 ($0.20 / Count)

Typical price: ~~$19.91~~

Thank you for being a Prime member. Get $150 off: Pay $0.00 ~~$11.98~~ upon approval for Prime Visa.

| | |
|---|---|
| **Item Form** | Expiration Date Required |
| **Manufacturer** | Fanclud |
| **Flavor** | Natural |
| **Item Weight** | 2 g |
| **Number of Items** | 1 |

## About this item

- Irish Sea Moss Capsules For Women and Men - Our Seamoss Pills and Black Seed Oil for hair includes 15 ingredients such as Turmeric Curcumin Capsules, Bladderwrack capsules, Burdock roots, Chlorophyll and more! Sea Moss capsules with black seed have been combined and the results are amazing. has officially created the world's most inclusive 15 in 1 raw sea moss, black seed powder, ashwagandha extract, bladderwrack root, Burdock roots, turmeric curcumin capsules.
- The Raw Sea Moss and Black Seed Oil Capsules You've Been Looking For - Clean Nutra's MultiMineral provides 6 full-dose products in one, containing a full Irish Sea Moss Powder, Black Seed Powder, Ashwagandha Extract, Bladderwrack Powder, and Burdock Root Powder in a convenient all in one supplement! Finally, irish sea moss wildcrafted, black seed, ashwagandha powder, bladderwrack herb and burdock root pills have been packed into one convenient solution that's quick and easy to take.
- Introducing the MultiMineral Blend - Sea Moss Pills, Black Seed Oil Pills, Ashwagandha Root, Bladderwrack Capsules and Burdock Root Capsules that contain 10+ powerhouse ingredients, turmeric curcumin capsules, Apple Cider Vinegar, Chlorophyll, Manuka Honey, and more! These sea moss bladderwrack burdock root capsules are alternativesmmies, black seed oil gummies, and ashwagandha gummies for men. Not usual sea moss raw organic, wildcrafted sea moss gel or ashwagandha supplements.
- A Powerful All In One Supplement - is overflowing with potent Sea Moss Supplement, Black Seed Oil capsules, Aswagandhada capsules, Burdock Root, Bladderwrack and turmeric powder. Clear out those countless supplements in your supplement cabinet, and replace it with just one seamoss powder, black seeds oil, aswagandhada capsules, and burdock supplement 15-in-1 formula from . We made Irish seamoss bladderwrack burdock capsules better by adding black seed.
- Vetted and Trusted Ingredients - We pride ourselves in offering quality seamoss raw, black seed oil health benefits, ashwagandha root, burdock root, and bladderwrack supplements for our customers. Our seamoss capsules, black seed cumin and ashwangha supplements formulas are proudly made to create trusted seamoss and bladderwrack capsules, black seed cumin oil, ashwagandha for men and bladderwrack supplement.

Report an issue with this product or seller

Sponsored

$11.98 ($0.20 / Count)

$3.99 delivery **November 5 - 14.** Details

[redacted]

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | PuffcoPal |
| Sold by | PuffcoPal |
| Returns | Non-returnable due to Food safety reasons |
| Customer service | Amazon |

See more

Add to List

amazon business

Fast delivery during business hours, flexible payment options.

Create a free account

## Customers also viewed these products

Sea Moss 6000mg - Black Seed Oil 2500mg - Bladderwrack 2000mg - Turmeric 1500mg Ashwagandha 1000mg … 104
$19.98 ($0.22/Count)
prime FREE Delivery Monday, Oct 28

Sea Moss Black Seed Oil Ashwagandha Ginger Capsules. Sea Moss Capsules with Black Seed Oil, Ashwagandha,… 277
$23.83 ($0.26/Count)
prime FREE Delivery Monday, Oct 28

Silica Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg… 1,442
Amazon's Choice in Herbal Supplements
-21% $23.66 ($0.20/Count)
Limited time deal
Typical: ~~$29.95~~
prime FREE Delivery Monday, Oct 28

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Bladderwrack 1000mg… 329
Amazon's Choice in Blended Vitamin & Mineral Supplements
$19.99 ($0.17/Count)
prime FREE Delivery Monday, Oct 28

Sea Moss 7000mg Black Seed Oil 4000mg Ashwagandha 2000mg… 1,517
Amazon's Choice in Turmeric Herbal Supplements
-55% $15.68 ($0.26/Count)
Limited time deal
List: ~~$34.99~~
prime FREE Delivery Monday, Oct 28

Botanify Sea Moss 7000mg, Black Seed Oil 4000mg, Ashwagandha 2000mg, Turmeric 2000mg, Bladderwrack… 43
$25.99 ($0.43/Count)
prime FREE Delivery Monday, Oct 28

**Product Description**

# PuffcoPal

Visit the PuffcoPal storefront

★☆☆☆☆ | **0% positive** lifetime (1 total ratings)

**Sea Moss, Black Seed Oil, Ashwa...**

$11.98 ($ 0.20 / Count)

Add to Cart

## About Seller

PuffcoPal is committed to providing each customer with the highest standard of customer service.

**Have a question for PuffcoPal?**

Ask a question

## Reviews

★☆☆☆☆ 1 out of 5

1 ratings

Lifetime

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 100% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

1 total ratings, 1 with feedback for Lifetime

★☆☆☆☆ "This is a fake bag"

By Aaron on October 7, 2024.

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** Guangzhou Xinjiayue E-Commerce Trading Co.,
**Business Address:**
天河区东圃大马路一横路23号
仓库1栋122室B013房
广东
广州
510000
CN

## Shipping Policies

## Other Policies

## Help

**amazon** prime     PuffcoPal ▾   Search Amazon     🔍     🇺🇸 EN ▾     Returns & Orders     🛒 0

☰ All   🔵 Rufus   Medical Care ▾   Amazon Basics   Buy Again   Groceries ▾   Toys & Games   Best Sellers   Pharmacy   Customer Service   Shop By Interest

7 results                                            Sort by: Featured ▾

**Results**

Check each product page for other buying options.



Shop now

Sponsored ⓘ



Sea Moss, Black Seed Oil, Ashwagandha, Turmeric, Bladderwrack, Burdock, Plus Vitamin C, D3, Elderberry, Manuka, Dandelion, Iodine,...

Expiration Date Required    60 Count (Pack of 1)

$11.98 ($0.20/Count) Typical: ~~$19.91~~

$3.99 delivery Nov 5 - 14

Add to cart

---

Metal Attachment Accessories for Pro 3D - Replacement for P*k Pro 3D Metal Accessories with Connection Supported

$34.98

$3.99 delivery Nov 5 - 14

Add to cart

---

NAD Supplement - Liposomal Nicotinamide Riboside 900mg | Resveratrol & Pterostilbene Complex | NR 900 Supplement for Anti-...

Capsule    80 Count (Pack of 1)

$15.98 ($0.20/Count)

$9.99 delivery Nov 5 - 14

Add to cart

---



Journey Bag - Crossbody Carrying Case for Peak & Peak Pro | Waterproof Storage Pack with Storage & Magnetic Buckle Puffco...

$32.98

$3.99 delivery Nov 5 - 14

Add to cart

---



Metal Attachment Accessories for P*k Pro - P*k Pro Replacement for Compatible with P*k Pro | Replaceable Heat-Resistant Accessories

$32.98

$3.99 delivery Nov 5 - 14

Add to cart

---



Metal Attachment Accessories, P**k Proxy 3D Replacement - Replacement for P*k Proxy Metal Accessories

$32.98

$3.99 delivery Nov 5 - 14

Add to cart

amazon prime

# Secure checkout

[redacted]

Change

Add delivery instructions

[redacted]

Change

Use a gift card, voucher, or promo code

## Arriving Nov 5, 2024 - Nov 14, 2024

Sea Moss, Black Seed Oil, Ashwagandha, Turmeric, Bladderwrack, Burdock, Plus Vitamin C, D3, Elderberry, Manuka, Dandelion, Iodine, Chlorophyll, and ACV for Daily Wellness.

**$11.98 ($0.20 / Count)**

Ships from PuffcoPal

Sold by PuffcoPal

**Quantity:** 1 Change

Gift options not available

◉ **Tuesday, Nov 5 - Thursday, Nov 14**
$3.99 - Delivery

Place your order

**Order total: $15.97**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $11.98 |
| Shipping & handling: | $3.99 |
| Estimated tax to be collected:* | $0.00 |
| **Order total:** | **$15.97** |

Back to top

amazon English United States Help

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates



