









amazon prime [redacted] VOLTZAP Search Amazon EN [redacted] Returns & Orders 0

All Rufus Medical Care Amazon Basics Buy Again Toys & Games Groceries Best Sellers Pharmacy Customer Service Shop By Interest

1-16 of 35 results

Sort by: Featured

**Delivery**

- All Prime

**Delivery Day**

- Get It by Tomorrow

**Department**

Health & Household

**Condition**

New

**Subscription Options**

- Subscribe & Save Eligible

**International Shipping**

- International Shipping Eligible

**Availability**

- Include Out of Stock

Shop now

Sponsored

## Results

Check each product page for other buying options.

Sea Moss Capsules 2000mg: Irish Sea Moss - Burdock Root Bladderwrack Muira Puama - Vitamin D3 K2 - Sea Moss Organic Se...

Capsule | 120 Count (Pack of 1)

34

50+ bought in past month

$9.99 ($0.08/Count)

Save more with Subscribe & Save

prime One-Day

FREE delivery **Tomorrow, Oct 18**

Add to cart

Organic Mullein Drops for Lungs: Mullein Leaf Extract for Lungs - Bronchial Cleanse for Herbal Supplements 2 floz - Mullins Detox...

Drop | 2 Fl Oz (Pack of 1)

29

50+ bought in past month

$9.99 ($5.00/Fl Oz)

Save more with Subscribe & Save

prime One-Day

FREE delivery **Tomorrow, Oct 18**

Add to cart

Berberine Supplement with Ceylon Cinnamon 1500mg: Berberine 5X with Chromium Bitter Melon and Green Tea Extract

Capsule | 120 Count (Pack of 1)

31

$26.99 ($0.22/Count)

Save more with Subscribe & Save

prime One-Day

FREE delivery **Tomorrow, Oct 18**

Add to cart

VOLTZAP Mushroom Coffee: 10 In 1 With 10 Superfood Mushrooms Includes Lion's Mane Cordyceps Turkey Tail Reishi Chaga Shiitake...

Powder | 1 Ounce (Pack of 1)

3

50+ bought in past month

$15.99 ($15.99/Ounce)

Save more with Subscribe & Save

prime One-Day

FREE delivery **Tomorrow, Oct 18**

Add to cart

Shilajit Pure Himalayan Organic Resin: Maximum Potency Natural Organic Shilajit Resin with 85+ Support Metabolism Immune System

Resin

1

$9.99 ($9.99/Fl Oz)

Save more with Subscribe & Save

prime One-Day

amazon prime

# Secure checkout

[redacted]

Change

Add delivery instructions

FREE pickup available nearby

[redacted]

Change

Use a gift card, voucher, or promo code

## Arriving Oct 18, 2024

If you order in the next 7 hours Details

VOLTZAP Sea Moss 4000mg : Black Seed Oil 2000mg Turmeric Supplement 1000mg Burdock Root 1000mg Bladderwrack 1000mg Vitamin C Vitamin D3 with Elderberry - 19 in 1 Supplements (1 Pack)

**$11.99 ($0.20 / Count)**

prime

Ships from Amazon.com

Sold by VOLTZAP

**Quantity:** 1 Change

Add gift options

(selected) **Tomorrow, Oct 18**
FREE One Day Delivery

( ) **Monday, Oct 21**
FREE Amazon Day Delivery
**Fewer boxes, fewer trips.**
Change delivery day

Place your order

**Order total: $11.99**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $11.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $0.00 |
| **Order total:** | **$11.99** |

Back to top

amazon English United States Help

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates

amazon prime | All | Search Amazon | EN | [redacted] | Returns & Orders | 0

All | Rufus | Medical Care | Amazon Basics | Buy Again | Toys & Games | Groceries | Best Sellers | Pharmacy | prime THURSDAY NIGHT FOOTBALL | 07:44:46

**Order placed, thanks!**

Confirmation will be sent to your email.

[redacted]

**Tomorrow, Oct. 18**
Estimated delivery

You saved **$9.99** in shipping fees on this order with Prime. Learn more

Review or edit your recent orders ›

audible an amazon company
Best-selling audiobooks, exclusive Audible Originals, popular podcasts, and more
Get 30 days free
Cancel anytime. Terms apply.

$150 Amazon Gift Card
**Get a $150 Amazon Gift Card instantly** upon approval for Prime Visa. No annual fee. Learn more

## Top picks for you

Page 1 of 2

Funny Birthday Card, Birthday Card Mom, Dad Birthday Card, Birthday Card Brother, Birthday Card Grandpa, Birthday…
★★★★★ 260
$5.99
prime FREE One-Day Get it **Tomorrow, Oct 18**

Clean Nutraceuticals Glucosamine Chondroitin MSM Turmeric Hyaluronic Acid Boswellia Collagen…
★★★★☆ 570
Amazon's Choice in Chondroitin & Glucosamine Combination Nutritional Supplements
$34.95 ($0.29/Count)
prime FREE One-Day Get it **Tomorrow, Oct 18**

Magnesium Complex 2285mg with Magnesium Glycinate Citrate Malate Oxide Taurate Aspartat…
★★★★½ 1,204
Amazon's Choice in Magnesium Mineral Supplements
$29.95 ($0.33/Count)
prime FREE One-Day Get it **Tomorrow, Oct 18**

Sea Moss 3000 Seed Oil 2000r Ashwagandha Turmeric 1000r Bladderwrack 1
★★★★☆ 3
$14.99 ($0.25/Co
prime FREE One **Tomorrow, Oct 1**

Add to cart

Sponsored

## Buy it again in Health and Personal Care

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg…
★★★★½ 17,048
-25% $29.95
($0.50/Count)
List: ~~$39.99~~
prime FREE One-Day Get it **Tomorrow, Oct 18**
Purchased Sep 2024

Lions Mane 3000mg 20in1 Mushroom Supplement with Turkey Tail 2000mg Reishi…
★★★★½ 5,678
-25% $29.95
($0.50/Count)
List: ~~$39.99~~
prime FREE One-Day Get it **Tomorrow, Oct 18**
Purchased Jun 2024

Dog Toothbrush Chew Toy (Patented) for Aggressive Chewers (for Medium and Large Size…
★★★½☆ 116
$10.09 ($10.09/Count)
prime FREE Delivery **Monday, Oct 21**
Purchased Jun 2024

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg…
★★★★☆ 3
$24.99 ($24.99/Fl Oz)
prime FREE One-Day Get i **Tomorrow, Oct 18**
Purchased Oct 2024

Sponsored

# Order Details

Ordered on October 17, 2024

View or Print invoice

**Shipping Address**

**Payment method**

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $11.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $11.99 |
| Estimated tax to be collected: | $0.00 |
| **Grand Total:** | **$11.99** |

**Arriving tomorrow by 10 PM**

VOLTZAP Sea Moss 4000mg : Black Seed Oil 2000mg Turmeric Supplement 1000mg Burdock Root 1000mg Bladderwrack 1000mg Vitamin C Vitamin D3 with Elderberry - 19 in 1 Supplements (1 Pack)
Sold by: VOLTZAP
$11.99

Buy it again

Track package

Cancel items

Get help

Write a product review

## Buy it again  View All & Manage

Page 1 of 9


**Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg...**
★★★★★ 17,048
30K+ viewed in past week
-25% $29.95
($0.50/Count)
List: $39.99
prime FREE One-Day Get it Tomorrow, Oct 18


**Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Bladderwrack 1000mg...**
★★★★☆ 3
$24.99 ($24.99/Fl Oz)
prime FREE One-Day Get it Tomorrow, Oct 18


**Dog Toothbrush Chew Toy (Patented) for Aggressive Chewers (for Medium and Large Size...**
★★★☆☆ 116
200+ viewed in past week
$10.09 ($10.09/Count)
prime FREE Delivery Monday, Oct 21


**The Negg Boiled Egg Peeler White**
★★★★☆ 9,347
1K+ viewed in past week
$16.69
Get it as soon as Monday, Oct 21
FREE Shipping by Amazon

## Recommended based on your shopping trends

Sponsored ⓘ


**Hallmark Birthday Card for Husband (Plaid with Flower)**
★★★★★ 1,340
$6.59 prime


**Hallmark Birthday Card for Husband (Branches and Leaves)**
★★★★★ 308
$5.59 prime

**American Greetings Deluxe Birthday Card Assortment, Bright & Cheerful (40-Count)**
★★★★☆ 1,829
$15.84 prime

**25 Employee Welcome Cards - Fun Typographic Design with Silver Holographic Foil Embossing - 26 White**
★★★★★ 61
$34.50 prime

**Papyrus Birthday Card (Big Slice of Happy)**
★★★★★ 582
$8.50 prime

**Lilf King Of Grill Fathers Day Card, 3D Funny Fathers Day Pop Up Card, Funny Birthday Card For Dad, Men,**
★★★★★ 135
$12.99 prime

## Recommended based on your purchase history

Sponsored ⓘ

# Seller Display Name
# ZWQITDS

# Seller ID
# A1ZZVE469MFH1

amazon prime [redacted] All Sea Moss, Black Seed Oil, Ashwagandha, Burdock Root Supplement, 60 Capsules EN [redacted] Returns & Orders 0

All Rufus Medical Care Amazon Basics Buy Again Toys & Games Groceries Best Sellers Pharmacy Customer Service Shop By Interest Amazon Home Amazon Business Household, Health & Baby Care Subscribe & Save Livestreams

Health & Personal Care Household Supplies Vitamins & Diet Supplements Baby & Child Care Health Care Sports Nutrition Sexual Wellness Health & Wellness Medical Supplies & Equipment FSA Eligible Items Sales & Special Offers Subscribe & Save

Shop now

Sponsored

‹ Back to results

Click image to open expanded view

# Sea Moss, Black Seed Oil, Ashwagandha Turmeric Bladderwrack Burdock & Vitamin C & D3, Sea Moss Capsule, 120 Capsules

Brand: ZWQITDS
Search this page

$26.88 ($26.88 / Count)

Did you know? There's no annual fee for Prime Visa. **Get a $150 Amazon Gift Card instantly upon approval.** Learn more

| | |
|---|---|
| **Brand** | ZWQITDS |
| **Item Form** | Capsules |
| **Manufacturer** | Wand Health USA |
| **Item Package Quantity** | 120 |
| **Package Information** | Bottle |

## About this item

- Potent Blend: This supplement combines Sea Moss, Black Seed Oil, Ashwagandha, and Burdock Root - a powerful combination of natural ingredients.
- Comprehensive Nutrition: Packed with vitamins and minerals like Vitamin C, D3, Zinc, Magnesium, Iron, and more for overall well-being.
- Convenient Capsules: Easy-to-swallow capsules provide 120 servings of this all-in-one supplement.
- Supports Multiple Functions: May help with immune system, joint health, energy levels, and more.
- Quality Assurance: Manufactured in the USA following strict quality control standards.
- WXW authentic authorization, buy with confidence

Report an issue with this product or seller

Sponsored

$26.88 ($26.88 / Count)

FREE delivery **November 4 - 7**. Details

Or fastest delivery **Thursday, October 17**. Order within 2 hrs 5 mins. Details

[redacted]

In stock
Usually ships within 4 to 5 days.

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | ZWQITDS |
| Sold by | ZWQITDS |
| Returns | Non-returnable due to Food safety reasons |
| Customer service | Amazon |

See more

Add to List

amazon business
Fast delivery during business hours, flexible payment options.
Create a free account

Sponsored

## Products related to this item

Sponsored

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg… 725
$49.95 ($0.42/Count)
prime

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg… 16,974
Amazon's Choice in Blended Vitamin & Mineral Supplements
$29.95 ($0.50/Count)
prime

Sea Moss 7000mg Black Seed Oil 4000mg Ashwagandha 2000mg Turmeric 2000mg… 1,470
Amazon's Choice in Turmeric Herbal Supplements
$32.99 ($0.55/Count)
prime

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg… 151
$26.95 ($0.22/Count)
prime

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg… 421
$39.95 ($0.67/Count)

### Product Description

This all-in-one supplement combines the powerful benefits of sea moss, black seed oil, ashwagandha, and burdock root into one convenient capsule. Sea moss is rich in vitamins and minerals, including iodine, iron, and zinc, while black seed oil boasts antioxidant properties. Ashwagandha, an adaptogenic herb, helps the body manage stress, and burdock root supports healthy digestion. With 120 capsules per bottle, this supplement provides a comprehensive blend of nutrients to support overall wellness. Enhance your vitality and well-being with this potent formula, fortified with vitamins C and D3 for an added boost.

## Product details

**Date First Available** : August 26, 2024
**Manufacturer** : Wand Health USA
**ASIN** : B0DF752VM4
**Country of Origin** : USA

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Important information

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.





## ZWQITDS

Visit the ZWQITDS storefront

⭐⭐⭐ | **50% positive** lifetime (2 total ratings)

Sea Moss, Black Seed Oil, Ashwa...
**$26**⁸⁸  ($ 26.88 / Count)

**Add to Cart**

---

### About Seller

ZWQITDS is committed to providing each customer with the highest standard of customer service.

**Have a question for ZWQITDS?**

Ask a question

---

### Reviews

⭐⭐⭐ 3 out of 5
2 ratings

Lifetime ⌄

| | |
|---|---|
| 5 star | 50% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 50% |

⌄ Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars ⌄

2 total ratings, 2 with feedback for Lifetime ⓘ

⭐⭐⭐⭐⭐  "Muy rápido me encanta voy a probarlo ahora haver si me encanta mas "
By Me gusta mucho 😄❤️ on October 10, 2024.

⭐  "MANY PEICES & NO ASSMEBLY INSTRUCTIONS !!!!!!!! "
By Dave on September 13, 2024.

---

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

---

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either is unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

---

### Detailed Seller Information

**Business Name:** Kunming Shangufeng Trading Co., Ltd.
**Business Address:**
永昌小区一村益康路6号1单元5层503号
昆明
西山区
云南省
650100
CN

---

### Shipping Policies ⌄

### Other Policies ⌄

### Help ⌄













amazon prime [redacted] ZWQITDS Search Amazon EN [redacted] Returns & Orders 0

All Rufus Medical Care Amazon Basics Buy Again Toys & Games Groceries Best Sellers Pharmacy Customer Service Shop By Interest

1-16 of 62 results

Sort by: Featured

**Department**

Beauty & Personal Care
Health & Household
Home & Kitchen
Patio, Lawn & Garden
Tools & Home Improvement

**Condition**

New

**Availability**

☐ Include Out of Stock

Shop now

Sponsored

## Results

Check each product page for other buying options. Price and other details may vary based on product size and color.

Fright Fest, Fake Blood Gel for Halloween Makeup, Dark Red, 1.76 oz

$18.88 ($10.73/Fl Oz)

FREE delivery **Oct 30 - Nov 1**
Or fastest delivery **Thu, Oct 17**

Add to cart

26L Large Beach Tote Bag for Women |17x12x8 Sandproof & Waterproof Beach Bag w/Phone Pouch | Iridescent Clear Tote Bag f...

$68.99

FREE delivery **Nov 4 - 7**
Or fastest delivery **Thu, Oct 17**

Add to cart

Realistic Skeleton Stakes Halloween Decorations,Halloween Decorations Realistic Skeleton Stakes,for Outdoor Indoor Yard Law...

$16.99

FREE delivery for Prime members

Add to cart

GDQ Pro-Xylane Anti-Wrinkle Eye Cream, Reduces Under-Eye Bags, Wrinkles, Dark Circles, Puffiness, 20 g / 0.7 oz

0.7 Fl Oz (Pack of 1)

$20.99 ($29.99/Fl Oz)

FREE delivery **Oct 30 - Nov 1**
Or fastest delivery **Thu, Oct 17**

Add to cart

2024 New 24 Day Christmas Vacation Advent Calendar,National Lampoon's Christmas Vacation Advent Calendar 2024,24 Day...

$17.99

FREE delivery **Nov 4 - 12**

Add to cart

Price may vary by color

BIYODE Oil of Oregano Softgels,Oil of Oregano with Black Seed Oil, 2 in 1 6,000mg, 300 Count, Non-GMO, Gluten Free

Softgel

$25.88 ($25.88/Count)

Save 30% at checkout

prime

amazon prime

# Secure checkout

[redacted]

Change

Add delivery instructions

[redacted]

Change

Use a gift card, voucher, or promo code

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $26.88 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $0.00 |
| **Order total:** | **$26.88** |

## Arriving Nov 4, 2024 - Nov 7, 2024

Sea Moss, Black Seed Oil, Ashwagandha Turmeric Bladderwrack Burdock & Vitamin C & D3, Sea Moss Capsule, 120 Capsules
**$26.88 ($26.88 / Count)**
Ships from ZWQITDS
Sold by ZWQITDS

**Quantity:** 1 Change

Gift options not available

- ○ **Thursday, Oct 17**
  $20.99 - Delivery
- ○ **Friday, Nov 1 - Tuesday, Nov 5**
  $18.99 - Delivery
- ◉ **Monday, Nov 4 - Thursday, Nov 7**
  FREE Delivery

Place your order

**Order total: $26.88**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

Back to top

amazon English United States Help

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates

## Order placed, thanks!

Confirmation will be sent to your email.

[redacted]

**Nov. 4 - Nov. 7**
Estimated delivery

Review or edit your recent orders ›

**Follow the brand**

Get deals, new products updates, and more.

**Absowell: Absolute wellness**

Follow

$150 Amazon Gift Card

**Get a $150 Amazon Gift Card instantly** upon approval for Prime Visa. No annual fee. Learn more

## Top picks for you

Page 1 of 3

Duvira Ultimate Vitality Duo - Sea Moss & Shilajit with Black Seed Oil, Ashwagandha, Turmeric, Vitamin C, Vitamin D a…
★★★★★ 1
-30% $39.99
($0.33/Count)
List: ~~$56.79~~
prime FREE Delivery **Thursday, Oct 17**

Xuore Sea Moss, Black Seed Oil, Ashwagandha, Ginger & Shilajit, Rhodiola Rosea, Panax Ginseng,Lions Mane,…
★★★★☆ 9
$29.99 ($29.99/Count)
prime FREE One-Day Get it **Tomorrow, Oct 16**

Collagen Pills 1000mg Biotin 10000mcg Keratin Saw Palmetto 2500mg Hyaluronic Acid - Hair Skin and Nails Vitamins…
★★★★½ 6,011
$29.95 ($0.33/Count)
prime FREE One-Day Get it **Tomorrow, Oct 16**

WXW® Sea Mos Seed Oil, Ashw Burdock Root Supplement, 1 Capsules
$29.99 ($29.99/C
Get it **Oct 22 - 23**
FREE Shipping

## Related to items you've viewed

Sponsored

Sponsored

# Order Details

Ordered on October 15, 2024 | [redacted]

View or Print invoice

**Shipping Address**

[redacted]

**Payment method**

[redacted]

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $26.88 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $26.88 |
| Estimated tax to be collected: | $0.00 |
| **Grand Total:** | **$26.88** |

See tax and seller information

**Arriving November 4 - November 7**

Sea Moss, Black Seed Oil, Ashwagandha Turmeric Bladderwrack Burdock & Vitamin C & D3, Sea Moss Capsule, 120 Capsules

Sold by: ZWQITDS

$26.88

Buy it again

Track package

Cancel items

Write a product review

**Buy it again** View All & Manage

Page 1 of 10

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg…
16,974
30K+ viewed in past week
Amazon's Choice in Blended Vitamin & Mineral Supplements
-25% $29.95
($0.50/Count)
List: ~~$39.99~~
prime FREE One-Day Get it Tomorrow, Oct 16

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Bladderwrack 1000mg…
3
$24.99 ($24.99/Fl Oz)
prime FREE Delivery Thursday, Oct 17

Dog Toothbrush Chew Toy (Patented) for Aggressive Chewers (for Medium and Large Size…
116
200+ viewed in past week
$10.09 ($10.09/Count)
prime FREE Delivery Thursday, Oct 17

Clean Nutraceuticals Lions Mane 3000mg 20in1 Mushroom Supplement with Turke…
5,662
8K+ viewed in past week
-25% $29.95
($0.50/Count)
List: ~~$39.99~~
prime FREE One-Day Get it Tomorrow, Oct 16

## Recommended based on your shopping trends

Sponsored

Morning Medic Quick Dissolving Collagen Peptides Powder - Supports Healthy Hair, Skin, Nails, & Joints,
6
$35.99 prime

Designs for Health Whole Beauty Collagen - Collagen Peptides, Silica & Biotin Powder to Support Hair Skin and
45
$39.99 prime

Healthy Habits Premium Multi-Collagen Peptides - Powder - 8.2 oz.
1
$21.23

EAT WELL PREMIUM FOODS Collagen Peptides Powder Protein 45 Servings, 16oz, Collagen for Skin, Bone
29
$34.96 prime

Pattern Wellness Collagen Peptides Powder (Type I & III) - Hair, Nails, Skin and Joint Health - Grass Fed
154
$38.95 prime

Sparkle Wellness Muscle Boost (Orange) [30-Serves] | Collagen Supplement Powder with Hydrolyzed
63
$39.50 prime

# eBay Seller Name

# aliwakeel11

# eBay Item Number

# 146239833821









Case 2:25-cv-00027-RJC Document 13-8 Filed 01/14/25 Page 14 of 27

[redacted] Daily Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search

|Listed in category:

Back to home page · Health & Beauty > Vitamins & Lifestyle Suppl... > Vitamins & Minerals Share

Have one to sell? Sell now

# Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Bladder

aliwakeel11 (2)
100% positive
Seller's other items
Contact seller

**US $46.00**
or Best Offer

Condition: New

Quantity: 1 5 available

Buy It Now
Add to cart
Make offer
Add to watchlist

Shipping: Freight - Check the item description or Contact the seller for details. See details
Located in: Sindh, Pakistan
International shipment of items may be subject to customs processing and additional charges.
Located in: Sindh, Pakistan

Delivery: Varies

Returns: Seller does not accept returns. See details

Payments: PayPal venmo G Pay VISA Mastercard DISCOVER Diners

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Similar Items

Sponsored

Feedback on our suggestions | See all

Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg Tumeric 1000 Bladderwrac
New
**$20.79**
~~$25.99~~ 20% off
**Free shipping**
Top Rated Plus
Seller you bought from

LAST ONE
Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Bladder
New
**$17.99**
**Free shipping**
Seller you bought from

LAST ONE
Sea Moss 3000Mg Black Seed Oil 2000Mg Ashwagandha 1000Mg Turmeric 1000Mg Bladder
New
**$35.93**
**Free shipping**
Seller you bought from

Sea Moss 3000Mg Black Seed Oil 2000Mg Ashwagandha 1000Mg Turmeric 1000Mg Bladder
New
**$37.00**
**Free shipping**
Seller you bought from

About this item

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 146239833821

Last updated on Dec 07, 2024 04:22:14 PST View all revisions

aliwakeel11 | eBay

Daily Deals    Brand Outlet    Gift Cards    Help & Contact

ebay    Shop by category

Search for anything

All Categories

Search

Sell    Watchlist    My eBay

**aliwakeel11**

**100%** positive feedback (2)

Contact    Save

Categories    Shop    About    Feedback

Search all 3 items

**All items**



Sea Moss 3000mg Black Seed Oil 2000mg...
$46.00



Triple Magnesium Complex | 300mg of Magnesium...
$30.00



Purina ONE Dry Dog Food Lamb and Rice Formula 31.1 LB
$65.00

See All

Do you like our profile experience?

 **Checkout**

How do you like our checkout? <ins>Give us feedback</ins>



**Pay with**

○ 🅥 Venmo

○ Add new card
VISA  mastercard  DISCOVER  Diners Club

○ G Pay  Google Pay

○ PayPal CREDIT  Special financing available.
Apply now. <ins>See terms</ins>

**Shi to**

**Review order**

aliwakeel11 · <ins>Add note for seller</ins> · <ins>Request total</ins>
100% positive feedback

Sea Moss 3000mg Black Seed Oil 2000mg
Ashwagandha 1000mg Turmeric 1000mg Bladder
**$46.00**

Quantity
1

**Delivery**
Freight

**Gift cards and coupons**

Enter code:  [ Apply ]

**Donate to charity** ⓘ
North Shore Animal League America

You can help us save more injured and abused animals—donate now to
North Shore Animal League America. PayPal Giving Fund (PPGF) receives
your donation and grants 100% to a charity no later than 30 days after the
end of the month in which the donation is made. Donations are non-
refundable and typically tax deductible. PPGF may be unable to grant
funds to a charity if the charity has lost tax exempt status, has closed, or
no longer accepts funds from PPGF.

| Item (1) | $46.00 |
| Tax* | $0.00 |
| **Order total** | **$46.00** |

By placing your order, you agree to eBay's <ins>User
Agreement</ins> and <ins>Privacy Notice</ins>.

The state of US_PA requires eBay to collect sales tax
and applicable fees from buyers. eBay will pay the
collected tax to the tax authority. <ins>Learn more</ins>

$ Purchase protected by **<ins>eBay Money Back
Guarantee</ins>**

# eBay Seller Name

# ank_store


# eBay Item Number

# 387011475483











[redacted] Daily Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search

|Listed in category:

< Back to home page · Health & Beauty > Vitamins & Lifestyle Suppl... > Vitamins & Minerals Share

LAST ITEM AVAILABLE

Have one to sell? Sell now

## Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg Tumeric 1000 Bladderwrac

ank_store(499)
96.5% positive
Seller's other items
Contact seller

**US $24.99**

Condition: New

Quantity: 1 **Last one** · 1 sold

Buy It Now

Add to cart

Add to watchlist

**Hurry before it's gone.** 1 person is watching this item.

**Other people bought this.** 1 has already sold.

Shipping: Free USPS Ground Advantage®. See details
Located in: Germantown, Maryland, United States

Delivery: Estimated between **Tue, Dec 17** and **Mon, Dec 23** to 15143

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal, Venmo, G Pay, VISA, Mastercard, Discover, Diners

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Similar Items

Sponsored

Feedback on our suggestions | See all

Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg Tumeric 1000 Bladderwrac
New
**$20.79**
~~$25.99~~ 20% off
Free 2-4 day shipping
Top Rated Plus
Seller you bought from

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Blad...
New
**$19.99**
Free shipping
Seller with 100% positive feedback

Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda Tumeric 1000 Bladderwrack
New
**$19.99**
Free shipping
Seller you bought from

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Bladder
New
**$17.99**
Free shipping

About this item | Report this item

Seller assumes all responsibility for this listing. eBay item number: 387011475483

Last updated on Sep 15, 2024 09:25:27 PDT View all revisions

## Item specifics

Daily Deals    Brand Outlet    Gift Cards    Help & Contact      Sell    Watchlist ⌄    My eBay ⌄

**ebay**    Shop by category ⌄    Search for anything    | All Categories ⌄ |    **Search**

## ank_store

96.5% positive feedback (499)    3.5K items sold    326 followers      Contact   ♡ Save

☰ Categories    **Shop**    About    Feedback      Search all 17 items

### All items



Sea Moss 3000mg Black Seed Oil 2000mg...
$24.99
Save up to 15% when you buy more



Better Alt Pure Himalayan Shilajit Sticks with Organic...
$32.99 to $36.99
Save up to 6% when you buy more



Pure Himalayan Shilajit,Soft Resin,Organic,Extre...
$30.50
Save up to 5% when you buy more



Supplement Sea Moss 15050mg Capsules with...
$19.99
Save up to 15% when you buy more



Beldt SKALD Fat Burner & Respiratory Support Suppleme...
$48.00
Save up to 5% when you buy more



Lignosus: The Best Natural Lung Supplement - 30...
$49.99
Save up to 12% when you buy more



HALLPROST ULTRA - Prostate Health Complex - Urinary...
$43.99
Save up to 5% when you buy more



Dixie Ultra 10 1/16" Paper Plates, 150 Total Disposable...
$14.50 to $24.99



Be Bodywise Pure Himalayan Shilajit Gummies | With...
$42.50
Save up to 5% when you buy more



Zoyava Sea Moss Blend 19,445 MG All-in-One Formula, 16...
$32.50
Save up to 15% when you buy more



Vigor8 Vigor 8 pills For ED 60 caps BIGD Vigor supplement...
$20.00
Save up to 8% when you buy more



Primal Queen Female-Focused Beef Organ Dietary...
$46.99



Ubiquinol CoQ10 600 MG Softgels with Omega-3 & Shilajit ...
$25.99
Save up to 5% when you buy more



Pure100% Himalayan Shilajit Gold +30g Fulvic Acid with...
$38.99
Save up to 15% when you buy more



CELLUCOR XTEND ORIGINAL BCAA 7g 90 Servings Muscle...
$49.00
Save up to 8% when you buy more



URO Vaginal Probiotics for Women pH Balance with...
$29.99
Save up to 5% when you buy more



25 in 1 Max Potency Turkey Tail Lion's Mane 3000mg Reis...
$22.99
Save up to 15% when you buy more

See All

 Checkout

How do you like our checkout? Give us feedback

## Pay with



○ **venmo** Venmo

○ **Add new card**
VISA  mastercard  DISCOVER  ◈

○ **G Pay** Google Pay

○ **PayPal CREDIT** Special financing available.
Apply now. See terms

## Ship to

## Review order



ank_store · Add note for seller
96.5% positive feedback

**LAST ONE**
Sea Moss 3000mg Black Seed Oil 2000mg
Ashwaganda 1000mg Tumeric 1000 Bladderwrac
**$24.99**
Quantity 1
Returns accepted

**Delivery**
Free USPS Ground Advantage
Est. delivery: Dec 17 – Dec 23

## Gift cards and coupons

Enter code:          Apply

## Donate to charity ⓘ
North Shore Animal League America

You can help us save more injured and abused animals—donate now to North Shore Animal League America. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount          None ▾

| | |
|---|---|
| Item (1) | $24.99 |
| Shipping | Free |
| Tax* | $0.00 |
| **Order total** | **$24.99** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

The state of US_PA requires eBay to collect sales tax and applicable fees from buyers. eBay will pay the collected tax to the tax authority. Learn more

$ Purchase protected by **eBay Money Back Guarantee**



ebay    Shop by category ⌄    🔍 Search for anything    [ All Categories ⌄ ]    **Search**

## Order confirmed, thanks!

Your order was placed.



# Order total: $24.99

### Shipping to:

### Order number:



Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg Tumeric 1000 Bladderwrac

**$24.99**

Sold by ank_store

You should get it by Dec 23.

[ View order details ]

How do you like our checkout? Give us feedback

## Explore related items
Sponsored



| | | |
|---|---|---|

Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg...

New

**$20.79**

~~$25.99~~ 20% off

Free 2-4 day shipping

Ⓟ Top Rated Plus

Seller you bought from

Sponsored

Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg...

New

**$20.99**

Free shipping

Sponsored

Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg...

New

**$10.45**

Free shipping

206 sold

Sponsored

# Order details

🖶 Printer friendly page

## Order info

| | | |
|---|---|---|
| Time placed | Dec 12, 2024 at 11:33 AM | |
| Order number | | |
| Total | $24.99 (1 item) | |
| Sold by | ank_store | |

### Shipping address



### Payment info

## Delivery info

○ **Processing**    ○ Tracking available    ○ Delivered

| 1 item | $24.99 |
|---|---|
| Shipping | Free |
| Tax* | $0.00 |
| **Order total** | **$24.99** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

### Tracking details

| | |
|---|---|
| Shipping Service | USPS Ground Advantage |
| Carrier | USPS |

## Item info



Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg Tumeric 1000 Bladderwrac    $24.99

Item number: 387011475483

Returns accepted through Jan 22, 2025.

How do you like our order details page?
Tell us what you think

## Other actions

Cancel this order

# eBay Seller Name

# avidmarket

# eBay Item Number

# 355543724015

[redacted] Daily Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search

|Listed in category:

Back to home page · Health & Beauty > Vitamins & Lifestyle Suppl... > Vitamins & Minerals Share

SAVE UP TO 20% WHEN YOU BUY MORE

IN 11 CARTS 44

Have one to sell? Sell now

## Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg Tumeric 1000 Bladderwrac

Great Price Fast Free Shipping USA Seller

avidmarket(4732)
92.3% positive
Seller's other items
Contact seller

**US $19.99/ea**

Condition: New

Quantity: 1 More than 10 available · 98 sold

Bulk savings:

| Buy 1 | Buy 2 | Buy 3 | 4 or more for |
|---|---|---|---|
| $19.99/ea | $17.99/ea | $16.99/ea | $15.99/ea |

Buy It Now

Add to cart

Add to watchlist

**People want this.** 44 people are watching this.

**This one's trending.** 98 have already sold.

Shipping: Free shipping - Arrives by Christmas
Get it between Sat, Dec 14 and Wed, Dec 18 to 15143. See details
Located in: Elmhurst, New York, United States

Returns: 30 days returns. Seller pays for return shipping. See details

Payments: PayPal venmo G Pay VISA DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Similar Items

Sponsored

Feedback on our suggestions | See all

Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg Tumeric 1000 Bladderwrac
New
**$20.79**
~~$25.99~~ 20% off
Free 2-4 day shipping
Top Rated Plus
Seller you bought from

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Bladder
New
**$17.99**
Free shipping

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Blad...
New
**$19.99**
Free shipping
Seller with 100% positive feedback

Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg Tumeric 1000 Bladderwrac
New
**$10.45**
Free shipping
206 sold

About this item

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 355543724015

Last updated on Dec 08, 2024 17:49:26 PST View all revisions



