



Daily Deals    Brand Outlet    Gift Cards    Help & Contact            Sell    Watchlist ⌄    My eBay ⌄



Shop by category ⌄

Search for anything    | All Categories ⌄ |    **Search**

## minhabeautystore

96.6% positive feedback (412)    2.7K items sold    208 followers

Contact    ♡ Save

☰ Categories    **Shop**    About    Feedback

🔍 Search all 210 items

## All items



Sea Moss 3000mg Black Seed Oil 2000mg...
$24.99
Save up to 10% when you buy more



Sea Moss 3000mg Black Seed Oil 2000mg...
$24.99
Save up to 8% when you buy more



ROUNDHOUSE PROVISIONS MORNING KICK-...
$22.98



O Positiv URO pH Balance Vaginal Probiotics - 60...
$20.49



Emma Relief Supplement Konsciens Keto for...
$19.98
Save up to 8% when you buy more



Karseell Collagen Hair Treatment Deep Repair Conditioning...
$33.99



2 PACK - Diamond Natural Shelled Walnuts 2 lbs (Total ...
$24.99



Karseell Dry Damaged Hair Repair Set Shampoo...
$65.99



Emma Relief Supplement Konsciens Keto for...
$49.99
Save up to 8% when you buy more



2 PACK - Member's Mark Natural Pecan Halves 2 lbs (Total 4...
$34.99



🔥 Member's Mark Roasted Whole Cashews with Sea...
$23.99
Save up to 15% when you buy more



Ryze Mushroom Coffee Organic New 30 SERVINGS FREE...
$20.99
Save up to 10% when you buy more



Bloom Nutrition Greens & Superfoods Powder...
$24.99



Neutrogena Rainbath Refreshing Shower Gel, Original (40 Fl...
$29.99



Irish Spring Body Wash for Men, Original Clean (30 Fl...
$28.90



Karseell Hair Repair Set with Shampoo, Conditioner,
$43.99



Member's Mark Deluxe Mixed Nuts with Sea Salt 34 oz -...
$22.99



Member's Mark Natural Whole Almonds, 3 lbs. 2-PK
$33.50
Save up to 10% when you buy more



Pack of 2 - Organic RYZE Mushroom Coffee ☕ 30...
$33.99
Save up to 10% when you buy more



Nature Made Extra Strength Magnesium 400 mg 150 Liquid...
$22.50



Aveeno Stress Relief Body Wash with Lavender &...
$30.99
Save up to 6% when you buy more



2 Pack - CeraVe Facial Moisturizing Lotion PM Ultra...
$17.92



b.pure Revitalizing Night day hydrating Moisturizer cream
$16.99



Omega Xl 60 Count Omega 3 Natural Joint Pain Relief...
$18.50
Save up to 6% when you buy more



Vitafusion Fiber Well Gummies (220 Ct.) FREE SHIPPING...
$29.99
Save up to 6% when you buy more



Dove Body Love Beauty Cream Face & Body (3) 2.53oz FREE...
$18.50



O Positiv URO pH Balance Vaginal Probiotics - 60...
$18.50



2-Pack ~ McCormick Grill Mates MONTREAL STEAK...
$23.99

 Checkout

How do you like our checkout? <u>Give us feedback</u>

## Pay with

○ **venmo** Venmo

○ **Add new card**
VISA ● ● ●

○ **G Pay** Google Pay

○ **PayPal CREDIT** Special financing available.
Apply now. <u>See terms</u>

### Ship to

### Review order

minhabeautystore   <u>Add note for seller</u>
96.6% positive feedback

 Sea Moss 3000mg Black Seed Oil 2000mg
Ashwaganda 1000mg Tumeric 1000 Bladderwrac
**$24.99**

Quantity
1 ⌄

Free returns

**Delivery**
Free shipping - Arrives by Christmas
Get it by Dec 12 – Dec 16
UPS 3 Day Select

### Gift cards and coupons

Enter code:     [ Apply ]

### Donate to charity ⓘ
North Shore Animal League America

You can help us save more injured and abused animals—donate now to North Shore Animal League America. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount     None ⌄



| Item (1) | $24.99 |
| --- | --- |
| Shipping | Free |
| Tax* | $0.00 |
| **Order total** | **$24.99** |

By placing your order, you agree to eBay's <u>User Agreement</u> and <u>Privacy Notice</u>.

The state of US_PA requires eBay to collect sales tax and applicable fees from buyers. eBay will pay the collected tax to the tax authority. <u>Learn more</u>

💲 Purchase protected by <u>**eBay Money Back Guarantee**</u>



ebay    Shop by category ▾    🔍 Search for anything    All Categories ▾    **Search**

Daily Deals   Brand Outlet   Gift Cards   Help & Contact      Sell   Watchlist ▾   My eBay ▾   🔔 🛒



## Order confirmed, thanks!

## Order total: $24.99

Shipping to:

Order number:



Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg Tumeric 1000 Bladderwrac

**$24.99**

Sold by minhabeautystore

You should get it by Dec 16.

[ View order details ]

How do you like our checkout? Give us feedback

## Explore related items
Sponsored

  

| | | |
|---|---|---|
| Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg... | Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg... | Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg... |
| New | New | New |
| **$20.99** | **$20.79** ~~$25.99~~ 20% off | **$10.45** |
| **Free shipping** | **Free shipping** | **Free shipping** |
| Sponsored | 🔷 Top Rated Plus 185 sold Sponsored | 205 sold Sponsored |

  

# Order details

## Order info

| | | |
|---|---|---|
| Time placed | Dec 9, 2024 at 1:20 PM |
| Order number | ▮▮▮▮▮▮▮ |
| Total | $24.99 (1 item) |
| Sold by | minhabeautystore |

### Shipping address



### Payment info

## Delivery info

○ **Processing**    ○ Tracking available    ○ Delivered

### Tracking details

| | |
|---|---|
| Shipping Service | UPS 3 Day Select |
| Carrier | UPS |

| | |
|---|---|
| 1 item | $24.99 |
| Shipping | Free |
| Tax* | $0.00 |
| **Order total** | **$24.99** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

## Item info



Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg Tumeric 1000 Bladderwrac    $24.99

Item number: 135029689138

Returns accepted through Jan 15, 2025.

How do you like our order details page?
Tell us what you think

## Other actions

Cancel this order

# eBay Seller Name

# naturbodi

# eBay Item Number

# 315813887099












[redacted] Daily Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search

|Listed in category:

Back to previous page · Health & Beauty > Vitamins & Lifestyle Suppl... > Vitamins & Minerals Share

Have one to sell? Sell now

## Sea Moss 7000mg Black Seed Oil 4000mg Ashwagandha 2000mg Ginger Blend With Turme

naturbodi(55)
96.5% positive
Seller's other items
Contact seller

**US $26.00**
or Best Offer

Condition: New

Quantity: 1 2 available

Buy It Now

Add to cart

Make offer

Add to watchlist

Shipping: Free shipping - Arrives by Christmas
Get it between Fri, Dec 13 and Tue, Dec 17 to 15143. See details
Located in: Omaha, Nebraska, United States

Returns: Seller does not accept returns. See details

Payments: PayPal venmo G Pay VISA Mastercard DISCOVER Diners
PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Similar Items

Sponsored

Feedback on our suggestions | See all

Sea Moss 3000mg Black Seed Oil 2000mg Ashwagandha 1000mg Turmeric 1000mg Blad...
New
**$19.99**
Free shipping
Seller with 100% positive feedback

Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg Tumeric 1000 Bladderwrac
New
**$20.79**
~~$25.99~~ 20% off
Free 2-4 day shipping
Top Rated Plus
186 sold

ALMOST GONE
☀ Max Strength Turmeric and Ginger With BioPerine Black Pepper | 90 Capsules
New
**$14.95**
Free shipping
827 sold

Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg Tumeric 1000 Bladderwrac
New
**$10.45**
Free shipping
206 sold

About this item

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 315813887099

Last updated on Nov 06, 2024 09:32:35 PST View all revisions

Daily Deals    Brand Outlet    Gift Cards    Help & Contact                    Sell    Watchlist ⌄    My eBay ⌄

ebay    Shop by category ⌄    [Search for anything]    All Categories ⌄    Search

**naturbodi**

96.5% positive feedback (55)    202 items sold    19 followers                    Contact    ♡ Save

≡ Categories    **Shop**    About    Feedback              [Search all 174 items]

## All items



| Sea Moss 7000mg Black Seed Oil 4000mg... | Natures Craft- Black Seed Oil 60 Capsules Hair, Skin ... | Saw Palmetto 5300mg Ashwagandha,... | Agobi - Ashwagandha Extra Strength 5200mg -... | Sirah- Alpha Boost Endurance & Energy Male Supplement 6... | Wormwood Black Walnut Whole Cloves 90 Capsules Exp 1/27 | VH Nutrition ESTROLIBRIUM Estrogen... |
|---|---|---|---|---|---|---|
| $26.00 | $14.00 | $16.00 | $16.00 | $16.00 | $16.00 | $20.00 |

| Kind Nature High Potassium Supplement 500mg... | Premium Berberine HCL 12800mg w/ Ceylon Turmeric... | Bragg Apple Cider Vinegar - Immune & Weight Managemen... | Jamaican Black Castor Oil, Organic Castor Oil for Hair... | Hawthorn Berry 3000mg, Made With Organic Hawthorne... | Alpha Flow Tongkat 1600mg. 180 Capsules Exp... | Satoomi, Tong Ali, 3450 mg, Herbal Complex 9in1, Dieta... |
|---|---|---|---|---|---|---|
| $18.00 | $16.00 | $16.00 | $12.00 | $20.00 | $12.00 | $28.00 |

| Universal CPAP / BiPAP Mask Replacement... | Astragalus Root Capsules 4500mg | 200 Count |... | 5% Minoxidil Hair Growth Serum for Men and Women... | SIRUNES Bovine Collagen Supplements for M... | Synbiotic Immune Booster Probiotics 60 Capsules Exp... | Potassium Magnesium Supplement... | Earth's Blend, One Daily Superfood Multi-Vitamin with... |
|---|---|---|---|---|---|---|
| $14.00 | $16.00 | $14.00 | $22.00 | $14.00 | $18.00 | $16.00 |

| Natuspur Liposomal Vitamin C Enhanced Absorption 180... | Yunker Kotei Solution Energy Drink by Sato, 30ml From JAPAN | Horny Goat Weed for Men 1510mg with Black Maca & Black... | Nutrapep Keto ACV Gummies Extreme Weight Loss -... | Bio Triple Magnesium Complex, 400mg of Magnesium... | Nayrmaer- Ceramic Glue, Glue for Porcelain and Potte... | Divine Bounty Turmeric Curcumin with Bioperine - 755... |
|---|---|---|---|---|---|---|
| $24.00 | $12.00 | $18.00 | $16.00 | $20.00 | $12.00 | $20.00 |









 Checkout

How do you like our checkout? Give us feedback

## Pay with

○ **venmo** Venmo

○ Add new card
VISA  MasterCard  DISCOVER  ◈

○ **G Pay** Google Pay

○ **PayPal CREDIT** Special financing available.
Apply now. See terms

## Ship to

| | |
|---|---|
| Item (1) | $26.00 |
| Shipping | Free |
| Tax* | $0.00 |
| **Order total** | **$26.00** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

The state of US_PA requires eBay to collect sales tax and applicable fees from buyers. eBay will pay the collected tax to the tax authority. Learn more

🛡 Purchase protected by **eBay Money Back Guarantee**

## Review order

naturbodi · Add note for seller
96.5% positive feedback



Sea Moss 7000mg Black Seed Oil 4000mg Ashwagandha 2000mg Ginger Blend With Turme
**$26.00**

Quantity
1

**Delivery**
Free shipping - Arrives by Christmas
Get it by Dec 13 – Dec 17
USPS Ground Advantage

## Gift cards and coupons

Enter code: [                    ]  Apply

## Donate to charity ⓘ

North Shore Animal League America

You can help us save more injured and abused animals—donate now to North Shore Animal League America. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▾



Daily Deals    Brand Outlet    Gift Cards    Help & Contact                    Sell    Watchlist ⌄    My eBay ⌄

ebay    Shop by category ⌄    [Search for anything]    All Categories ⌄    **Search**



# Order confirmed, thanks!

get it **Dec 13-17**

## Order total: $26.00

Shipping to:

Order number:



Sea Moss 7000mg Black Seed Oil 4000mg
Ashwagandha 2000mg Ginger Blend With
Turme
**$26.00**
Sold by naturbodi
You should get it by Dec 17.

( View order details )

How do you like our checkout? Give us feedback

## Explore related items
Sponsored



Sea Moss 3000mg
Black Seed Oil 2000mg
Ashwaganda 1000mg...
New
**$20.79** ~~$25.99~~ 20% off
**Free 2-4 day shipping**
📀 Top Rated Plus
186 sold



Sea Moss & Shilajit
(Black Seed Oil,
Turmeric,...
New
**$19.99**
**Free shipping**
173 sold
Sponsored



ALMOST GONE

Sea Moss 7000mg
Black Seed Oil 4000mg
Ashwagandha 2000m...
New
**$9.99**
**Free shipping**
222 sold
Sponsored

# Order details

## Order info

| | |
|---|---|
| Time placed | Dec 11, 2024 at 12:18 PM |
| Order number | ▉▉▉▉▉ |
| Total | $26.00 (1 item) |
| Sold by | naturbodi |

### Shipping address



### Delivery info

○ **Processing**      ○ Tracking available      ○ Delivered

### Payment info

### Tracking details

| | |
|---|---|
| Shipping Service | USPS Ground Advantage |
| Carrier | USPS |

| | |
|---|---|
| 1 item | $26.00 |
| Shipping | Free |
| Tax* | $0.00 |
| **Order total** | **$26.00** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

### Item info



Sea Moss 7000mg Black Seed Oil 4000mg Ashwagandha 2000mg Ginger Blend With Turme          $26.00

Item number: 315813887099

Returns not accepted.

How do you like our order details page?
Tell us what you think

### Other actions

Cancel this order

# eBay Seller Name

# nbstore-nbgoods

# eBay Item Number

# 375859393361

| | Daily Deals | Brand Outlet | Gift Cards | Help & Contact | | | | Sell | Watchlist ⌄ | My eBay ⌄ | 🔔 | 🛒 |

**ebay**     Shop by category ⌄     🔍 Search for anything          All Categories ⌄     Search

|Listed in category:

‹ Back to previous page          Health & Beauty › Vitamins & Lifestyle Suppl... › Vitamins & Minerals                          Share



### 2x sea moss Black Seed Oil 2000mg Ashwaganda 1000mg Tumeric Bladderwrac us stock

nbstore-nbgoods (24)
100% positive
Seller's other items
Contact seller

**US $16.99**
or Best Offer

Condition:    New  ⓘ

| **Buy It Now** |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

Shipping:  **Free** Standard Shipping. See details
Located in: La Puente, California, United States

Delivery:  Estimated between **Sat, Dec 21** and **Sat, Dec 28** to 15143 ⓘ

Returns:  30 days returns. Seller pays for return shipping. See details

Payments:  [PayPal] [venmo] [G Pay] [VISA] [mastercard] [DISCOVER] [DINERS]

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

  

Have one to sell?  Sell now

## Similar Items
Sponsored                                    Feedback on our suggestions  |  See all



Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg Tumeric 1000 Bladderwrac
New
**$10.45**
Free shipping
208 sold

Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg Tumeric 1000 Bladderwrac
New
**$20.79**
~~$25.99~~ 20% off
Free 2-4 day shipping
🏅 Top Rated Plus
Seller you bought from

Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda Tumeric 1000 Bladderwrac
New
**$19.99**
Free shipping
Seller you bought from

2x BMVINVOL Berberine Supplement Cinnamon Tumeric Black Pepper 4700mg, 150 Ct
New
**$6.00**
0 bids
2d 20h
+ $3.99 shipping

About this item

Seller assumes all responsibility for this listing.

Last updated on Dec 13, 2024 18:42:01 PST  View all revisions

eBay item number:  375859393361

## Item specifics








Daily Deals    Brand Outlet    Gift Cards    Help & Contact        Sell    Watchlist ⌄    My eBay ⌄





## nbstore-nbgoods

100% positive feedback    157 items sold    6 followers

⧉ Share    ▭ Contact    ☆ Save Seller

☰ Categories     **Shop**    Sale    About    Feedback       🔍 Search all 1,419 items

### All items

Sort: Best Match ⌄

Buying Format: All Listings ⌄    Condition: Any Condition ⌄    Shipping: ⌄


2 pack Sea Moss + Shilajit (Black Seed Oil Turmeric...
$7.59
Save up to 10% when you buy more


2x sea moss Black Seed Oil 2000mg Ashwaganda 1000m...
$16.99


3 Pack Floating Sanitizing System FROG @ease...
$40.00


e.l.f. Cosmetics Mechanical Eyelash Curler (1 Pc) Makeup...
$5.99
Save up to 10% when you buy more


Almonds, Sea Salt, 31 Count (Pack Of 1)
$21.89


Yoga Band Flexibility Stretch Leg Fascia Stretcher Strap Ball...
$7.28
Save up to 10% when you buy more


Hand Grip Strength Power Trainer Gripper Strengthener...
$5.99


2 pieces Genuine Bruder Moist Heat Eye Compress Mas...
$19.99


False Eyelashes Mink Natural Extension Black Makeup 3D...
$5.99


Cozy Pillow Slides Anti-Slip Sandals Ultra Soft Slippers...
$6.99
Save up to 10% when you buy more


2 Bottle Shilajit Pure Himalayan 9000MG, Energy Booster...
$7.68


Tonno Tuna In Olive Oil, 3 Ounce (24 Pack)
$39.78


Protein Bars, Protein Snack, Snack Bars, Chocolate Sea Salt,...
$24.13


Men's women's mobile phone bag cross shoulder...
$5.99


5Pack = 40PCS Natural Chinese Tiger Heat Therapy...
$10.99


Pecans | Dry Roasted Unsalted | 2 Lb | Oil-Free, All Natural...
$27.51


Cane Walking Stick Adjustable Aluminum Travel Hiking Straig...
$7.19


Amazon Brand - Fancy Whole Cashews, Roasted...
$24.98


1 Lb. Raw Pistachio Kernels
$23.85


19 IN BLACK Upland Snowshoes
$143.40


Matcha Green Tea, Sweet Powder, 17.5 Ounce (Pack Of 1),...
$26.16


Concealed Footbed Enhancers Invisible Height Increase...
$6.99


- Rice Bran Oil, 1 Gallon
$34.97


Chunk Light Tuna In Water, 5 Oz Cans (Pack Of 24) - Wild...
$24.76


Gold Gourmet Black Ganoderma Coffee (1 Box Of 30 Sachets)
$38.16


Dog Cat Collar Holder PET with Bell - Protective Anti Lost...
$6.59


Selects No Salt Added Chunk White Albacore Tuna In...
$25.19

Men's women's mobile phone bag cross shoulder...
$5.99

1 Sunshade Compact, Quick Setup Sunshade for Solo...
$102.85

 Checkout

How do you like our checkout? [Give us feedback](#)

## Pay with



○  venmo  Venmo

○  Add new card
   VISA  mastercard  DISCOVER  Diners

○  G Pay  Google Pay

○  PayPal CREDIT  Special financing available.
   Apply now. **See terms**

## Ship to

| | |
|---|---|
| Item (1) | $16.99 |
| Shipping | Free |
| Tax | $0.00 |
| **Order total** | **$16.99** |

By placing your order, you agree to eBay's [User Agreement](#) and [Privacy Notice](#).

$ Purchase protected by **eBay Money Back Guarantee**

## Review order

nbstore-nbgoods · [Add note for seller](#)
100% positive feedback

**LAST ONE**  2x sea moss Black Seed Oil 2000mg Ashwaganda 1000mg Tumeric Bladderwrac us stock
**$16.99**
Quantity 1

Free returns

**Delivery**
Free Standard Shipping
Est. delivery: Dec 21 – Dec 28

## Gift cards and coupons

Enter code: [          ]  Apply

## Donate to charity ⓘ
Reflections of Trinity

This holiday season, your donation will help children, seniors, and others in crisis with food, clothing, and basic needs. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount   [ None ˅ ]



ebay    Shop by category ▾    Search for anything    | All Categories ▾ |    **Search**

Daily Deals    Brand Outlet    Gift Cards    Help & Contact                    Sell    Watchlist ▾    My eBay ▾    🔔²    🛒



# Order confirmed, thanks!

get it **Dec 21-28**

## Order total: $16.99

Shipping to:

Order number:



**2x sea moss Black Seed Oil 2000mg Ashwaganda 1000mg Tumeric Bladderwrac us stock**

$16.99

Sold by nbstore-nbgoods

You should get it by Dec 28.

[ View order details ]

How do you like our checkout? Give us feedback

## Explore related items
Sponsored







Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg...

New

$10.45

Free shipping

208 sold

Sponsored

Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg...

New

$20.79

$25.99 20% off

Free 2-4 day shipping

★ Top Rated Plus

Seller you bought from

1-10pk Sea Moss 3000Mg Black Seed Oil 2000Mg Ashwagandh...

New

$8.99

Free shipping

Seller you bought from

Sponsored

# Order details



## Order info

| | |
|---|---|
| Time placed | Dec 18, 2024 at 12:54 PM |
| Order number | ███████████ |
| Total | $16.99 (1 item) |
| Sold by | nbstore-nbgoods |

### Delivery info

○ **Processing**   ○ Tracking available   ○ Delivered

### Tracking details

| | |
|---|---|
| Shipping Service | Standard Shipping |

### Item info



**2x sea moss Black Seed Oil 2000mg Ashwaganda 1000mg Tumeric Bladderwrac us stock**   **$16.99**

Item number: 375859393361

Returns accepted through Jan 27, 2025.

## Other actions

Cancel this order

## Shipping address



## Payment info

| | |
|---|---|
| 1 item | $16.99 |
| Shipping | Free |
| Tax* | $0.00 |
| **Order total** | **$16.99** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

How do you like our order details page?
Tell us what you think

# eBay Seller Name
# np-jing7654

# eBay Item Number
# 315622044212

[redacted] Daily Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search

< Back to search results · Health & Beauty > Vitamins & Lifestyle Supple... > Vitamins & Minerals Share

SAVE UP TO 9% WHEN YOU BUY MORE

Have one to sell? Sell now

## Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg Tumeric 1000 Bladderwrac

np-jing7654 (111)
93% positive
Seller's other items
Contact seller

**US $10.49/ea**

Condition: New

Quantity: 1 7 available · 3 sold

Bulk savings:

| Buy 1 | Buy 2 | Buy 3 | 4 or more for |
|---|---|---|---|
| $10.49/ea | $9.97/ea | $9.86/ea | $9.55/ea |

Buy It Now

Add to cart

Add to watchlist

**Hurry before it's gone.** 1 person is watching this item.

**Popular item.** 3 have already sold.

Shipping: **Free** Standard Shipping. See details
Located in: LA/NY, United States

Delivery: Estimated between **Mon, Nov 4** and **Fri, Nov 8** to 15143

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal Venmo G Pay VISA Mastercard Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Similar Items

Sponsored

Feedback on our suggestions | See all

Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg Tumeric 1000 Bladderwrac
New
$25.99
Free 2-4 day shipping
Top Rated Plus
179 sold

Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg Tumeric 1000 Bladderwrac
New
$9.99
Free shipping
Seller you bought from

HOT AUCTION
1200MG Resveratrol Maximum Strength Natural AntiAging Antioxidant 60 Capsules
New
$8.50
17 bids
9h 40m
Free shipping
9 watchers

Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg Tumeric 1000 Bladderwrac
New
$10.45
Free shipping
Seller you bought from

About this item Report this item

Seller assumes all responsibility for this listing. eBay item number: 315622044212

Last updated on Oct 07, 2024 03:18:29 PDT View all revisions



