

# np-jing7654

93% positive feedback · 981 items sold · 95 followers

Share · Contact · Save Seller

Categories | **Shop** | Sale | About | Feedback

## All items

Sort: Best Match

Buying Format: All Listings | Condition: Any Condition | Shipping:


**4PCS Ultrasonic Car Deer Alert Whistle Warning Animal...**
$7.99
Save up to 9% when you buy more


**HOT Trump Family Poker Playing Cards - Premium Collectibl...**
$9.77
Save up to 9% when you buy more


**Trump Family Poker Playing Cards - Premium Collectibl...**
$10.99
Save up to 9% when you buy more


**Wise Owl Furniture Salve for Leather Salve/Leather w/Bo...**
$7.49 to $14.49
Save up to 9% when you buy more


**Inear Bluetooth Earbuds Headset TWS5.3 Wireless...**
$11.33
Save up to 9% when you buy more


**NEW German Nail Clippers, German Nail Clippers for...**
$9.23
Save up to 9% when you buy more


**Here We F**king Go Again 2025 Calendar,Fucking...**
$10.57
Save up to 9% when you buy more


**NEW Door Draft Stopper, Under Door Noise Blocker, Soun...**
$7.27
Save up to 9% when you buy more


**Grindshine Pro Pad, Ultimate Polishing Power, Polishing Pa...**
$7.99 to $29.99
Save up to 9% when you buy more


**3 Prong Plug to Plug 125V 12AWG Generator Adapter...**
$13.49
Save up to 9% when you buy more


**Sea Moss 3000mg Black Seed Oil 2000mg...**
$10.49
Save up to 9% when you buy more


**Donald Trump Rubber Duck 4" for Jeep Ducking 2024...**
$7.27
Save up to 9% when you buy more


**4 Tiers 30-Egg Holder for Fridge, 2024 New Automati...**
$7.04 to $13.38
Save up to 9% when you buy more


**USA 3 Prong Plug to Plug 125V 12AWG Generator Adapter...**
$13.49
Save up to 9% when you buy more


**2PCS Upgraded Finger Strengthener Gripster Forearm...**
$7.49
Save up to 10% when you buy more


**NEW Sea Moss Multivitamin & Shilajit & Collagen Pills...**
$18.49 to $20.49
Save up to 9% when you buy more


**New Internal Hard Disk Drive HDD for Xbox 360 E Xbox 3...**
$15.27
Save up to 9% when you buy more


**Chicken Shredder Large Chicken Breast Shredder Tool Twist...**
$10.27
Save up to 9% when you buy more


**Advent Calendar 2024 Crystal Christmas...**
$22.27


**Sea Moss & Shilajit (Black Seed Oil, Turmeric,...**
$14.05
Save up to 9% when you buy more


**Triple Magnesium Complex, 300mg of Magnesium...**
$11.49
Save up to 9% when you buy more


**8PCS Set Ultrasonic Car Deer Alert Whistle Warning...**
$11.27
Save up to 9% when you buy more


**7 in 1 Military Emergency Survival Whistle Kit Compas...**
$7.26
Save up to 9% when you buy more


**Wooden Money Box 10000,Cash Vault Wooden Savings Bo...**
$12.37
Save up to 9% when you buy more


**3 Prong Plug to Plug 125V 12AWG Generator Adapter...**
$13.57
Save up to 9% when you buy more


**1~100Packs Breathe Green Nano Sparkle Cloth Car Scratche...**
$5.49 to $54.49
Save up to 9% when you buy more


**US Ghost Campfire Nightlight, Roasting Campfire...**
$13.49
Save up to 9% when you buy more


**8 Pack Flying Insect Trap Refills Compatible with...**
$15.49
Save up to 9% when you buy more

  **Checkout**

How do you like our checkout? Give us feedback

### Pay with

○ Venmo

○ Add new card
VISA  Mastercard  Discover

○ Google Pay

○ Special financing available.
Apply now.  See terms

### Ship to

### Review order

Seller: jing7654  |  Add note for seller

 Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg Tumeric 1000 Bladderwrac
$10.49

Quantity
1

Returns accepted

**Delivery**
Free Standard Shipping
Est. delivery: Nov 4 – Nov 8

### Gift cards and coupons

Enter code:  [Apply]

### Donate to charity ⓘ
**Team Rubicon**

Fuel veteran-led volunteers in serving communities impacted by disasters and crises- donate to Team Rubicon today! PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount  None ▼

---

| | |
|---|---|
| Item (1) | $10.49 |
| Shipping | Free |
| Tax* | $0.00 |
| **Order total** | **$10.49** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

The state of US_PA requires eBay to collect sales tax and applicable fees from buyers. eBay will pay the collected tax to the tax authority. Learn more

🛡 Purchase protected by eBay Money Back Guarantee



Daily Deals  Brand Outlet  Gift Cards  Help & Contact                    Sell  Watchlist  My eBay



get it Nov 4-Nov 8

**Order total: $10.49**

Shipping to:

Order number

Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg Tumeric 1000 Bladderwrac
$10.49
Sold by jing7654
You should get it by Nov 8.

View order details

How do you like our checkout? Give us feedback

## Explore related items
Sponsored

  

Sea Moss 7000Mg Black Seed Oil 4000Mg Ashwagandha 2000M...
New
$10.24
Free shipping
9 watchers
Sponsored

Organic Sea Moss Capsules, Irish Sea Moss with...
New
$12.99
$23.61 45% off
Free 2-4 day shipping
Top Rated Plus
Sponsored

Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg...
New
$17.67
$25.25 30% off
Free shipping
Sponsored

  

Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg...
New
$13.99
$19.99 30% off
Free shipping
Sponsored

Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg...
New
$14.99
$19.99 25% off
Free shipping
Seller with 100% positive feedback
Sponsored

Wildcrafted Irish Sea Moss Gel Made with Dried Seaweed...
New
$23.21
Free shipping
Top Rated Plus
30 sold
Sponsored

  

Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda Tumeric...
New
$19.99
Free shipping
Sponsored

Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg...
New
$10.55
Free shipping
Sponsored

Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg...
New
$10.49
Free shipping
Sponsored

# Order details

 Printer friendly page

## Order info

| | |
|---|---|
| Time placed | Oct 30, 2024 at 3:40 PM |
| Order number | ▇▇▇▇▇▇▇▇ |
| Total | $10.49 (1 item) |
| Sold by | jing7654 |

## Delivery info

**Processing** — Tracking available — Delivered

### Tracking details

Shipping Service: Standard Shipping

## Item info



Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg Tumeric 1000 Bladderwrac — $10.49

Item number: 315622044212

Returns accepted through Dec 8, 2024.

## Other actions

Cancel this order

## Shipping address

▇▇▇▇▇▇▇▇

## Payment info



| | |
|---|---|
| 1 item | $10.49 |
| Shipping | Free |
| Tax* | $0.00 |
| **Order total** | **$10.49** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.

Learn more

How do you like our order details page?
Tell us what you think

1/1

# eBay Seller Name

# np-mobile451

# eBay Item Number

# 315622052851



  

 

[redacted] Daily Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search

Back to search results · Health & Beauty > Vitamins & Lifestyle Supple... > Vitamins & Minerals Share

9 VIEWED IN THE LAST 24 HOURS

7

Have one to sell? Sell now

# Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg Tumeric 1000 Bladderwrac

np-mobile451(208)
97.3% positive
Seller's other items
Contact seller

**US $9.99**

Condition: **New**

Quantity: 1 More than 10 available · 17 sold

Buy It Now
Add to cart
Add to watchlist

**People are checking this out.** 7 have added this to their watchlist.

**This one's trending.** 17 have already sold.

Shipping: **Free** Standard Shipping. See details
Located in: LA/NY, United States

Delivery: Estimated between **Tue, Nov 5** and **Sat, Nov 9** to 15143

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal, venmo, G Pay, VISA, Mastercard, Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Similar Items

Sponsored

Feedback on our suggestions | See all

Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg Tumeric 1000 Bladderwrac
New
**$25.99**
Free 2-4 day shipping
Top Rated Plus
179 sold

Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg Tumeric 1000 Bladderwrac
New
**$10.45**
Free shipping
Seller you bought from

HOT AUCTION
Magnesium Citrate 120 Capsules 1000mg Highest Potency Vegan Magnesium Supplement
New
**$5.50**
10 bids
9h 59m
Free shipping
Seller with 100% positive feedback

ALMOST GONE
Sea Moss, Black Seed Oil, Ashwagandha, Turmeric, Ginger (16 in 1 Multivitamin)
New
**$20.16**
~~$24.59~~ 18% off
Free 2-4 day shipping
Top Rated Plus
579 sold

About this item Report this item

Seller assumes all responsibility for this listing. eBay item number: 315622052851

Last updated on Oct 27, 2024 19:13:48 PDT View all revisions

## Item specifics

| | Daily Deals | Brand Outlet | Gift Cards | Help & Contact | | | Sell | Watchlist | My eBay |

eBay | Shop by category | Search for anything | All Categories | Search



# np-mobile451

97.3% positive feedback · 1.4K items sold · 116 followers

Share · Contact · Save Seller

Categories | Shop | Sale | About | Feedback | Search all 250 items

## Featured categories

 Home & Garden
 Sporting Goods
 eBay Motors
 Microphones & Wireless Systems

## Newly Listed

See all

Auto Rolling Ball Smart Cat Dog Toy Electric Pet Self-... $8.78

Usa Golf Putter Grip Pistol Gtr Patina Golf Club Putter Grips... $13.99

Unbrush Untangle Detangle Brush NIB THE Tiktok BRUSH... $8.78

Grindshine Pro Pad, Ultimate Polishing Power, Polishing Pad... $11.78 to $31.99

5000mAh Magnetic Power Bank Battery Pack Fast Charger F... $10.99

New Sennheiser E 945 Supercardioid Vocal Microphone Dynami... $35.99

## All items

Sort: Best Match

Buying Format: All Listings | Condition: Any Condition | Shipping:

 Lattafa Asad by Lattafa 3.4 Oz (100 ml) EDP Eau De... $20.59

 Unbrush Untangle Detangle Brush NIB THE Tiktok BRUSH... $8.79 to $83.99

 Yara by Lattafa Perfumes | Eau De Parfum - 100ml (3.4 ... $20.59

 Wise Owl Furniture Salve for Leather Salve/Leather w/Bo... $7.49 to $14.49

 Sea Moss & Shilajit Black Seed Oil, Turmeric,... $15.49

 New Sennheiser E 945 Supercardioid Vocal Microphone... $33.99

 Hemp Pain Relief Cream For Anti-inflammatory, Pain... $11.99 to $22.99

https://www.ebay.com/str/npmobile451?_trksid=p4429486.m3561.l161211	1/3

 **Checkout**  How do you like our checkout? Give us feedback

## Pay with

⬛

○  Venmo

○ Add new card
 VISA  Mastercard  Discover

○ Google Pay

○ PayPal CREDIT  Special financing available.
Apply now.  **See terms**

## Ship to

⬛

## Review order

Seller: mobile451  |  Add note for seller

 Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg Tumeric 1000 Bladderwrac
$9.99

Quantity
1

Returns accepted

**Delivery**
**Free Standard Shipping**
Est. delivery: Nov 5 – Nov 9

## Gift cards and coupons

Enter code:  [Apply]

## Donate to charity ⓘ
Team Rubicon

Fuel veteran-led volunteers in serving communities impacted by disasters and crises- donate to Team Rubicon today! PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount  None ▾

---

Item (1)         $9.99
Shipping          Free
Tax*             $0.00

**Order total**  **$9.99**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

The state of US_PA requires eBay to collect sales tax and applicable fees from buyers. eBay will pay the collected tax to the tax authority. Learn more

⬛

🛡 Purchase protected by **eBay Money Back Guarantee**



Daily Deals | Brand Outlet | Gift Cards | Help & Contact          Sell  Watchlist  My eBay

### Order confirmed, thanks!

▇▇▇▇▇▇▇▇▇▇ et it **Nov 5-Nov 9**

**Order total: $9.99**

**Shipping to:**
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**Order number** ▇▇▇▇▇▇▇▇▇▇

Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg Tumeric 1000 Bladderwrac
**$9.99**
Sold by mobile451
You should get it by Nov 9.

[ View order details ]

How do you like our checkout? *Give us feedback*

---

### Explore related items
Sponsored


Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg...
New
**$10.45**
Free shipping
Seller you bought from
Sponsored


Sea Moss 7000Mg Black Seed Oil 4000Mg Ashwagandha 2000M...
New
**$10.24**
Free shipping
9 watchers
Sponsored


**ALMOST GONE**
Sea Moss 7000mg Black Seed Oil 4000mg Ashwagandha 2000m...
New
**$9.29**
~~$9.99~~ 7% off
Free shipping
170 sold
Sponsored


Sea Moss Capsules (Black Seed Oil, Turmeric,...
New
**$7.91**
~~$15.82~~ 50% off
Free shipping
Seller with 100% positive feedback
Sponsored


Sea Moss & Shilajit (Black Seed Oil, Turmeric,...
New
**$14.29**
~~$21.99~~ 35% off
**Free 2-4 day shipping**
Top Rated Plus
Sponsored


Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg...
New
**$17.67**
~~$25.25~~ 30% off
Free shipping
Sponsored


Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg...
New
**$13.99**
~~$19.99~~ 30% off
Free shipping
Sponsored


Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg...
New
**$14.99**
~~$19.99~~ 25% off
Free shipping
Seller with 100% positive feedback
Sponsored


Wildcrafted Irish Sea Moss Gel | Made with Dried Seaweed...
New
**$21.02**
Free shipping
Top Rated Plus
56 sold
Sponsored

# Order details

🖨 Printer friendly page

## Order info

| | |
|---|---|
| Time placed | Oct 30, 2024 at 3:25 PM |
| Order number | ▮▮▮▮▮▮▮▮ |
| Total | $9.99 (1 item) |
| Sold by | mobile451 |

### Delivery info

**Processing** — Tracking available — Delivered

### Tracking details

Shipping Service: Standard Shipping

### Item info



Sea Moss 3000mg Black Seed Oil 2000mg Ashwaganda 1000mg Tumeric 1000 Bladderwrac   $9.99

Item number: 315622052851

Returns accepted through Dec 9, 2024.

### Other actions

Cancel this order

## Shipping address

▮▮▮▮▮▮▮▮

## Payment info

▮▮▮▮▮▮▮▮

| | |
|---|---|
| 1 item | $9.99 |
| Shipping | Free |
| Tax* | $0.00 |
| **Order total** | **$9.99** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.

Learn more

How do you like our order details page?
Tell us what you think

1/1

# eBay Seller Name
# np-oppoer

# eBay Item Number
# 387571946285








  Daily Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search

|Listed in category:

Back to My eBay · Health & Beauty > Vitamins & Lifestyle Suppl... > Other Vitamins & Supplem... Share

Have one to sell? Sell now

# Sea Moss, Black Seed Oil, Ashwagandha, Turmeric, Ginger, 16 in 1 Multivitamin

np-oppoer(211)
97.3% positive
Seller's other items
Contact seller

**US $9.99**
or Best Offer

Condition: New

Quantity: 1 More than 10 available · 3 sold

Buy It Now
Add to cart
Make offer
Add to watchlist

**Popular item.** 3 have already sold.

Shipping: **Free** Expedited Shipping from outside US. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Shen Zhen, China

Delivery: Estimated between **Tue, Jan 21** and **Tue, Jan 28** to 15143
This item has an extended handling time and a delivery estimate **greater than 25 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal venmo G Pay VISA DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**
eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Similar Items

Sponsored

Feedback on our suggestions | See all

3 pk Sea Moss, Black Seed Oil, Ashwagandha, Turmeric, Ginger, All in 1, 60 Caps
New
$7.90
**Free shipping**
Seller with 100% positive feedback

Sea Moss, Black Seed Oil, Ashwagandha, Turmeric, Ginger 180 pills 3 Bottle USA
New
$7.99
**Free shipping**
Seller with 100% positive feedback

16 IN 1 Supplement Sea Moss Black Seed Oil Ashwagandha Ginger 19445mg 120 Caps
New
$7.89
**Free shipping**

Sea Moss, Black Seed Oil, Ginger, Turmeric, Ashwagandha (16 in 1 Multivitamin)
New
$11.99
**Free shipping**
Seller with 99.3% positive feedback

About this item

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 387571946285

Last updated on Nov 15, 2024 07:50:21 PST View all revisions

## Item specifics

[redacted] Daily Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search

# np-oppoer

97.3% positive feedback 1.6K items sold 93 followers

Share Contact Save Seller

Categories Shop Sale About Feedback Search all 74 items

## All items

Sort: Best Match

Buying Format: All Listings Condition: Any Condition Shipping:

Sea Moss, Black Seed Oil, Ashwagandha,...
$9.99

Sea Moss & Shilajit (Black Seed Oil, Turmeric,...
$15.79
Save up to 12% when you buy more

New Golf Putter Grip Pistol GTR Patina Golf Club Putter...
$9.99

Unbrush Untangle Detangle Brush NIB THE Tiktok BRUSH...
$8.79 to $83.99

USA Curl Defining Brush Boar Bristle Hair Brush Styling...
$7.99

Kangol 504 Ventair Beret Hat 2024Summer...
$12.77

SEALED NEW CUPID 2.0 HYPNOSIS MEN'S PHEROMONE...
$12.20 to $32.99

3Pcs Sliding Wrapping Paper Cutter Christmas Gi...
$6.99

Impossible Cone, Spiral Cone Fidget Toy, Pass Through...
$2.41 to $5.91

1~100pcs Donald Trump 2024 Bill Credit Card Sticker,...
$1.99 to $56.99

Inear Bluetooth Earbuds Headset TWS5.3 Wireless...
$10.88

Sea Moss & Shilajit (Black Seed Oil, Turmeric,...
$14.99

2x H7 LED Headlight Bulb Kit High/Low Beam 8000LM Sup...
$8.48

8PCS Set Ultrasonic Car Deer Alert Whistle Warning...
$9.99

Snap On Upper and Bottom Set False Teeth Dental Venee...
$2.99

12 Packs Solar Torch Lights with Flickering Flame, 12LED Tiki...
$35.99

3Pcs Sliding Wrapping Paper Cutter Christmas Gi...
$9.42

Dynamic Bundle - Sea Moss Multivitamin & Shila...
$15.79

8-in-1 USB-C Hub Type C To USB 3.0 4K HDMI PD Adapter F...
$9.99

Odyssey Pistol Grip Versa Replacement Midsize Golf Putter...
$13.69
Save up to 7% when you buy more

Lattafa Asad by Lattafa 3.4 EDP Perfume Cologne...
$20.99

Lattafa Asad by Lattafa 3.4 EDP Perfume Cologne...
$20.99

2024 Christmas Ornament, "Jingle My Bell" Dirty Santa...
$1.84

Chicken Shredder Large Chicken Breast Shredder Tool Twist...
$12.24

1/2/4 Right-Hand Golf Swing Training Grip Standard...
$4.99 to $13.99

NEW Yara Candy by Lattafa Perfumes - 3.4oz Eau de Parfu...
$25.85

2x Champkey Baseball Softball Fastpitch Bat Handl...
$9.95

Mozz Guard- Mosquito Zapper,Mozz Guard...
$10.99 to $32.88

**Checkout**

How do you like our checkout? Give us feedback

## Pay with

○  Venmo

○  Add new card
     VISA  Mastercard  Discover  Diners

○  Google Pay

○  Special financing available.
     Apply now.  See terms

## Ship to

## Review order

np-oppoer  •  Add note for seller
97.3% positive feedback

  Sea Moss, Black Seed Oil, Ashwagandha, Turmeric, Ginger, 16 in 1 Multivitamin
$9.99

Quantity
1 ▾

Returns accepted

**Delivery**
Free Expedited Shipping from outside US
Est. delivery: Jan 21 – Jan 28

## Gift cards and coupons

Enter code:          Apply

## Donate to charity ⓘ
Reflections of Trinity

This holiday season, your donation will help children, seniors, and others in crisis with food, clothing, and basic needs. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▾

---

Item (1)                         $9.99
Shipping                         Free
Tax                              $0.00

**Order total**                  **$9.99**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.



🛡  Purchase protected by eBay Money Back Guarantee



Daily Deals  Brand Outlet  Gift Cards  Help & Contact      Sell  Watchlist  My eBay 🔔2  🛒

eBay  Shop by category  🔍 Search for anything  All Categories  Search

# Order confirmed, thanks!

get it **Jan 21-28**

## Order total: $9.99

**Shipping to:**

**Order number** ▇▇▇▇▇▇▇▇▇▇



**Sea Moss, Black Seed Oil, Ashwagandha, Turmeric, Ginger, 16 in 1 Multivitamin**
$9.99
Sold by oppoer
You should get it by Jan 28.

**View order details**

How do you like our checkout?  **Give us feedback**

## Explore related items
Sponsored



**Sea Moss, Black Seed Oil, Ashwagandha, Turmeric, Ginger (16 in...**
New
$20.99  $36.99 43% off
Free shipping
205 sold
Sponsored

**LAST ONE**
**Sea Moss, Black Seed Oil, Ashwagandha, Turmeric, Ginger 180...**
New
$9.10
Free shipping
28 sold
Sponsored

**Sea Moss & Shilajit (Black Seed Oil, Turmeric,...**
New
$9.62
Free shipping
30 sold
Sponsored

# Order details

🖶 Printer friendly page

## Order info

| | |
|---|---|
| Time placed | Dec 18, 2024 at 11:31 AM |
| Order number | ██████████ |
| Total | $9.99 (1 item) |
| Sold by | oppoer |

## Delivery info

**Processing** — Tracking available — Delivered

### Tracking details

Shipping Service: Expedited Shipping from outside US

## Item info



Sea Moss, Black Seed Oil, Ashwagandha, Turmeric, Ginger, 16 in 1 Multivitamin — $9.99

Item number: 387571946285

Returns accepted through Feb 27, 2025.

## Other actions

Cancel this order

## Shipping address



## Payment info

| | |
|---|---|
| 1 item | $9.99 |
| Shipping | Free |
| Tax* | $0.00 |
| **Order total** | **$9.99** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

How do you like our order details page?
Tell us what you think

# eBay Seller Name
# np-shua3953

# eBay Item Number
# 226432515899