IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLSEASON ENTERPRISES, LLC<br><br>Plaintiff,<br>v.<br><br>ROUTES ENTERPRISES, *et al.,*<br><br>Defendants. | Civil Action No.<br><br>25-cv-27<br><br>(Judge Robert J. Colville) |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, through their undersigned attorneys, hereby gives notice of the voluntary dismissal with prejudice of all claims against Defendant GIBSON'S ESSENTIALS with each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendant has neither answered Plaintiffs' Complaint nor filed a responsive pleading. Accordingly, this Defendant may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

/

/

/

/

/

- 2 -

                                                      Respectfully submitted,

Dated: February 4, 2025                  /s/ Brian Samuel Malkin
                                                      Stanley D. Ference III
                                                      Pa. ID No. 59899
                                                      courts@ferencelaw.com

                                                      Brian Samuel Malkin
                                                      Pa. ID No. 70448
                                                      bmalkin@ferencelaw.com

                                                      FERENCE & ASSOCIATES LLC
                                                      409 Broad Street
                                                      Pittsburgh, Pennsylvania 15143
                                                      (412) 741-8400 – Telephone
                                                      (412) 741-9292 – Facsimile

                                                      Attorneys for Plaintiff