IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLSEASON ENTERPRISES, LLC<br><br>Plaintiff,<br><br>v.<br><br>ROUTES ENTERPRISES, *et al.*,<br><br>Defendants. | Civil Action No.<br><br>25-cv-27<br><br>(Judge Robert J. Colville) |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, through their undersigned attorneys, hereby gives notice of the voluntary dismissal with prejudice of all claims against Defendant GIBSON'S ESSENTIALS with each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendant has neither answered Plaintiffs' Complaint nor filed a responsive pleading. Accordingly, this Defendant may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

/

/

/

/

/

**EXHIBIT A**

Respectfully submitted,

Dated: February 4, 2025

/s/ Brian Samuel Malkin
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

Brian Samuel Malkin
Pa. ID No. 70448
bmalkin@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorneys for Plaintiff