IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLSEASON ENTERPRISES, LLC | Civil Action No. |
| Plaintiff, | 25-cv-27 |
| v. | (Judge Robert J. Colville) |
| ROUTES ENTERPRISES, *et al.,* | |
| Defendants. | |

**AMENDED NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, through their undersigned attorneys, hereby gives notice of the voluntary dismissal with prejudice of all claims against Defendant GIBSON'S ESSENTIALS with each party to bear its own attorneys' fees, costs, and expenses. The Plaintiff's voluntary dismissal with prejudice of all claims against Defendant GIBSON'S ESSENTIALS was negotiated between the parties, as reflected in their settlement agreement executed on February 4, 2025 (the "Settlement Agreement"). The dismissed Defendant has neither answered Plaintiffs' Complaint nor filed a responsive pleading. Accordingly, this Defendant may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i). Per the terms of the Settlement Agreement, the parties respectfully request that this Honorable Court retains jurisdiction over the parties for the purpose of enforcing the terms of the Settlement Agreement.

**EXHIBIT B**

                                        Respectfully Submitted,

Dated: July 30, 2025                /s/ Brian Samuel Malkin
                                        Stanley D. Ference III
                                        Pa. ID No. 59899
                                        courts@ferencelaw.com

                                        Brian Samuel Malkin
                                        Pa. ID No. 70448
                                        bmalkin@ferencelaw.com

                                        FERENCE & ASSOCIATES LLC
                                        409 Broad Street
                                        Pittsburgh, Pennsylvania 15143
                                        (412) 741-8400 – Telephone
                                        (412) 741-9292 – Facsimile

                                        Attorneys for Plaintiff