IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ALLSEASON ENTERPRISES, LLC,   CIVIL ACTION NO.: 25-cv-27

    Plaintiff,

v.

ROUTES ENTERPRISES, ET AL.,

    Defendants.

## ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of Defendant's Motion to Amend Plaintiff's Notice of Voluntary Dismissal and any response thereto, it is hereby ORDERED that this motion is GRANTED.

It is FURTHER ORDERED that the parties are relieved from the judgement of the Notice of Voluntary Dismissal filed on February 4, 2025, dismissing all claims against Defendant GIBSON'S ESSENTIALS.

It is FURTHER ORDERD that pursuant to Plaintiff's request for this Honorable Court to dismiss the action against Defendant GIBSON'S ESSENTIALS on February 4, 2025, all claims against Defendant GIBSON'S ESSENTIALS are DISMISSED with prejudice under Rule 41(a)(2).

It is FURTHER ORDERED that this Court will retain jurisdiction over the parties for the purposes of enforcing the parties' Settlement Agreement executed on February 4, 2025.

                                              BY THE COURT:

                                              _____