**Subject**: Notice: Policy Warning
**From**: "Amazon.com" <notice@amazon.com>
**To**: studentgibson@gmail.com
**Date Sent**: Sunday, June 29, 2025 6:05:26 PM GMT-05:00
**Date Received**: Sunday, June 29, 2025 6:05:27 PM GMT-05:00

amazon

Hello,

We received a report from a rights owner that you are listing counterfeit products. Sellers on Amazon.com are not allowed to create listings or detail pages for counterfeit goods.

We removed the content listed at the end of this email. We may let you list this product again if we receive a retraction from the rights owner. Their contact information can be found below.

Neil Peluchette
npeluchette@taftlaw.com

How do I reactivate my listing?
Please visit the Account Health page in Seller Central (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_nr) to appeal this listing deactivation. Please click on the "Appeal" link next to the listing in the "Product and Policy Violations" section on the account health page.

If the rights owner does not retract their complaint, or you do not provide supporting information, we may provide your contact information to the rights owner upon their request.

We consider allegations of counterfeit a serious matter and your account is under review. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help.

 ASIN: B0BHFCW4C5
Title: Clean Nutraceuticals Ceylon Cinnamon Turmeric Apple Cider Vinegar Ginseng Berberine Plus Bitter Melon Gymnema Milk Thistle Fenugreek


Infringement type: Counterfeit
Trademark: 7031116
Complaint ID: 18010693811

**EXHIBIT B**

Sincerely,

Seller Performance Team
https://www.amazon.com
Amazon.com

**Was this email helpful?**

If you have any questions visit: Seller Central

To change your email preferences visit: Notification Preferences

Copyright 2025 Amazon, Inc, or its affiliates. All rights reserved.
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

SPC-USAmazon-1002756723494670

**Subject**: Notice: Policy Warning
**From**: "Amazon.com" <notice@amazon.com>
**To**: studentgibson@gmail.com
**Date Sent**: Sunday, June 29, 2025 6:05:26 PM GMT-05:00
**Date Received**: Sunday, June 29, 2025 6:05:27 PM GMT-05:00

amazon

Hello,

We received a report from a rights owner that you are listing counterfeit products. Sellers on Amazon.com are not allowed to create listings or detail pages for counterfeit goods.

We removed the content listed at the end of this email. We may let you list this product again if we receive a retraction from the rights owner. Their contact information can be found below.

Neil Peluchette
npeluchette@taftlaw.com

How do I reactivate my listing?
Please visit the Account Health page in Seller Central (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_nr) to appeal this listing deactivation. Please click on the "Appeal" link next to the listing in the "Product and Policy Violations" section on the account health page.

If the rights owner does not retract their complaint, or you do not provide supporting information, we may provide your contact information to the rights owner upon their request.

We consider allegations of counterfeit a serious matter and your account is under review. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help.

ASIN: B0BG7M59NJ
Title: Clean Nutraceuticals Milk Thistle NAC Chanca Piedra Beet Root Artichoke Dandelion Root - Liver Cleanse Detox & Repair Supplement Plus TUDCA Choline & Ginger 60 Count

Infringement type: Counterfeit
Trademark: 7031116

Complaint ID: 18010693811

Sincerely,

Seller Performance Team
https://www.amazon.com
Amazon.com

Was this email helpful?

If you have any questions visit: Seller Central

To change your email preferences visit: Notification Preferences

Copyright 2025 Amazon, Inc, or its affiliates. All rights reserved.
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

SPC-USAmazon-H78678585788678

**Subject**: Notice: Policy Warning
**From**: "Amazon.com" <notice@amazon.com>
**To**: studentgibson@gmail.com
**Date Sent**: Sunday, June 29, 2025 6:05:26 PM GMT-05:00
**Date Received**: Sunday, June 29, 2025 6:05:27 PM GMT-05:00

amazon

Hello,

We received a report from a rights owner that you are listing counterfeit products. Sellers on Amazon.com are not allowed to create listings or detail pages for counterfeit goods.

We removed the content listed at the end of this email. We may let you list this product again if we receive a retraction from the rights owner. Their contact information can be found below.

Neil Peluchette
npeluchette@taftlaw.com

How do I reactivate my listing?
Please visit the Account Health page in Seller Central (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_nr) to appeal this listing deactivation. Please click on the "Appeal" link next to the listing in the "Product and Policy Violations" section on the account health page.

If the rights owner does not retract their complaint, or you do not provide supporting information, we may provide your contact information to the rights owner upon their request.

We consider allegations of counterfeit a serious matter and your account is under review. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help.

ASIN: B0B3GBJJGW
Title: Clean Nutraceuticals Collagen Pills 1000mg Biotin 10000mcg Keratin Saw Palmetto Hyaluronic Acid - Hair Skin & Nails Vitamins & DHT Blocker with Vitamin E Folic Acid Pumpkin Seed MSM - 90 Count

Infringement type: Counterfeit
Trademark: 7031116

Complaint ID: 18010693811

Sincerely,

Seller Performance Team
https://www.amazon.com
Amazon.com

Was this email helpful?

If you have any questions visit: Seller Central

To change your email preferences visit: Notification Preferences

Copyright 2025 Amazon, Inc, or its affiliates. All rights reserved.
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

SPC-US/Amazon-1759220722420496

**Subject**: Notice: Policy Warning
**From**: "Amazon.com" <notice@amazon.com>
**To**: studentgibson@gmail.com
**Date Sent**: Sunday, June 29, 2025 6:05:26 PM GMT-05:00
**Date Received**: Sunday, June 29, 2025 6:05:27 PM GMT-05:00

amazon

Hello,

We received a report from a rights owner that you are listing counterfeit products. Sellers on Amazon.com are not allowed to create listings or detail pages for counterfeit goods.

We removed the content listed at the end of this email. We may let you list this product again if we receive a retraction from the rights owner. Their contact information can be found below.

Neil Peluchette
npeluchette@taftlaw.com

How do I reactivate my listing?
Please visit the Account Health page in Seller Central (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_nr) to appeal this listing deactivation. Please click on the "Appeal" link next to the listing in the "Product and Policy Violations" section on the account health page.

If the rights owner does not retract their complaint, or you do not provide supporting information, we may provide your contact information to the rights owner upon their request.

We consider allegations of counterfeit a serious matter and your account is under review. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help.

 ASIN: B09ML2VFJK
Title: Clean Nutraceuticals Ashwagandha Maca Root Fenugreek Supplement with Tongkat Ali Ginseng - Assists with Stress, Mood & Thyroid - Ashwagandha Capsules Fenugreek Caps - 1 Pack


Infringement type: Counterfeit
Trademark: 7031116

Complaint ID: 18010693811

Sincerely,

Seller Performance Team
https://www.amazon.com
Amazon.com

Was this email helpful?

If you have any questions visit: Seller Central

To change your email preferences visit: Notification Preferences

Copyright 2025 Amazon, Inc, or its affiliates. All rights reserved.
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

SPC-US.Amazon-1002756723494653

M Gmail                                                                  Gibson Fleming <studentgibson@gmail.com>

## Notice: Policy Warning
1 message

**Amazon** <no-replies-appeals@amazon.com>                                              Thu, Jul 3, 2025 at 2:47 PM
Reply-To: Amazon <no-replies-appeals@amazon.com>
To: studentgibson@gmail.com



```
Hello,

We removed some of your listings because we received a report from a rights owner
that these listings may infringe the rights owner's trademark. The rights-owner's
communication about the alleged infringement and the listings that we removed are
at the bottom of this message.

Why did this happen?
We received a report from a rights owner that one or more of your listings are
inauthentic. Listing content infringing on the intellectual property of others is
against our policies.

How do I reactivate my listing?
To reactivate your listing, you must prove its authenticity. To do so, you can
choose any one of the following documents:

1. A letter of authorization or a licensing agreement from the rights owner
demonstrating that you possess the right to use the content claimed. The
documentation submitted must include the following information:
-- The name and address of the rights owner
-- Your name and address, matching the information in your selling account
-- An explicit authorization to use the rights owner's intellectual property with
your own brand name

2. An invoice to indicate that your products are original and are purchased from
the rights owners directly or from an authorized distributor and are not
infringing the trademark claimed by the rights owner. The documentation submitted
must meet the following criteria:
-- It has to be dated before the date of your notice.
-- It has to include your name and address, matching the information in your
selling account.
-- It has to include the name and address of the manufacturer, distributor, or
retailer.
-- It has to include an order quantity that is sufficient to fulfill the units
sold since the invoice date.

3. A retraction from the rights owner to be sent to Amazon directly. You can find
the contact information of the rights owner in the listing deactivation
communication that you have received.

How do I address this issue if I am a drop shipper?
If you are a drop shipper and you intend to fulfill orders using another
company's fulfillment service, a third-party logistics company, or a drop
shipper, you have to comply with the following:
-- You must have an agreement with your supplier where you are the only seller of
record and the only entity identified as the seller of your products on all
packing slips, invoices, external packaging, or any other information included or
provided in connection with the products.
-- You must remove any packing slips, invoices, external packaging, or other
```

information void of any differing sale terms through a drop shipper before shipping the order.
-- You must remain responsible for accepting and processing customer returns, and always comply with the Business Solutions Agreement (BSA) and applicable Amazon policies.
-- You must remove your offer from the ASIN before acknowledging the violation as not to affect your Account Health Dashboard (AHD) score.

Provide the following documents to prove the authenticity of your status as a drop shipper and the authenticity of the goods:
-- A proof of product authenticity, such as an invoice, order ID, licensing agreement, or letter of authorization. This document must clearly prove that your products do not infringe any intellectual property rights.
-- A link to where you source the materials from.
-- The supply chain information or the reason you believe that the source of your goods is as described on the detail page.
-- Greater detail on the steps that you will take going forward.
-- An outline of the business model and proof that you have or have not sold the goods.

How do I submit this information?
Go to your "Account Health," click the "Product Policy Compliance" tab, then "Received Intellectual Property Complaints":
https://sellercentral.amazon.com/performance/account/health/policy-warnings?ref=ah_em _mpa

Locate the deactivation record for this product listing. Click "Appeal" next to the listing deactivation record to submit the information necessary to reactivate your listing.

External links are not accepted. For security reasons, we only accept attachments in the following file formats: .jpeg, .jpg, .pjpeg, .gif, .png, and .tiff.

These are the rights owner's contact details:
-- Neil Peluchette
npeluchette@taftlaw.com

For any other reason, explain to us why you were warned in error so that we can investigate the case.

What happens if I do not provide the requested information?
If we do not receive the requested information, your listings will remain inactive. We reserve the right to dispose of the inventory associated with this violation if proof of authenticity is not provided within 60 days. Violating this policy may also result in the loss of your seller account or other legal consequences.

Rights owner communication:This is not our client's product. We are unaware where these products originated, as they were not purchased from our client--the manufacturer and only seller of the products. Further, the price of the product undercuts our client's pricing--as the other Amazon seller. Thus, it's more likely than not that these are counterfeit goods. We cannot confirm their authenticity. Please remove these products immediately.
ASIN:B0CKM11RM7
Complaint ID: 18026869531
Trademark asserted: 7031116
Infringement type: Counterfeit

To review our policy, go to "Amazon Intellectual Property":
https://sellercentral.amazon.com/gp/help/external/201361070

We're here to help.
To learn more about our invoice process, go to Seller University:
https://www.youtube.com/watch?v=ppSRP8jbQhI

If you have questions about this policy, you can contact us:
https://sellercentral.amazon.com/cu/contact-us

You can view your account performance:
https://sellercentral.amazon.com/performance/dashboard?reftag=email_warn
Alternatively, select Account Health on the home screen of the Amazon Seller app

how your account is performing against the performance metrics and policies required to sell on Amazon.

-- Download the iOS app:
https://itunes.apple.com/us/app/amazon-seller/id794141485
-- Download the Android app:
https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en_US

Amazon.com

SPC-USAmazon-351845842242126

 Gibson Fleming <studentgibson@gmail.com>

## Action required: Your listings are at risk of deactivation
1 message

**Amazon Services** <donotreply@amazon.com>  Wed, Jul 2, 2025 at 8:10 PM
Reply-To: Amazon Services <donotreply@amazon.com>
To: studentgibson@gmail.com



Hello Gibson's Essentials,

The following listings are at risk of deactivation due to violations of our policies. You can find details of the at-risk listings below.

We are reaching out to you about this issue before it impacts your ability to sell so we can resolve this with limited impact to your business.

### Why did I receive this message?

We received a notice of infringement from a rights owner that indicates the below ASINs are allegedly infringing upon their intellectual property rights. This is a violation of Amazon policy.

### How do I address this issue?

Provide one or more of the following to prevent deactivation of your listings:

-- An invoice

-- Letter of authorization from the rights owner

-- A licensing agreement from the manufacturer or rights owner demonstrating that your products are lawful

For security reasons, we only accept attachments in the following file formats: .jpeg, .jpg, .pjpeg, .gif, .png, .tiff.

### How do I submit this information?

Go to Received Intellectual Property Complaints under the Product Compliance section in your Account Health page.

Locate the deactivation record for this product listing. Click "Appeal" next to the listing deactivation record to submit information necessary to reactivate your listing.

### Has this message been sent in error?

If you believe there has been an error, contact us on your Account Health page by clicking "Appeal" next to the listing at risk of removal and following the instructions provided.

If you think that the rights owner has made an error in sending the notice, reach out to the rights owner and ask them to submit a retraction of this notice. We may only accept retractions that the rights owner submits to us directly. We do not accept forwarded or attached retractions. The link is located below the appeal form.

### What happens if I do not provide the required information?

If we do not receive a valid appeal by the due date on your Account Health page, the listing will be deactivated. The violation record will remain on your Account Health page for up to 180 days after the listing was deactivated or until the violation is successfully disputed. Leaving this and other listing

violations in addresses may result in account deactivation. If you do not provide the information within 90 days, you will receive a request to remove the inventory associated with these listings per our removal policy.

Failure to address this request can lead to disposal of your inventory in accordance with the Business Solutions Agreement.

### We're here to help.

If you need help understanding why your listings may infringe the intellectual property rights of others, search for "Intellectual Property policy" in Seller Central Help.

If you have questions about this policy or the information requested above, contact us.

---

**Rights owner details:**

-- Neil Peluchette

-- npeluchette@taftlaw.com

**Rights owner communication:** This is not our client's CLEAN NUTRA product. This seller is not authorized to resell our product. Further, the sale of this product is priced lower than the resale value, meaning this must be a counterfeit good. This seller has not responded to our requests to confirm this product's authenticity. Therefore, we require removal of this product to protect our client's brand integrity.
**ASIN:** B0BG94RWYN
**Title:** Clean Nutraceuticals Sea Moss Black Seed Oil Ashwagandha Turmeric Bladderwrack Burdock & Vitamin C Vitamin D3 with Elderberry Manuka Dandelion Yellow Dock Iodine Chlorophyll ACV
**Violation type:** TrademarkComplaintCounterfeit
**Complaint ID:** 18010550951

---

**Rights owner details:**

-- Neil Peluchette

-- npeluchette@taftlaw.com

**Rights owner communication:** This is not our client's CLEAN NUTRA product. This seller is not authorized to resell our product. Further, the sale of this product is priced lower than the resale value, meaning this must be a counterfeit good. This seller has not responded to our requests to confirm this product's authenticity. Therefore, we require removal of this product to protect our client's brand integrity.
**ASIN:** B0BG94RWYN
**Title:** Clean Nutraceuticals Sea Moss Black Seed Oil Ashwagandha Turmeric Bladderwrack Burdock & Vitamin C Vitamin D3 with Elderberry Manuka Dandelion Yellow Dock Iodine Chlorophyll ACV
**Violation type:** TrademarkComplaintCounterfeit
**Complaint ID:** 18010550951

---

You can view your account performance or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health page shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

Thank you,

Amazon Services



If you have any questions visit: Seller Central

To change your email preferences visit: Notification Preferences

We hope you found this message to be useful. However, if you'd rather not receive future e-mails of this sort from Amazon.com, please opt-out here.

Amazon.com. 410 Terry Avenue North, Seattle, WA 98109-5210

SPC-USAmazon-1565706675553739

 Gibson Fleming <studentgibson@gmail.com>

## Action required: Your listings are at risk of deactivation
1 message

**Amazon Services** <donotreply@amazon.com>  Sat, Jul 5, 2025 at 12:08 PM
Reply-To: Amazon Services <donotreply@amazon.com>
To: studentgibson@gmail.com



Hello Gibson's Essentials,

The following listings are at risk of deactivation due to violations of our policies. You can find details of the at-risk listings below.

We are reaching out to you about this issue before it impacts your ability to sell so we can resolve this with limited impact to your business.

### Why did I receive this message?

We received a notice of infringement from a rights owner that indicates the below ASINs are allegedly infringing upon their intellectual property rights. This is a violation of Amazon policy.

### How do I address this issue?

Provide one or more of the following to prevent deactivation of your listings:

-- An invoice

-- Letter of authorization from the rights owner

-- A licensing agreement from the manufacturer or rights owner demonstrating that your products are lawful

For security reasons, we only accept attachments in the following file formats: .jpeg, .jpg, .pjpeg, .gif, .png, .tiff.

### How do I submit this information?

Go to Received Intellectual Property Complaints under the Product Compliance section in your Account Health page.

Locate the deactivation record for this product listing. Click "Appeal" next to the listing deactivation record to submit information necessary to reactivate your listing.

### Has this message been sent in error?

If you believe there has been an error, contact us on your Account Health page by clicking "Appeal" next to the listing at risk of removal and following the instructions provided.

If you think that the rights owner has made an error in sending the notice, reach out to the rights owner and ask them to submit a retraction of this notice. We may only accept retractions that the rights owner submits to us directly. We do not accept forwarded or attached retractions. The link is located below the appeal form.

### What happens if I do not provide the required information?

If we do not receive a valid appeal by the due date on your Account Health page, the listing will be deactivated. The violation record will remain on your Account Health page for up to 180 days after the listing was deactivated or until the violation is successfully disputed. Leaving this and other listing

violations unaddressed may result in account deactivation. If you do not provide the information within 90 days, you will receive a request to remove the inventory associated with these listings per our removal policy.

Failure to address this request can lead to disposal of your inventory in accordance with the Business Solutions Agreement.

**We're here to help.**

If you need help understanding why your listings may infringe the intellectual property rights of others, search for "Intellectual Property policy" in Seller Central Help.

If you have questions about this policy or the information requested above, contact us.

---

**Rights owner details:**

-- Neil Peluchette

-- npeluchette@taftlaw.com

**Rights owner communication:** This is not our client's product. We are unaware where these products originated, as they were not purchased from our client--the manufacturer and only seller of the products. Further, the price of the product undercuts our client's pricing--as the other Amazon seller. Thus, it's more likely than not that these are counterfeit goods. We cannot confirm their authenticity. Please remove these products immediately.
**ASIN:** B0BWCK65F3
**Title:** Clean Nutraceuticals Turmeric Moringa Supplement | Ginger Boswellia Saffron - Supplement for Women and Men with Ceylon Cinnamon, Tart Cherry, Quercetin Garlic Nettle Holy Basil - 1Pack
**Violation type:** TrademarkComplaintCounterfeit
**Complaint ID:** 18026653861

---

You can view your account performance or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health page shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

Thank you,

Amazon Services



If you have any questions visit: Seller Central

To change your email preferences visit: Notification Preferences

We hope you found this message to be useful. However, if you'd rather not receive future e-mails of this sort from Amazon.com, please opt-out here.

Copyright 2025 Amazon, Inc. or its affiliates. All rights reserved.
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

SPC-USAmazon-1811997285245698