**Taft/**

Taft Stettinius & Hollister LLP

One Indiana Square, Suite 3500 / Indianapolis, IN 46204-4609 / Tel: 317.713.3500 / Fax: 317.713.3699 / www.taftlaw.com
Cincinnati / Cleveland / Columbus / Dayton / Indianapolis / Northern Kentucky / Phoenix / Beijing

NEIL PELUCHETTE
317-713-3500
NPeluchette@taftlaw.com

June 29, 2025

*Via E-Mail and Certified Mail*

**Gibson J. Fleming**
**d/b/a Gibson's Essentials**
**1615 West Chelsea Place**
**Seabrook, Texas 77586**
gibson@gibsons-goods.com

Copy to:
Leslie R. Gillis, Esq.
Law Firm of Rosenbaum & Segall
leslieg@amazonsellerslawyer.com

    Re:    *Unauthorized Resale of Clean Nutra® Products*

Dear Mr. Fleming,

    This matter demands your immediate attention. This firm represents Allseason Enterprises, LLC (hereinafter, "Allseason"), the owner of the federally registered CLEAN NUTRA® and CLEAN NUTRACEUTICALS® Trademark, among many other trademark registrations, which are used by our client in connection with a variety of dietary supplements (hereinafter, collectively the "CLEAN NUTRA Trademarks"). The CLEAN NUTRA Trademarks are also registered with Amazon's Brand Registry.

    The settlement agreement you entered into with Allseason provided limited authorization to sell CLEAN NUTRA products on Amazon in an effort to settle the ongoing lawsuit. In no way did Allseason provide you with perpetual or unrestricted authorization to resell their CLEAN NUTRA products indefinitely. In fact, your purchase of my client's products through the Tik Tok shop strictly prohibits such resale:

**EXHIBIT C**

**Resale Prohibited**: The product is for personal use only. By purchasing, you agree not to resell, redistribute, or list this item on any third-party platform without written permission from Clean Nutra.

The above language supersedes the settlement agreement entered into between the parties. The reason for this language is so that my client can protect the integrity of its brand. Given the immediate and lasting impact unauthorized resale can have on the CLEAN NUTRA brand, **you must cease all resale of CLEAN NUTRA product immediately**. Allseason has authorized us to take the following action, which we will be moving forward with quickly:

1) Filing takedown notices to remove Gibson's Essentials as a seller on CLEAN NUTRA product listings on Amazon.com, or any other e-commerce platform;
2) Sending this letter demanding your compliance with the law and demanding you cease all resale of the CLEAN NUTRA products;
3) Filing a federal lawsuit for Gibson Essential's unauthorized resale of CLEAN NUTRA products, in violation of the law.

We are not inclined to resort to litigation. However, if we do not hear back from you immediately, or see that you have unilaterally removed yourself from any and all CLEAN NUTRA product listings, on Amazon or elsewhere, we will be forced to take further action.

Please contact our offices immediately to rectify this situation.

Regards,

Neil Peluchette