Clean Nutra (01:31)
Hello,
We have flagged your recent purchase activity and need to make this explicitly clear: our products are not authorized for resale, redistribution, or commercial use of any kind. All purchases from Clean Nutra are for personal use only, as stated in our Terms of Sale.

Your actions directly violate these terms. Any attempt to resell, relist, or distribute our products—on any platform or through any channel—is strictly prohibited and will result in immediate enforcement, including cancellation of current and future orders, legal action, and reporting to enforcement teams.

You are hereby instructed to cancel your outstanding orders immediately. Failure to do so will result in us canceling the orders ourselves and permanently blocking your access to our storefront.

This is not a negotiable matter. If you are interested in becoming an authorized distributor, that is a separate process that requires formal approval.

We take brand protection seriously. Do not attempt to resell our products.
— Clean Nutra Legal & Brand Protection Team

Clean Nutra (01:46)
Resale Prohibited: This product is for personal use only. By purchasing, you agree not to resell, redistribute, or list this item on any third-party platform without written permission from Clean Nutra.

Clean Nutra (01:53)
Hello,
To clarify, while your prior settlement agreement provides limited rights to resell genuine Clean Nutra products on Amazon, that right does not include sourcing products from our direct-to-consumer TikTok Shop, which is clearly designated for personal-use-only purchases.

Your recent bulk activity, including the purchase of over $12,000 in consumer-discounted inventory within hours, constitutes unauthorized diversion, a material breach of our settlement terms, and bad faith conduct that undermines our distribution model.

We are preserving all related records and forwarding this matter to legal counsel for enforcement review.
Please cancel the outstanding TikTok orders immediately. If you have a legitimate wholesale inquiry, you may contact us through the proper distributor application process.

— Clean Nutra Legal & Brand Protection Team


Gibson Fleming (09:28)
Dear Clean Nutra Legal & Brand Protection Team,
Thank you for your message.
I've made every effort to cancel the TikTok orders as requested. However, as shown in the attached screenshot, the platform is currently not allowing some cancellations due to system limitations. I will continue attempting cancellation and, if necessary, return any items upon delivery.
I do wish I had been contacted earlier, as my contact information has always been available and I would have been happy to cooperate.
That said, I take your policies seriously and would like to formally express interest in becoming an authorized distributor. If there is a process to begin that

**EXHIBIT D**

conversation, I'm ready to proceed through the appropriate channels.
Please let me know the next steps or any further actions needed on my part.
Best regards,
Gibson Fleming
Gibson@gibsons-goods.com