## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ALLSEASON ENTERPRISES, LLC,              CIVIL ACTION NO.: 25-cv-27

    Plaintiff,

v.

ROUTES ENTERPRISES, ET AL.,

    Defendants.

### ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of Defendant's Motion to Enforce Settlement Agreement and any response thereto, it is hereby ORDERED that this motion is GRANTED.

It is FURTHER ORDERED that Plaintiff Allseason Essentials, LLC, is cautioned that any further violation of the Settlement Agreement may be subject to contempt proceedings.

It is FURTHER ORDERED that the Court will have continuing jurisdiction over the violations of the Settlement Agreement alleged in Defendant Gibson Essential's Motion to Enforce Settlement Agreement and any other alleged violations.

It is FURTHER ORDERED that the Court awards attorneys' fees and costs to Defendant Gibson for fees and costs incurred in seeking to amend the dismissal and enforce the Settlement Agreement.

BY THE COURT:

_____

6